CLERK'S Cert of Transmittal of t/following (Orig docs only):
  08/02/1995    1    Complaint For Damages Declaratory Judgments, Permanent
Injunctions, and Demand for Jury Trial

  08/02/1995    2    Docketing Statement

  08/02/1995    3    Cash Register Trans  Part in Cash 100.00
  08/02/1995    4    Summons to Defendant the Nippon Credit Bank, Ltd

  08/02/1995    5    Cash Register Transaction Part in Cash 100.00  See Docket
#3

  08/02/1995    6    Summons to Defendant the Sumitomo Trust & Banking Co.,
Ltd.

  08/02/1995    7    Cash Register Transaction Part in Cash 100.00 See Docket
#3

  08/02/1995    8    Summons to Defendant the Mitsubishi Trust & Banking
Corporation

  08/02/1995    9    Summons   to Defendant the Mitsui Trust & Banking
Co., Ltd.

  08/02/1995   10    Summons  to Defendant the Long Term Credit Bank    Of
Japan, Ltd.

  08/22/1995   11    Notice    Benjamin J.F. Cruz Judge    Of Judge Assignment


  08/22/1995   12    Motion    Defendant the Long Term Credit Bank of Japan,
Ltd.'s Motion to Dismiss, or in        The Alternative, to Quash Service of
Process; Notice
Of Motion; and    Memorandum of Points and Authorities To: Plaintiff

  08/24/1995   13    Declaration of Patrick Querubin

  08/31/1995   14    Cash Register Trans

  08/31/1995   15    Amended Summons to  the Long Term Credit Bank of Japan,
Ltd.

  08/31/1995   16    Exparte  Motion for Leave to Amend Summonses and
Memorandum of Points and Authorities in        Support of Motion

  08/31/1995   17    Recording Log Tape Number #95-1398      Log Number: 1011
ex Parte Judge Katherine Maraman

  08/31/1995   18    Amended Summons to Sumitomo Trust & Banking Co., Ltd

  08/31/1995   19    Declaration of Attorney in Support of ex Parte Motion for
Leave to Amend Process

  08/31/1995   20    Amended Summons to Mitsubishi Trust & Banking Corp.

  08/31/1995   21    Amended Summons to Mitsui Trust & Banking Co., Ltd

  08/31/1995   22    Amended Summons to the Nippon Credit Bank, Ltd.

  08/31/1995   23    Order    Granting Leave to Amend Process    Signed by Judge

K.maraman

09/01/1995   24   Errata      To Plaintiff's ex Parte Motion for  Leave to
Amdned Summonses

09/27/1995   25   Stipulation and Order Re: Nippon Credit Bank, Ltd. ("Ncb")
Signed by Judge B.j. Cruz

09/27/1995   26   Stipulation and Order Re: Mitsubishi Trust & Banking Corp.
("Mitsubishi") Signed by Judge B.j. Cruz

09/27/1995   27   Stipulation and Order  Re: Sumitomo Trust & Banking
Company, Ltd. ("Sumitomo") Signed by Judge B.j. Cruz

09/29/1995   28   Stipulation   and Order  Stipulation and Order

10/25/1995   29   Stipulation   and Order  Stipulation and Order      Signed
by Judge B.j. Cruz

11/14/1995   30   Order     Granting Petition of Jaculin Aaron for Admission
Pro Hac Vice     Signed by Judge B.j. Cruz

11/14/1995   31   Petition     Of Jaculin Aaron for Admission Pro Hac Vice;
Consent of Co-counsel

11/14/1995   32   Order     Granting Petition of Michael H. Strub, Jr., for
Admission Pro Hac Vice  Signed by Judge B.j. Cruz

11/14/1995   33   Petition     Of Michael H. Strub, Jr., for Admission Pro
Hac Vice; Consent of Co-counsel

11/21/1995   34   Order     Granting Petition of William M. Burke for
Admission Pro Hac Vice     Signed by Judge B.j. Cruz

11/21/1995   35   Petition     Of William M. Burke for Admission Pro Hac
Vice; Consent of Co-counsel

11/21/1995   36   Entry of Appearance Law Firm Mccully, Lannen, Beggs and
Melancon and Enters its Appearance for Defendant the Mitsubishi Trust and
Banking
Corporation

11/21/1995   37   Cash Register Trans

11/21/1995   38   Summons      To: EIE American Co., Ltd.

11/21/1995   39   Summons      To: EIE International Corporation

11/21/1995   40   Summons      To: Eduardo A. Calvo

11/21/1995   41   Summons      To: Albert Wong

11/21/1995   42   Summons      To: Mikio Oba

11/21/1995   43   Notice of Motion and Motion to Strike Paragraphs  of
Complaint for Damages Declaratory Judgments and Permanent Injunctions or in
Hte

Alternative Motion for More Definie Statement Memorandum of Points and
Authorities in Support Thereof

11/21/1995   44   Notice of Motion and Motion for Defendants Ltcb   to

Dismiss Counts, Iii, Iv, V,  Vii, Viii, Ix, X, Xi, Xii, Xiii,  Xv, Xvi,
Xvii, Xix, Xxi, and Xxii of the

Complaint for Failure to  State a Claim upon Which Relief  Can Be Granted

 11/21/1995   45   Declaration   of Masuo Ikeda in Support of Ltcb's Motion
to Dismiss Counts of the  Complaint for Failure to State a  Claim upon Which
Relief Can

Be   Granted

 11/21/1995   46   Memorandum   of Points and Authorities in    Support of
Ltcb's Motion to Dismiss Counts Iii, Iv, V, Vii, Viii, Ix, X, Xi, Xii, Xiii,
Xv, Xvi, Xvii, Xix, Xxi, and

Xxii of the Complaint   for Failure to State a Claim upon Which Relief Can Be
Granted
 11/21/1995   47   Answer    And Affirmative Defenses of      Defendant the
Long-term Credit  Bank of Japan, Ltd., to Complaint for Damages Declaratory

Judgments, and Permanent Injunctions

 11/21/1995   48   Declaration   of G. Patrick Civille

 11/22/1995   49   Declaration   of Service Summs & Ansr & Affirmative Def.
Of Defdnt. The Long Term Credit Bank of Japan, Ltd. To Cmplt for Damages,de-
Claratory

Judgements and Permanent In- Junctions - Counterclaim for (1) Fore- Closure
of Mortgages; (2) Specific Per- Formance of Mortgages; (3) Declaratory Relief
Re:  Security Agreement; Etc.

 11/27/1995   50   Entry of Appearance Entry of Special Appearance;
Stipulation and Order

 11/27/1995   51   Stipulation   and Order  Further Extending Time to Answer
Signed by Judge B.j. Cruz

 11/28/1995   52   Association of Counsel

 11/29/1995   53   Notice    Of Rescheduled Motion Hearing     Hearing

 01/18/1996 See Docket #54

 12/01/1995   54   Stipulation   and Order  Signed by Judge B.j. Cruz

 12/05/1995   55   Stipulation

 12/11/1995   56   Reply     EIE Guam Corporation and Eduardo Calvo's Reply
to the Counterclaims of the Long Term Credit Bank of Japan, Ltd. And Demand
for Jury Trial

 12/11/1995   57   Notice of Motion and Motion to Strike, Alternative Motion
to Dismiss Counterclaims Without Prejudice

 12/11/1995   58   Memo of Pts and Auths in Support of Defendnat Nippon
Credit Bank's Motion to Strike, Alternative Motion to Dismiss Counterclaims
Without
Prejudice

 12/11/1995   59   Declaration   of Anita P. Arriola in Support of Def Nippon

Credit Bank's Motion to Strike, Alternative Motion to Dismiss Counter- Claims
Without
Prejudice

 12/12/1995   60   Amended Notice of Motion and Motion to Strike, Alternative
Motion to Dismiss Counter- Claims Without Prejudice.

 12/14/1995   61   Declaration   of Shin-ichiro Itoh in Support of Defendant
Nippon Credit Bank's Motion to Strike, Alternative Motion to Dismiss
Counterclaims
Without Prejudice

 12/19/1995   62   Declaration   of Sandra E. Cruz Exhibit a thru N Attached


 12/19/1995   63   Miscellaneous Entry EIE Guam Corporation Appendix of
District Court of Guam Appellate  Division Decisions

 12/19/1995   64   Notice of Motion and Motion in Support of EIE Guam's
Motion for Summary Judgment

 12/19/1995   65   Memo of Pts and Auths in Support of EIE Guam's Motion for
Summary Judgment

 12/21/1995   66   ex Parte    Application for and Order Shortening Time and
Declaration of Counsel

 12/21/1995   67   Recording Log ex Parte Motion - Judge F.tydingco- Gatewood


 12/21/1995   68   Motion    For Continuance the Long Term Credit Bank of
Japan, Ltd. Motion for Continuance and Notice of Motion

 12/21/1995   69   Notice   Of Rescheduled Motion Hearing    Hearing
01/16/1996

 12/28/1995   70   Reply   (Amended)  EIE Guam Corporation and Eduardo
Calvo's Amended Reply to the    Counterclaims of the Long-term Credit Bank
of Japan,
Ltd. And Demand for Jury Trial

 12/29/1995   71   Affidavit of Service

 12/29/1995   72   Affidavit of Service

 12/29/1995   73   Affidavit of Service

 12/29/1995   74   Affidavit of Service

 12/29/1995   75   Petition    Of Howard R. Green for Admission Pro Hac
Vice; Consent of Co-counsel 12/29/1995   76   Memorandum    EIE Guam's
Memorandum in Support of the Court First Hearing EIE Guam's Motion for
Summary Judgement

 12/29/1995   77   Notice of Motion and Motion for Enlargment of Time

 12/29/1995   78   Notice of Motion and Motion for Partial Summary Judgment
by the Mitsui Trust and Banking Co.,Ltd.

 01/05/1996   79   Petition Of Dean T. Janis for Admission Pro Hac Vice;
Consent of Co-counsel

01/05/1996   80   Petition      Of John Lynch for Admission Pro Hac Vice
Consent of Co-counsel

01/08/1996   81   Memo of Pts and Auths in Support of Defendant the Sumitomo
Trust & Banking Co., Ltd.'s Motion to Dismiss Plaintiff's Complaint

01/08/1996   82   Notice of Motion and Motion of Defendant the Sumitomo
Trust & Banking Co., Ltd. For Dismissal of Complaint for Lack of Jurisdiction
and for
Failure to State a Claim

01/08/1996   83   Declaration   of Kazuo Sasaki in Support of Defendant the
Sumitomo Trust and Banking Co., Ltd's Motion to Dismiss Complaint

01/08/1996   84   Declaration   of Naoyuki Fukuda in Support of Defendnt the
Sumitomo Trust and Banking Co., Ltd's Motion to Dismiss Complaint

01/08/1996   86   Declaration   of Naoyuki Fukuda in Support of Defendnt the
Sumitomo Trust and Banking Co., Ltd's Motion to Dismiss Complaint (English
Translation and Certification of Accuracy)

01/08/1996   86   Declaration   of Kazuo Sasaki in Support of Defendant the
Sumitomo Trust and Banking Co., Ltd's Motion to Dismiss Complaint (English
Translation and Certification of Accuracy)

01/08/1996   87   Declaration   of Dean Janis in Support of Defendant the
Sumitomo Trust and Banking Co., Ltd's Motion to Dismiss Complaint

01/09/1996   87   Declaration   Of Masuo Ikeda in Support of Motion of
Defendant/counterclaimant the Long-term Credit Bank of Japan, Ltd. For   (1)
Order

Appointing Reciever;   (2) Preliminary Injunction

01/08/1996   88   Joinder      The Mitsubishi Trust and Banking  Corporation
Joinder in Certain Motions

01/08/1996   89   Memo of Pts and Auths the Nippon Credit Bank, Ltd's
Memorandum of Points and Authorities in Support of Motion to Dismiss Counts
Iii, Iv, V, Vi,

Vii, Viii, Ix, X, Xi, Xii, Xv, Xvi and Xvii of the Complaint for Failure to
State a Claim upon Which Relief Can Be Granted

01/08/1996   90   Notice of Motion and Motion to Dismiss Counts Iii, Iv, V,
Vi, Vii, Ix, X, Xii, Xv, Xvi and Xvii of the Complaint for Failure to State a
Claim upon Which

Relief Can Be Granted

01/08/1996   91   Declaration   of Yoshihiro Okano

01/08/1996   91.01   Order      Granting Petition of Howard R.   Green for
Admission Pro Hac Vice Signed by Judge B.j. Cruz

01/09/1996   92   Memorandum   the Nippon Credit Bank, Ltd.'s   Memorandum
Regarding Priority of Motions

01/09/1996   93   Declaration   of Leslie C. Zuroske

01/09/1996   94   Declaration   of Hiriki Kandono in Support of Motion of
Defendant/counterclaimant the Long Term Credit Bank of Japan, Ltd. For (1)

Order

Appointing Reciever     (2) Preliminary Injunction

 01/09/1996   95    Memo of Pts and Auths in Support of Motion of Defendant/
Counterclaimant the Long Term Credit Bank of Japan, Ltd. For     (1) Order
Appointing

Reciever     (2) Preliminary Injunction

 01/09/1996   96    Opposition   of the Long Term Credit Bank of Japan, Ltd.,
to the Motion of EIE Guam  Corporation Requesting That the Court Hear its
Motion for

Summary Judgment Prior to Hearing and Resolving Other Pending Motions

 01/09/1996   97    Declaration   of Masuo Ikeda in Support of Motion of
Defendant/counterclaimant the  Long-term Credit Bank of Japan, Ltd. For (1)
Order

Appointing Receiver;   (2) Preliminary Injunction

 01/09/1996   98    Memorandum   Re: Scheduling of Motions Pursuant to Court
Scheduling Order

 01/10/1996   99    Errata     Erratum

 01/10/1996   100   Erratum      The Mitsubishi Trust and Banking  Corporation
Erratum

 01/12/1996   101   Reply     EIE Guams Reply to Defendant Banks Opposition to
Motion Regarding Order of Considering Motions

 01/16/1996   102   Memo of Pts and Auths Counterclaimant the Long-term Credit
Bank of Japan, Ltd.'s Memorandum of Points and Authorities in Support of
its

Motion for Leave to File Supplemental Memorandum

 01/17/1996   103   Declaration   of Yoshihiro Okano

 01/17/1996   104   Recording Log Further Proceedings

 01/18/1996   105   Response     EIE Guam's Response to the Defendants'
Exparte Application for a Status Conference (Filed by Atty Dmair)

 01/18/1996   106   ex Parte     Application for Status Conference

 01/18/1996   107   Declaration of Counsel

 01/18/1996   108   Cash Register Transaction      Boh,  1/8/96

 01/18/1996   109   Recording Log ex Parte Application

 01/19/1996   110   Petition    Of C. Christian Jacobson for Admission Pro
Hac Vice; Consent of Co-counsel

 01/22/1996   111   Affidavit    Of Joseph A. Calvo

 01/22/1996   112   Affidavit    Of Joseph A. Calvo

 01/24/1996   113   Declaration   of Patrick Querubin

01/24/1996   114   Declaration   of Patrick Querubin

01/24/1996   115   Notice of Motion and Motion for Partial Summary Judgment on Counts Iii and Iv of Plaintiffs Complaint

01/24/1996   116   Memo of Pts and Auths in Support of Plaintiffs Motion for Partial Summary Judgment on Counts Iii and Iv of Plaintiffs Complaint

01/24/1996   117   Errata

02/09/1996   118   Declaration   of Service Summons and Counterclaim, Answer and Affirmative Defenses of Defendant the Long Term Credit Bank of Japan, Ltd., to

Complaint for Damages, Declatory Judgment and Permanent Injunction Served upon Albert Wong

02/27/1996   118.01   Judge   Disqualified Benjamin Jf Cruz Judge

02/27/1996   119   Notice   Of Hearing Set for 3/12/96 at 3:30 Pm

02/28/1996   120   Cash Register Transaction

02/28/1996   121   Notice   Of Deposition via Subpoena Duces Tecum By: Ching Boertzel Dooley   Civille Roberts & Calvo

02/29/1996   122   Affidavit of Service

02/29/1996   123   Affidavit of Service

02/29/1996   124   Affidavit of Service

02/29/1996   125   Affidavit of Service

03/01/1996   126   Deposition Subpoena Duces Tecum

03/08/1996   127   Notice of Motion and Motion of Defendant the Sumitomo Trust & Banking Co., Ltd. For an Order to Stay Plaintiff's Motion for Partial Summary

Judgment Pending Ruling on Motion to Dismiss

03/08/1996   128   Memo of Pts and Auths in Support of Defendant the Sumitomo Trust & Banking Co., Ltd's Motion for Partial Summary Judgment Pending Ruling on

Motion to Dismiss

03/11/1996   129   Stipulation   and Order   Stipulation and Order for Extension of Time Within Which to Respond to   Discovery   Signed by Judge A.lamorena Iii

03/11/1996   130   Stipulation   and Order   Stipulation and Order Re: Discovery

01/19/1996   131   Order   Order Granting Petition of C. Christian Jacobson for Admission Pro Hac Vice Signed by Judge A.lamorena Iii

03/11/1996   132   Order   Order Granting Petition of John P. Lynch for Admission Pro Hac Vice   Signed by Judge A.lamorena Iii

03/11/1996  133  Order    Order Granting Petition of Dean T. Janis for Admission Pro Hac Vice    Signed by Judge A.lamorena Iii

03/11/1996  133.01  Objection    EIE Guam's Objection to Subpoena Duces Tecum

03/12/1996  133.02  Joinder    Defendant the Mitsubishi Trust and Banking Corporation Joinder

03/13/1996  134  Affidavit of non Service

03/13/1996  135  Affidavit of non Service

03/13/1996  136  Affidavit of non Service

03/13/1996  137  Affidavit of non Service

03/13/1996  138  Affidavit of non Service

03/14/1996  139  Memorandum    EIE Guam's Memorandum re the Scheduling of Motions

03/14/1996  140  Order    EIE Guam's Proposed Order Pertaining to the Scheduling of Motions

03/14/1996  141  Statement    The Sumatomo Trust and Banking Co., Ltd.'s Statement of Position on Order of Hearing of Pending Motion

03/14/1996  142  Memorandum    of the Long Term Credit Bank of Japan, Ltd., Regarding Priority of Pending Motions

03/15/1996  143  Proposed    Order of Defendant the Long Term Credit Bank of Japan, Ltd. Pertaining to the Scheduling of Motions

03/15/1996  144  Order    Signed by Judge A.lamorena Iii

03/19/1996  145  Affidavit of Service of Order on Atty. W. Blair

03/19/1996  146  Affidavit of Service of Order Filed 3/15/96 On:    Thomas Lannen 03/19/1996  147  Affidavit of Service of Order Filed 3/15/96 On: Anita Arriola

03/19/1996  148  Affidavit of Service of Order Filed 3/15/96    On: Atty Larry Teker 03/19/1996  149  Affidavit of Service of Order Filed 3/15/96 On: G. Patrick Civille

03/19/1996  150  Affidavit of Service of Order Filed 3/15/96    On: Eduardo Calvo

03/19/1996  151  Affidavit of Service

03/19/1996  152  Memo of Pts and Auths in Support of the Long-term Credit Bank of Japan, Ltd.'s Motion for Atty's Fees and Sanctions Against EIE Guam

Corporation

03/19/1996  153  Declaration    of G. Patrick Civille in Support of Motion for Atty's Fees and Sanctions Aga Inst EIE Guam Corporation

03/19/1996  154  Declaration    of Michael H. Strub, Jr., in Support of Motion for Atty. Fees and Sanctions Against EIE Guam

03/19/1996 155 Declaration of Jaculin Aaron in Support of Motion for Attorneys' Fees and Sanctions Against EIE Sanctions Against EIE Guam

03/20/1996 156 Declaration of G. Patrick Civille in Support of ex Parte Application of Defendant and Counterclaimant the Long-term Credit Bank of Japan, Ltd.,

To Amend Scheduling Order Or, in the Alternative, for a Continuance under Grcp 56 (F) to Permit Affidavit to Be Obtained.

03/20/1996 157 ex Parte Application of Defendant and Counterclaimant the Long-term Credit Bank of Japan, Ltd., to Amend Scheduling Order Or, in the

Alternative, for a Continuance under Grcp 56 (F) to Permit Affidavit to Be Obtained

03/20/1996 158 ex Parte Application to Shorten Time

03/20/1996 159 Declaration of Counsel

03/21/1996 160 Declaration of Arthur B. Clark

03/21/1996 161 Memo of Pts and Auths in Support of Motion to Quash Service as to EIE International and EIE American

03/21/1996 162 Opposition EIE Guam's Opposition to Ltcb's ex Parte for a Continuance

03/21/1996 163 Recording Log ex Parte Motion to Amend Scheduling

03/21/1996 164 Errata To Memorandum of Points and Authorities in Support of Motion to Quash Service as to EIE International and EIE American

03/22/1996 165 Cash Register Transaction

03/27/1996 166 Order (Amended) Signed by Judge P.siguenza, Jr.

03/28/1996 167 Motion Joint Motion for Clarification And/or Reconsideration Regarding the Sumitomo Trust & Banking Co., Ltd's Motion for Stay of

Plaintiff's Motion for Partial Summary Judgment Pending Ruling on Defendant's Motion to Dismiss for Personal Jurisdiction, and Alterantive Response to Court

Order Regarding Plaintiff's Motion for Summary Judgment

03/29/1996 168 Opposition the Nippon Credit Bank. Ltd's Opposition to Plaintiff's Motion for Partial S/j.

03/29/1996 169 Memorandum EIE Guam's Memorandum in Opposition to Sumitomo's Motion to Dismiss for Lack of Personal Jurisdiction

03/29/1996 170 Memorandum Plaintiff's Memorandum of Points and Authoriites in Opposition to Ltcb's Motion to Dismiss

03/29/1996 171 Opposition the Mitsui Trust and Banking Co. Ltd's Opposition to EIE Guam's Motion for Partial Summary Judgment.

03/29/1996   172   Memo of Pts and Auths       Of Defendant and
Counterclaimant the Long-term Credit Bank Japan Ltd. In Opposition to Motion
of Plaintiff EIE

Guam Corporation for Summary Judgment

03/29/1996   172.01   Memo of Pts and Auths of Defendant and Counterclaimant
the Long-term Credit Bank of Japan, Ltd. In Opposition to Plaintiff EIE Guam

Corporation's Motion for Partial Summary Judgment Ofn Counts Iii and Iv of
Plaintiff's Complaint

04/02/1996   173   Memorandum   of Judge Disqualification - Judge Lamorena

04/08/1996   174   Notice    Of Judge Assignment

04/08/1996   175   Supplemental  Declaration of Naoyuke Fukuda in Support of
Defendant  the Sumitomo Trust and Banking Co. Ltd's Motion to Dismiss
Complaint

04/08/1996   176   Supplemental Declaration of Naoyuki Fukuda in  Support of
Defendant the Sumitomo Trust and Banking Co; Ltd's Motion to Dismiss
Complaint

04/08/1996   177   Reply    To Plaintiff's Opposition to Defendant the
Sumitomo Trust & Banking Co; Ltd's Motion to Dismiss Plaitiff's Complaint

04/08/1996   178   Joinder      The Mitsubishi Trust and Banking Corporation
Joinder in Reply

04/08/1996   179   Joinder      The Mitsubishi Trust and Banking Corporation
Joinder in Reply

04/08/1996   180   Reply Memorandum of Points and Authorities in Support of
EIE Guam's Motion for Summary Judgment and Motion for Partial Summary
Judgment

04/08/1996   181   Supplemental  Declaration of Albert Wong

04/08/1996   182   Reply     Brief of the Long -Term Credit Bank of Japan,
Ltd. In Support of its Motion to Dismiss Counts Iii, Iv,v,vii,viii,ix,x, Xi,
Xii, Xiii, Xv, Xvi, Xvii, Xix,

Xxi and Xxii of the Complaint for Failure to State a Claim upon Which Relief
Can Be Granted

04/09/1996   183   Recording Log Before Judge B.j. Cruz     For Further
Proceedings       Tape#96-600 Log#1701

04/16/1996   184   Declaration of Tadashi Ishiguro in Support of Opposition
to Defendant and Counter- Claimant the Long-term Credit Bank of Japan, Ltd.
To EIE

Guam Corporation's Motion for Summary Judgment

04/22/1996   185   Memorandum   EIE Guam's Memorandum in Opposition to Ltcb's
Motion to Strike, or for More Definite Statement.

04/22/1996   186   Memorandum   EIE Guam's Memorandum of Points and
Authorities in Opposition to the Nippon Credit Bank Ltd.'s Motion to Dismiss
Counts

Iii,iv,v,vi,vii,viii,ix,x,xi,xii, Xv,xvi and Xvii of the Complaint for
Failure to State a Claim upon Which Relief Can Be Granted.

04/22/1996  187    Memorandum    EIE Guam's Memorandum of Points and
Authorities in Opposition to Defendant the Sumitomo Trust and Banking Co.
Ltd.'s Motion to

Dismiss Plaintiff's Complaint.

04/29/1996  188    Reply Memorandum the Nippon Credit Bank Ltd.'s Reply
Memorandum in Support of its Motion to Dismiss Counts Iii,iv,v,vi,vii,viii,
Ix,x,xi,xii,xv,xvi

And Xvii of the Complaint

05/03/1996  189    Declaration    of Yukata Yoneta in Support of Defendant
Nippon Credit Banks Opposition to Plaintiffs Motion for Partial Summary
Judgment on

Counts Iii and Iv of the Complaint

05/03/1996  190    Supplemental Second Supplemental Declaration of Albert
Wong

05/03/1996  191    Objection    Evidentiary Objections of the Long-term
Credit Bank of Japan, Ltd. To Declara- Tion and Supplemental Declaration of
Albert Wong

05/03/1996  192    Notice    Of Filing of Original Declarations Re: the
Long-term Credit Bank of Japan, Ltd.'s Opposition to EIE Guam
Corporation's Motion for

Summary  Judgment

05/03/1996  193    Miscellaneous Entry the Mitsui Trust & Banking Co., Ltd's
Appendix of Authority in Support of Motion to Dismiss or Stay Action Based
upon Forum

Non Conveniens

05/03/1996  194    Excerpt    The Mitsui Trust and Banking Co., Ltd's
Appendix of Excerpts of Interrogatories Identifying Witnesses with Knowledge
of the Case

05/03/1996  195    Declaration    of Kazuhiro Yasumura Un Support of Defendant
the Mitsui Trust & Banking Co., Ltd's Motion to Dismiss or Stay Action Based
upon

Forum non Conveniens

05/03/1996  196    Request    The Mitsui Trust and Banking Co., Ltd.'s
Request for Entry of Judgment Against Plaintiff EIE Guam Corporation on EIE
Guam

Corporation's Motion for Partial Summary Judgment on Counts Iii and Iv of
Complaint

05/03/1996  197    Notice    Of Withdrawal of the Mitsui Trust & Banking Co.,
Ltd.'s Motion for Partial Summary Judgment

05/03/1996  198    Notice    Of Intent to Raise Issues of Foreign Law by

Defendant the Mitsui Trust & Banking Co., Ltd.

05/03/1996  199  Memorandum  the Mitsui Trust & Banking Co., Ltd's
Memorandum in Support of Motion to Dismiss or Stay Action Based upon Forum
non

Conveniens

05/07/1996  200  Recording Log Motion Hearing = Judge Cruz  Tape#96-0781
Log#0604

05/14/1996  201  Memo of Pts and Auths of the Long Term Credit Bank of
Japan, Ltd., in Support of its Motion to Compel Plaintiff/counterdefendant
EIE Guam

Corporation to Respond to Discovery Requests

05/14/1996  202  Declaration  of G. Patrick Civille in Support of Motion
to Compel Plaintiff/counter- Defendant EIE Guam Corporation to Respond to
Discovery
Request

05/16/1996  203  Notice  Of Filing of Original Amended  Declaration of
Yutaka Yoneta in Support of Defendant the Nippon Credit Bank, Ltd.'s
Opposition to

Plaintiff's Motion for Partial Summary Judgment on Counts Iii and Iv of the
Complaint

05/16/1996  204  Opposition  EIE Guam Corporation's Opposition Memorandum
to Ltcb's Motion to Appoint a Receiver

05/16/1996  205  Declaration  of Harunori Takahashi

05/20/1996  206  Recording Log Further Proceedings - Judge Cruz
Tape#96-828 Log#0812

05/20/1996  207  Stipulation  and Order  for Dismissal Without Prejudice
of the Sumitomo Trust and Banking Co., Ltd.,The Mitsui Trust and Banking Co.,
Ltd., the

Mitsubishi Trust and Banking Corporation and the Nippon Credit Bank Ltd.
Signed by Judge B.j. Cruz

05/20/1996  208  Statement  Of Defendant and Counterclaimant the
Long-term Credit Bank of Japan, Ltd., Regarding Incorporation of Arguments
Made by

Other Defendants in Connection with Motion to Dismiss for Failure to State a
Claim and Oppositions to Motions of Plaintiff EIE Guam Corporation for
Summary

Judgment and for Partial Summary Judgment

05/20/1996  209  Notice  Of Filing by Defendant Ltcb of  Supplemental
Declarations in Support of Opposition to Plaintiffs Motion for Summsary
Judgment

And Partial Summary Judgment

05/21/1996  210  Notice  Of Filing by Defendant Ltcb of  Supplemental
Declarations in Support of Opposition to Plaintiff's Motion for Summary

Judgment and

Partial Summary Judgment

 05/21/1996  211  Notice    Of Filing of Declaration of Ricardo C. Duenas in
Opposition to Plaintiffs Motion's for Summary Judgment and Partial Summary

Judgment

 05/22/1996  212  Response    EIE Guam's Response to the Evidentiary
Objections of Ltcb to the Declarations of Albert Wong

 05/22/1996  213  Recording Log Hearing 05/22/1996    Before Judge B.j.
Cruz    Tape#96-0829 Log#2033

 05/22/1996  214  Miscellaneous Entry Clarification Regarding the Mitsui
Trust & Banking Co., Ltd.'s Rights and  Remedies Arising from or Related to
First Priority

Mortgage

 05/23/1996  215  Recording Log Before Judge B.j. Cruz    Tape#96-902
Log#3068

 05/23/1996  216  Objection    Evidentiary Objections of the Long-term
Credit Bankof Japan, Ltd. To Declaration of Harunori Takahashi Submitted by
Plaintiff EIE

Guam in Opposition to Motion for Appointment of a Reciever

 05/23/1996  217  Notice    Of Filing by Defendant Ltcb of  Declarations in
Support of Motion to Appoint a Receiver

 05/23/1996  218  Memo of Pts and Auths in Reply to Opposition of EIE Guam
Corporation to Motion of the Long-term Credit Bank of Japan, Ltd. For:  1.)
Order

Appointing Receiver, and 2.)  Preliminary Injunction

 05/28/1996  219  Notice    Of Pendency Action (Lis Pendens)

 05/31/1996  220  Miscellaneous Entry EIE Guam's Specification of the
Paragraphs to Be Incorporated into Each Count

 06/03/1996  221  Cash Register Transaction

 06/05/1996  222  Supplemental  EIE's Supplemental Memorandum of Points and
Authorities on Issue of Void  Contracts

 06/05/1996  223  Memo of Pts and Auths EIE Guam's Memorandum of Points and
Authorities in Support of its Motion to File Supplemental Memorandum

 06/06/1996  224  Cash Register Transaction    Boh

 06/06/1996  225  Request    For Ruling on Evidentiaryobjections of Long
Term Credit Bank of Japan, Ltd. To Declarations of Albert Wong Submitted by
Plaintiff

EIE Guam Corporation

 06/06/1996  226  Supplemental Memorandum of Defendant the Long-term Credit
Bank of Japan, Ltd. In Opposition to Motion of Plaintiff EIE Guam

Corporation

For Partial Summary Judgment

07/09/1996  227  Notice    Of Filing of Proposed (1) Order Granting Summary
Judgment and Rule 54(b) Certification and (2) Judgment

07/12/1996  228  Objection    To Notice and Filing of Ltcb's Proposed Order
and Judgment

07/12/1996  229  Miscellaneous Entry Excerpts of Proceedings
Transcript of Proceedings Before the Honorable Benjamin J.f. Cruz

07/12/1996  230  ex Parte    Application to Shorten Time Re: Request for
Status Conference

07/12/1996  231  Application for Status Conference

07/12/1996  232  Declaration of Counsel G. Patrick Civille

07/16/1996  233  Memorandum    EIE Guam's Memorandum in Opposition to Ltcb's
ex Parte Application and Request for Status Conference

07/16/1996  234  Recording Log ex Parte Application - Judge Cruz
Tape#96-1352 Log#5030

07/16/1996  235  Reply    Of the Long-term Credit Bank of Japan, Ltd. To
Objection of Plaintiff EIE Guam Corporation to Notice and Filing of Ltcb
Proposed Order

And Judgment

07/30/1996  236  Cash Register Transaction

08/19/1996  237  Decision and Order Signed by Judge B.j. Cruz

08/20/1996  238  Speed Memo    As per Are Phone Conversation  Attached Is
a Certified Copy of the Decision and Order Filed 08-19-96

08/20/1996  239  Neod & Decl    Atty David Mair and Edward A. Calvo &
Patrick Civille (Decision and Order Filed on 8/19/96)

08/21/1996  240  Affidavit of Service of Decision and Order on Atty. D.mair

08/21/1996  241  Affidavit of Service of Decision and Order on G. Patrick
Civille

08/21/1996  242  Affidavit of Service of Decision and Order on Eduardo
Calvo

09/03/1996  243  Memo of Pts and Auths of Defendant the Long-term Credit
Bank of Japan, Ltd. In Support of Motion for Rule 54(b) Certification
Filed by Atty
Civille

09/03/1996  244  Declaration in Support of    Declaration of G. Patrick
Civille in Support of Motion of Defendant the Long Term Credit Bank of Japan
for Rule
54(b) Certification Filed by Atty Civille

09/03/1996  245  Excerpt    Of Proceedings Filed by P.g.waddell, Eltrnc.

Reporter

09/12/1996  246  Notice   Of Hearing Hearing 10/04/1996 Motion of
Defendant the Long-term Credit Bank of Japan, Ltd. For Rule 54(b)
Certification Filed by Atty
Civille

09/12/1996  247  Notice of Motion and Notice of Motion and Motion of
Defendant the Long-term Credit Bank of Japan, Ltd. For Rule 54(b)
Certification    Filed by
Atty Civille

09/23/1996  248  Opposition   Memorandum in Opposition to Motion for Rule
54(b) Certification    Filed by Atty Mair

09/30/1996  249  Reply Memorandum of Defendant the Long-term Credit Bank of
Japan, Ltd. In Support of Motion for Rule 54(b) Certification    Filed by
Atty
Civille

10/01/1996  250  Stipulation   and Order  Stipulation and Order    Signed
by Judge B.j. Cruz    Filed by Atty Mair

10/04/1996  251  Recording Log Before Judge Benjamin Jf Cruz   Tape No.
96-1760' Log No. 3205

10/28/1996  252  Supplemental  Request for Ruling on Evidentiary Objec-
Tions of the Long-term Credit Bank of Japan, Ltd. To Declarations of Albert
Wong
Submitted by Plaintiff EIE Guam Corporation by G. Patrick Civille

10/28/1996  253  Judgment    Signed by Judge B.j. Cruz

10/28/1996  254  Order    Granting Rule 54(b) Certification Signed by
Judge B.j. Cruz

10/31/1996  255  Objection   EIE Guam Corporation's Objection to
Supplemental Request of Ltcb for Ruling on Evidentiary Objections    By
David A. Mair

11/21/1996  256  Neod & Decl   Judgment Filed on 10/28/96

11/26/1996  257  Cash Register Transaction

11/26/1996  258  Notice of Appeal by G. Patrick Civille

12/05/1996  259  Notice   To Atty. G. Patrick Civille

12/05/1996  260  Notice   To Atty. David A. Mair Atty. Eduardo A. Calvo
   Atty. Wilson A. Quinley    Atty. William J. Blair    Atty. Anita
Arriola

Atty. Thomas J. Lannen

12/05/1996  261  Declaration   of Mailing

12/12/1996  262  Request for Transcript of Proceedings on Appeal    By
G.patrick Civille

12/16/1996  263  Letter   To Mr. Alfredo M. Borlas from Atty. David A.
Mair Request for Transcript of Proceedings on Appeal in Addition to the
Transcript

Requested by Patrick Civille, Esq.

01/02/1997  264  Clerk's    Affidavit in Support of Motion  for Additional Time to File    Transcript on Appeal

02/18/1997  265  Certificate of Record To: Supreme Court of Guam

02/19/1997  266  Declaration  of Mailing To: Atty. Patrick G. Civille Atty. Thomas Lannen Atty. Anita Arriola Atty. Eduardo A. Calvo     Atty. Wilson A.
Quinley    Atty. David A. Mair

03/31/1997  267  Designation of Record    Defendant/counterclaimant/ Appellant's Designation of Clerk's Record   By G.patrick Civille

05/19/1997  268  Speed Memo    To Attys: G. Patrick Civille Thomas Lannen Anita Arriola Eduardo A. Calvo David Mair William Blair Wilson A. Qunley

12/11/1997  269  Letter    Of Transmittal of the Record on Appeal Filed at Supreme Court

12/12/1997  270  Declaration  of Mailing

12/12/1997  271  Memorandum  To: Atty. G. Patrick Civille    Re: Cost of Reproducing Record on  Appeal Amount: $288.30

06/29/1998  272  Declaration  of G. Patrick Civille in Suppt of Mtn of the Long-term Credit Bank of Japan, Ltd. For Expedited Discovery    Filed By: Mair, Etal.

06/29/1998  273  Motion    For Expedited Discovery; Memo of Points and Authorities Filed By: G. Patrick Civille

06/29/1998  274  Declaration of Counsel Filed By: G. Patrick Civille

06/29/1998  275  ex Parte  Application for an Order Shortening Time; Decl of Counsel   Filed By: G. Patrick Civille

06/29/1998  276  Memo of Pts and Auths in Opp to Ltcb's Mtn to Shorten Time Re: Discovery  Filed By: Randall Thompson

06/29/1998  277  Declaration of Randall Todd Thompson    Filed By: Calvo & Clark

06/30/1998  278  Recording Log Before Judge Tydingco0gatewood  for Exparte Application    Tape#98-1058 Log#5926

07/01/1998  279  Recording Log Before Judge Tydingco-gatewood  for Con't Exparte Tape#98-1091 Log#5840

05/26/1998  280  Opinion    Received from Supreme Court Filed 5/21/98.

07/24/1998  281  Memo of Pts and Auths in Suppt of Plaintiff EIE Guam's Motion to Bifurcate Trial Filed By: Randall Thompson

07/24/1998  282  Motion    To Bifurcate Trial Filed By: Randall Thompson

08/28/1998  283  Declaration  of Arthur B. Clark Consenting to Designation for Kathleen V. Fischer

08/28/1998  284  Application  of Kathleen V. Fishcer for Pro Hac Vice
Admission

08/28/1998  285  Declaration  of Arthur B. Clark Consenting to
Designation for James F. Mccabe

08/28/1998  286  Application of James F. Mccabe for Admission Pro Hac Vice

09/01/1998  287  Notice   Of Filing of Original Signature Pages Filed By:
Arthur B. Clark

09/01/1998  288  Notice   Of Pendency of Action (Lis Pendens) Filed By:
Arthur B. Clark

09/21/1998  289  Notice to Take Deposition   For International Trading
Network, Ltd. Date: 10/1/98 at 1pm at Law Office of Ching, Etal. By: G.
Patrick Civille

09/21/1998  290  Notice to Take Deposition   For Capital Investment
Group, Llc Date: 9/30/98 at 1pm at Law Office of Ching, Etal. -Pursuant to
Rule 30(b)(6), Guam
Rules of Civil Procedure By: G. Patrick Civille

09/21/1998  291  Notice to Take Deposition   For Albert Wong Date:
10/23/98 at 9am at Law Office of Ching, Etal. By: G. Patrick Civille

09/21/1998  292  Notice to Take Deposition   Fro Arthur B. Clark Date:
10/1/98 at 3pm at Law Office of Ching, Etal. By: G. Patrick Civille

09/21/1998  293  Notice to Take Deposition   For Eduardo A. Calvo
Date: 10/23/98 at 1:30pm at Law Office of Ching, Etal. By: G. Patrick Civille

09/21/1998  294  Cash Register Transaction   Ck 31256 3.00 Ck 31251
4.50

09/23/1998  295  Declaration of Service "Subpoena Duces Tecum for Depo &
the Production of Documents Propounded by Deft.-counterclaim the Long-term
Credit
Bank of Japan Ltd.to Albert Wong at Bus. On 9/22/98 at 1:50pm   By: Charles
Damian

09/23/1998  296  Declaration of Service "Subpoena Duces Tecum for Depo &
the Production of Documents Propounded by Deft.-counterclaim the Long-term
Credit
Bank of Japan Ltd.to International Trading Network, Ltd. Thru Deborah
Gumataotao (Exec. Sec.) At Bus. On 9/22 at 4:40pm  By: Charles Damian

09/23/1998  297  Declaration of Service "Subpoena Duces Tecum for Depo &
the Production of Documents Propounded by Deft.-counterclaim the Long-term
Credit
Bank of Japan Ltd."to Capital Investment Group, Inc. thru Loreta Ruey (Acct.)
At Empl on 9/22/98 at 1:50pm   By: Charles Damian

09/23/1998  298  Declaration  of Service "Subpoena Duces Tecum for Depo &
the Production of Documents Propounded by Deft.-counterclaim the Long-term
Credit Bank of Japan Ltd.to Arthur Clark at Bus. On 9/22/98 at 2:35pm   By:
Charles Damian

09/23/1998  299  Declaration  of Service "Subpoena Duces Tecum for Depo &
the Production of Documents Propounded by Deft.-counterclaim the Long-term

Credit Bank of Japan Ltd.to Eduardo Calvo at Bus. On 9/22/98 at 2:39pm
By: Charles Damian

09/29/1998  300   Objection   Of International Trading Network, Ltd. To
Ltcb's Subpoena Duces Tecum for a Deposition and the Production of  Documents


09/29/1998  301   Objection   Of Albert Wong to Ltcb's Subpoena Duces Tecum
for a Deposition & the Production of Documents

09/29/1998  302   Objection   Of Eduardo A. Calvo to Ltcb's Subpoena Duces
Tecum for a Deposition and the Production of Documents      Filed By: David
Mair

09/29/1998  303   Objection   Of Arthur B. Clark to Ltcb's Subpoena Duces
Tecum for a Deposition and the Production of Documents      Filed By: Arthur
B. Clark

10/05/1998  304   At-issue Memorandum Filed by Mair Mair

10/07/1998  305   Judge      Assignment Joaquin Ve Manibusan Judge

10/07/1998  306   Objection   Of Capital Investment Group, Llc to Ltcb's
Subpoena Duces Tecum for Depo and the Production of Documents  Filed By:
Cesar Cabot

10/07/1998  307   Notice   Of Scheduling Conference      Submitted by Mair
Mair    Set for 11/25/98 11 Am

10/07/1998  308   Notice   Of Special Appearance on Behalf of Capital
Investment Group, Llc   Filed By: Cesar Cabot

10/09/1998  309   Opposition   of Deft-counterclaimant the Long-term Credit
Bank of Japan, Ltd., to Plaintiff Counterdefendants EIE Guam Corp's Mtn to
Bifurcate
Trial Filed By: Ching, Et al.

10/09/1998  310   Memo of Pts and Auths of Deft-counterclaimant the
Long-term Credit Bank of Japan, Ltd., in Support of its Mtn to Compel
Plaintiff-counter
Defendant EIE Guam Corp., as Well as International Trading Network, Ltd.,
Eduardo A. Calvo, Arthur B. Clark and Albert Wong to Comply W/ Discovery
Rqsts
Filed By: G. Patrick Civille

10/09/1998  311   Declaration   of G. Patrick Civille in Suppt of the Mtn of
Deft-counterclaimant the Long- Term Credit Bank of Japan, Ltd., to Compel
Plaintiff-counterdefendant EIE Guam Corp., as Well as International Trading
Network, Ltd., Eduardo A. Calvo, Arthur B. Clark, & Albert Wong to Comply
W/
Discovery Requests      Filed By: G. Patrick Civille

10/15/1998  312   Declaration   of Arthur B. Clark Consenting to
Designation for Karen L. Hagberg   Filed By: Calvo & Clark

10/15/1998  312.01   Declaration   of Arthur B. Clark Consenting to
Designation for Sherman W. Kahn   Filed By: Calvo & Clark

10/15/1998  313   Application   of Sherman W. Kahn for Pro Hac Vice
Admission   Filed By: Calvo & Clark

10/15/1998  314   Notice of Motion Ntc of Mtn & Mtn of the Long-term Credit

Bank of Japan, Ltd., to Compel Plaintiff Counterdefendant EIE Guam Corp, as
Well as
International Trading Network, Ltd., Eduardo A. Calvo, Arthur B. Clark, and
Albert Wong Torespond to Discovery Rqsts Sub By: G. Patrick Civille

 10/15/1998  315   Application   of Karen L. Hagberg for Pro Hac Vice
Admission  Filed By: Calvo & Clark

 10/16/1998  316   Notice to Take Deposition      (Amended)  Pursuant to
Rule 30(b)(6), Guam Rules of Civil Procedure of Capital Investment Group, Llc
on

10/23/98 at 9am Filed By: Ching, Etal.

 10/20/1998  317   Notice to Take Deposition   Of the Long-term Credit Bank
of Japan, Ltd. On 11/16/98 at 10am      Filed By: Calvo & Clark

 10/20/1998  318   Objection   Ltcb's Objection to At-issue Memorandum Filed
By: G. Patrick Civille

 10/22/1998  319   Objection   Of Capital Invest. Group, Llc to Ltcb's
"Amendednotice of Taking Deposition & Subpoena Duces Tecum  for Depos. & the
Prod. Of Doc. By:
Cesar Cabot

 10/22/1998  320   Recording Log Before Judge Joaquin Ve Manibusan Jr. for ex
Parte Application     Re: Protective Order *Reset

 10/29/1998  321   Notice of Motion to Bifurcate Trial Hearing Date: 11/23/98
at 2pm    Filed By: Randall Thompson

 10/29/1998  322   Order    Granting Admission Pro Hac Vice of Karen L.
Hagberg Signed By: Judge Joaquin Manibusan, Jr. Signed On: 10/29/98 Filed By:
Calvo & Clark

 10/29/1998  323   Order    Granting Admission Pro Hac Vice of Sherman W.
Kahn Signed By: Judge Joaquin Manibusan, Jr. Signed On: 10/29/98 Filed By:
Calvo & Clark

 10/29/1998  324   Order    Granting Admission Pro Hac Vice of James F.
Mccabe Signed By: Judge Joaquin Manibusan, Jr. Signed On: 10/29/98 Filed By:
Calvo & Clark

 10/29/1998  325   Order    Granting Admission Pro Hac Vice of Kathleen V.
Fisher    Signed By: Judge Joaquin Manibusan, Jr. Signed On: 10/29/98 Filed
By: Calvo &
Clark

 10/30/1998  326   Declaration   of Rodney J. Jacob in Suppt of EIE Guams Mtn
to Compel Responses to Discovery Requests

 10/30/1998  327   Memo of Pts and Auths EIE Guam's Memo of Points & Auth in
Suppt of Mtn to Compel Responses to Discovery Requests Filed By: Rodney Jacob

 10/30/1998  328   Notice of Motion and Mtn to Compel Responses to Discovery
Requests    Filed By: Rodney Jacob

 11/04/1998  329   Certificate   of Service "Ntc of Mtn & Mtn to Compel..,
EIE Guam Memo of Points & Auth.., & Decl of Rodney J. Jacob..To Law Office of
Ching, Etal. On

10/30/98    By: Sandra Cruz

11/09/1998  330   Memo of Pts and Auths    Of Deft the Long-term Credit
Bank of Japan, Ltd., in Opposition to Plaintiffs Mtn to Compel Discovery
 Filed By:
G. Patrick Civille

11/09/1998  331   Declaration   of Rodney J. Jacob in Suppt of EIE Guams
Opposition to Ltcb's Motion to Compel Responses to Discovery

11/09/1998  332   Opposition   EIE Guam's Opposition to Ltcb's Motion to
Compel Responses to Discovery  Filed By: Rodney Jacob

11/10/1998  333   Motion    For Deft the Long-term Credit Bank of Japan,
Ltd., for Protective Order Pursuant to Rule 26 (C); Memo of Points and
Authorities Filed
By: G. Patrick Civille

11/13/1998  334   Mandate     From Supreme Court Reversed the Judgment of
the Superior Court.

11/23/1998  335   Declaration   (Amended) of G. Patrick Civille in Suppt of
the Mtn of Deft-counterclaimant the Long-term Credit Bank of Japan, Ltd., to
Compel
Plaintiff-counterdefendant EIE Guam Corp as Well as International Trading
Network Ltd., Eduardo A. Calvo, Arthur B. Clark, Albert Wong, & Capital
Invest.
Group,LLC to Comply W/ Discovery Requests  Filed By: G. Patrick Civille

11/23/1998  336   Declaration   of Rodney J. Jacob in Suppt of Mtn to Compel
Responses to EIE Guam's Fourth Set of Requests for Production of Doc. Filed
By: Calvo &
Clark

11/23/1998  337   Motion    To Issue Commission; Memo of Pts & Auths in
Suppt Thereof Filed By: Rodney Jacob

11/23/1998  338   Memo of Pts and Auths EIE Guam's Memo of Pts & Auths in
Suppt of Mtn to Compel Responses to EIE Guam's Fourth Set of Requests for
Production of
Documents Filed By: Rodney Jacob

11/23/1998  339   Declaration   of Rodney J. Jacob in Suppt of Mtn to Issue
Commission

11/23/1998  340   Notice    (Amended) of and Amended Mtn of the Long-term
Credit Bank of Japan, Ltd. To Compel Plaintiff/counterdeendant EIE Guam
Corp., as
Weel as International Trading Network, Ltd., Eduardo A. Calvo, Arthur B.
Clark, Albert Wong & Capital Invest. Group, Llc to Respond to Discovery
Requests
Filed By: G. Patrick Civille

11/23/1998  341   Memo of Pts and Auths (Amended) of Auth of
Deft-counterclaimant the Long-term Credit Bank of Japan, Ltd. In Suppt of its
Motion to Compel
Plaintiff- Counterdefendant EIE Guam Corp., as Well as International Trading
Network, Ltd., Eduardo A. Calvo, Arthur B. Clark,albert Wong & Capital
Invest.
Group, Llc to Comply W/ Discovery Request    Filed By: Ching, Etal.

11/24/1998  342   Stipulation   and Order Signed by Judge Manibusan, Jr.

Filed by G. Patrick Civille

11/24/1998  343    Letter    Fr: Atty. Arthur B. Clark    Re: EIE Guam
Corporation V. the    Supreme Court of Guam, the Long Term Credit Bank of
Japan, Ltd. -Filed
With U.S. Ninth Circuit Court of Appeals a Motion for an Order  Directing the
Supreme Court of Guam. (Cortesy Copy)

11/25/1998  344    Notice of Motion and Mtn in Suppt of EIE Guam's Mtn to
Compel Responses to EIE Guam's Fourth Set of Rqsts for Production of  Filed
By: Rodney Jacob

11/25/1998  345    Notice of Motion to Issue Commission Filed By: Rodney
Jacob

11/25/1998  346    Errata    Re: Amended Memo of Pts & Auths in Suppt of Mtn
to Compel Responses to Discovery Requests   Filed By: G. Patrick Civille

11/25/1998  347    Notice of Motion Ntc of Mtn & Mtn in Suppt of EIE Guam's
Mtn to Compel Responses to EIE Guam's Fourth Set of Requests for Production
of Sub By:
Rodney Jacob

11/30/1998  348    Opposition   EIE Guam's Opposition to Ltcb's Motion for
Protective Order Pursuant to Rule 26 (E)    Filed By: Rodney Jacob

11/30/1998  349    Memorandum   of Points and Authorities of Capital
Investment Group, Llc and Albert Wong in Opposition T Ltcb's Amended Mtn to
Compel

11/30/1998  350    Supplemental  Memorandum in Support of EIE Guam's
Opposition to Ltcb's Motion to Compel By: Atty. Rodney Jacobs

11/30/1998  351    Declaration   of Cesar C. Cabot in Support of  Memorandum
of Points and Authorities of Capital Investment Group, Llc to Ltcb's Mtn to
Compel

11/30/1998  352    Declaration  Of Rodney J. Jacob in Suppt of EIE Guams
Opposition to Ltcb's Mtn for Protective Order Pursuant to Rule 26 (E)

11/30/1998  353    Opposition   Arthur B. Clark's Opposition to Ltcb's Mtn to
Compel Filed By: Arthur Clark

11/30/1998  354    Memorandum   of Points and Authorities of the  Long-term
Credit Bank of Japan, Ltd. In Opposition to EIE Guam Corporation's Motion to
Compel Responses to its Fourth Request for the Production of Documents Filed
By: G. Patrick Civille

11/30/1998  355    Declaration of G. Patrick Civille in Support of the
Memorandum of Points and Authorities of the Long-term Credit Bank of Japan,
Ltd. In
Opposition to EIE Guam  Corporation's Motion to Compel  Responses to its
Fourth Request for the Production of Documents     By: G. Patrick Civille

11/30/1998  356    Declaration of G. Patrick Civille in Support of the
Memorandum of Points and Authorities of the Long-term Credit Bank of Japan,
Ltd. In
Opposition to EIE Guam  Corporation's Motion to Issue    Commission

11/30/1998  357    Memorandum   of Points and Authorities of the Long- Term
Credit Bank of Japan, Ltd. In Opposition to EIE Guam Corporation's Motion to

Issue
Commisssion

11/30/1998   358   Motion For an Order Directiong the Supreme Court of Guam,
Territory of Guam  to Recall its Mandate Pending Filing of Certiorara
Petition
To this Court; Declaration of Shirley M. Hufstedler Morrison & Foerster Llp


12/01/1998   359   Errata To EIE Guam's Opposition to Ltcb's Mtn for
Protective Order Pursuant to Rule 26 (E)    Filed By: Rodney Jacob

12/02/1998   360   Opposition Itn's Opposition to Ltcb's Mtn to Compel Filed
By: William Fitzgerald

12/03/1998   361   Cash Register Transaction

12/03/1998   362   Notice to Take Deposition Of the Custodian of Records of
Stein & Lubin, Llp on 12/11/98 at 10am at the Law Office of Morrison &
Foerster, Llp
Filed By: Rodney Jacob

12/07/1998   363   Memorandum  of Points and Authorities of the Long- Term
Credit Bank of Japan, Ltd. In Reply to EIEg's Opposition to Ltcb's Motion for
a
Protective Order Pursuant to Rule 26(c) Filed by Ching Boertzel

12/07/1998   364   Reply  Declaration of G. Patrick Civille in Support of the
Long-term Credit Bank of Japan, Ltd.'s Motion to Compel Discovery Against EIE
Guam
Corporation, Capital Investment Group Llc, International Trading Network,
Ltd., Albert Wong, Eduardo Calvo and Arthur Clark    Filed by Ching Boertzel


12/07/1998   365   Reply  Joint Reply Memorandum in Support of EIE Guam's
Motion to Compel Responses to Discovery Requests and EIE Guam's Motion to
Compel
Repsonses to EIE Guam's Fourth Set of Request for Production of  Documents
Filed by Calvo and Clark

12/07/1998   366   Reply  Memorandum in Support of EIE Guam's Mtn to Issue
Commission Filed by Calvo and Clark

12/07/1998   367   Declaration of Rodney J. Jacob in Support of EIE Guam's
Reply in Support of its Motion to Issue Commission Filed by Calvo and Clark


12/07/1998   368   Reply  Of Defendant the Long-term Credit Bank of Japan,
Ltd. In Support of Motion to Compel Discovery Against EIE Guam Corp.
Capital
Investment Group LLC,  International Trading Network, Ltd., Albert Wong,
Eduardo Calvo and Arthur B. Clark     Filed by Ching Boertzel

12/09/1998   369   Reply  EIE Guam Corp's Reply to Ltcb's  Opposition to Mtn
to Bifurcate   Filed By: Rodney Jacob
12/09/1998   370   Appendix  On Petition for Writ of Certiorari to the
Supreme Court of Guam, Territory of Guam Prepared By: Morrison & Foerster Llp


12/09/1998   371   Petition  For a Writ of Certiorari

12/10/1998   372   Memorandum   EIE Guam's Memorandum re the Order of Mtns on

December 14, 1998    Filed By: David Mair

12/11/1998  373  Memorandum  Re: EIE Guam Corporation V. the  Supreme Court of Guam, Etal to 9th Circuit Court Address To: Alfredo M. Borlas    Fr: Calvo and Clark, Llp

12/11/1998  374  Declaration of G. Patrick Civille re Facsimile Copy of Decl of Katsuya Yokota

12/11/1998  375  Declaration  of G. Patrick Civille in Suppt of the Mtn of Deft the Long-term Credit Bank of Japan, Ltd. For Summary Judgment & to Dismiss

12/11/1998  376  Declaration  of G. Patrick Civille re Facsimile Copy of Decl of Rikako Takahashi    Filed By: G. Patrick Civille

12/11/1998  377  Memo of Pts and Auths in Suppt of Mtn of Deft the Long-term Credit Bank of Japan, Ltd., for Summary Judgment and to Dismiss Filed By:
G. Patrick Civille

12/11/1998  378  Unsigned Document(s) Ntc of Hrg & Mtn of Deft the Long-term Credit Bank of Japan, Ltd., for Summary Judgment and to Dismiss Sub By:
G. Patrick Civille

12/14/1998  379  Entry of Appearance Filed By: David J. Lujan

12/14/1998  380  Recording Log Jvemjr; Motion I thru Vii    Mtn to Bifurcate Trial  Tape No. 98-1206 to 1209 Log No. 6356

12/16/1998  381  Notice Of Hearing and Mtn of Deft the Long-term Credit Bank of Japan, Ltd., for Summary  Judgment and to Dismiss  Filed By: G. Patrick
Civille

12/16/1998  382  Decision and Order Signed By; Judge Jvemjr

12/18/1998  383  Memorandum  EIE Guam's Memorandum re Scheduling Conference Filed By: David Mair

12/18/1998  384  Neod & Decl  Decision and Order Filed 12/16/98

12/18/1999  385  Recording Log Jvemjr  Continued Scheduling Conference Tape No. 98-1322 Log No. 3708

12/22/1998  386  Affidavit of Service Ceasar Cabot

12/22/1998  387  Affidavit of Service Eduardo Calvo

12/22/1998  388  Memorandum  Ltcb's Memorandum Re: Scheduling Conf. By: G. Patrick Civille

12/22/1998  389  Recording Log Jvemjr  Continued Scheduling Conference Tape No. 98-1324 thru 98-1326    Log No. 4613

12/23/1998  390  Subpoena Duces Tecum Filed By: Calvo & Clark

12/28/1998  391  Affidavit of Service David A. Mair

12/28/1998  392  Affidavit of Service David J. Lujan

12/29/1998  393  Affidavit of Service G. Patrick Civille

12/28/1998  394  Affidavit of Service William Fitzerald

01/06/1999  395  Order - Parties Shall Submit Witness List & Exhibits on
9/6/99 and Trial Shall Commence on 9/13/99 Pre-trial Conference on 9/7/99
Signed by the
Honorable Joaquin V.e. Manibusan, Jr.,

01/20/1999  398  Commission  Signed By: Judge Joaquin Manibusan, Jr.
Signed On: 1/20/99 Filed By: Calvo & Clark
01/22/1999  399  Notice to Take Deposition  Of Long-term Credit Bank of
Japan, Ltd. (Ltcbby Designated Officers on 2/22/99 at 9am at the Law Office
of Mair,Et al.

01/25/1999  400  Notice Of Filing of Original Decl of Rikako Takahashi Re:
Mtn for Summary Judgment Filed By: G. Patrick Civille

01/25/1999  401  Notice Of Filing of Original Decl of Katsuya Yokota Re:
Mtn for Summary Judgment Filed By: G. Patrick Civille

01/29/1999  402  Notice to Take Deposition        (Amended)  of the
Long-term Credit Bank of Japan on 2/22/99 at 9am at the Depo Room of the U.s.
Consulate General In Osaka, Japan Filed By: David Mair

01/29/1999  403  Declaration of Satoru Matsuo in Suppt of EIE Guam's
Opposition to Ltcb's Mtn for Summary Judgment   Filed By: Mair, Etal.

01/29/1999  404  Declaration of Mikio Oba in Suppt of EIE Guam's Opposition
to Ltcb's Mtn for Summary Judgment   Filed By: Mair, Etal.

01/29/1999  405  Declaration of Shigeru Kawaguchi in Suppt of EIE Guam's
Opposition to Ltcb's Mtn for Summary Judgment Filed By: Mair, Etal.

01/29/1999  406  Declaration of Tasuko Matsup in Suppt of EIE Guam's
Opposition to Ltcb's Mtn for Summary Judgment   Filed By: Mair, Etal.


01/29/1999  407  Declaration of Albert W. Wong in Suppt of EIE Guam's
Opposition to Ltcb's Mtn for Summary Judgment and to Dismiss Filed By: Mair,
Etal.

01/29/1999  408  Declaration  of Harunori Takahashi in Suppt of EIE Guam's
Opposition to Ltcb's Mtn for Summary Judgment Filed By: Mair, Etal.

01/29/1999  409  Declaration  of David A. Mair in Suppt of EIE Guam's
Opposition to Ltcb's Mtn for Summary Judgment and to Dismiss

01/29/1999  410  Opposition   EIE Guam's Opposition to Mtn of Deft the
Long-term Credit Bank of Japan, Ltd., to Dismiss Filed By: David Mair


01/29/1999  411  Opposition   EIE Guam's Opposition to the Statement of
Alleged Undisputed Facts of Deft. The Long-term Credit Bank of Japan, Ltd.
Filed By: Mair,
Et al.

01/29/1999  412  Opposition   EIE Guam's Opposition to Mtn of Deft the
Long-term Credit Bank of Japan, Ltd. For Summary Judgment Filed By: Mair,
Etal.

02/05/1999  415  Unsigned Document(s) Stipulation and Order       (Hrg Mtn

for Summary Judgment and to Dismiss to Be Cont. For 3/8/99 at 1pm; Reply Be Filed &
Served on or Before 2/24/99)    Sub By: Ching, Etal.

 02/05/1999  416   Notice to Take Deposition      Pursuant Ot Rule 30(b)(6), Guam Rules of Civil Procedure of EIE Guam Corp. On 3/22/99 at 9am at the Law Office of
Ching, Etal.   Filed By: G. Patrick Civille

 02/23/1999  417   Declaration   of Karen L. Hagberg in Further Support of EIE Guam's Opposition to Ltcb's Mtn for Summary Judgment  Filed By: Calvo & Clark,
David Lujan, Mair, Etal., Morrison & Foerster

 02/24/1999  418   Declaration   of Kaoruhiko Suzuki in Support of Motion for Summary Judgment of the Long-term Credit Bank of Japan, Ltd.

 02/24/1999  419   Supplemental   Declaration of Katsuya Yokota in Support of the Motion for Summary Judgment of the Long-term Credit Bank of Japan, Ltd. By:
Ching

 02/24/1999  420   Declaration of Hideki Matsui, Esq. In Support of the Motion for Summary Judgment and to Dismiss of the Long-term Credit Bank of Japan, Ltd.

 02/24/1999  421   Reply  Ltcb's Reply in Further Support of its Motion to Dismiss EIEg's Complaint By: Ching, Et. Al.

 02/24/1999  422   Reply  Memorandum of Points and Authorities of the Long Term Credit Bank of Japan, Ltd. In Support of its Motion for Summary Judgment By:
Ching, Et. Al.

 02/24/1999  423   Declaration of G. Patrick Civille in Suppt of the Mtn for Summary Judgment and to Dismiss of the Long-term Credit Bank of Japan, Ltd.


 02/25/1999  424   Cash Register Transaction

 02/25/1999  425   Petition  Of Daniel Schimmel for Admission Pro Hac Vice; Consent of Co-counsel  Filed By: G. Patrick Civille

 02/25/1999  426   Order Granting Petition of Daniel Schimmel for Admission Pro Hac Vice.

 03/02/1999  427   Response  Of the Long-term Credit Bank of Japan, Ltd., to Decl of Karen L. Hagberg in Opposition to Ltcb's Mtn for Summary Judgment; Declaration of G. Patrick Civille; Decl of Michiro Suenaga  Filed By: G. Patrick Civille

 03/04/1999  428   Declaration of David A. Mair in Further Support of EIE Guam's Opposition to Ltcb's Motion for Summary Judgment

 03/04/1999  429   Declaration  (Amended) of David A. Mair in Further Support of EIE Guam's Opposition to Ltcb's Mtn for Summary Judgment

 03/04/1999  430   Declaration of David A. Mair in Suppt of Exparte Application for Leave of Court to File Supplemental Memo in Opposition to Ltcb Mtn for
Summary Judgment

03/04/1999   431     ex Parte Application Ntc of Exparte Application &
Application for Leave of Court to File Supplemental Memo in Opposition to
Ltcb's Mtn for
Summary Judgment Filed By: David Mair

03/04/1999   432    Order  Granting Leave of Court to File  Supplemental Memo
in Opposition to Ltcb's Mtn for Summary Judgment  Signed By: Judge Joaquin
Manibusan, Jr. Signed On: 3/4/99 Filed By: David Mair

03/04/1999   433    Recording Log Exparte Appllication

03/05/1999   434    Notice Of Filing of Original Decl Of:  Hidike Matsui
Katsuya Yokota Kaoruhiko Suzuki G. Patrick Civille Filed By: G. Patrick
Civille

03/05/1999   435    Notice Of Filing of Original Decl of Michiro Suenaga in
Suppt of Response of the Long -Term Credit Bank of Japan, Ltd. To Decl of
Karen L.
Hagberg in Opposition to Ltcb's Mtn for Summary Judgment  Filed By: G.
Patrick Civille

03/05/1999   436    Declaration  of G. Patrick Civille in Response to EIE Guam
Corp.'S Supplemental Opposition to Summary Judgment Filed By: G. Patrick
Civille

03/05/1999   437    Memo of Pts and Auths of the Long-term Credit Bank of
Japan, Ltd., in Response to EIE Guam Corp's Supplemental Opposition to
Summary Judgment  Filed By: G. Patrick Civille

03/05/1999   438    Opposition EIE Guam's Supplemental Opposition to Motion of
Deft the Long-term Credit Bank of Japan, Ltd., for Summary  Judgment re
Unenforceability of Release or Waiver in Forbearance Agreement Filed By:
David Mair

03/08/1999   439    Recording Log Jvemjr Motion for Summary Judgment  Motion
to Dismiss Tape No. 98-1735- 98-1736 Log #4848

03/09/1999   440    Recording Log Jvemjr  Cont. Arguments Mtn for Sj-cont,
Argu- Ments Mtn to Dismiss Tape No. 98-1736 & 1737 Log. # 4925

03/12/1999   441    Cash Register Transaction

03/12/1999   442    Notice to Take Deposition  Of David Ying on 3/24/99 at 9am
at Law Office of Ching, Etal.

03/16/1999   443    Notice Of Deposition for Mikeo Oba; Albert Wong Iwao
Nomoto; Luis Gopez; Hajime  Shimoyama; Shigeru Kawagushi; Takehisa
Yoshikawa;
Manuel Gomez; Loreta Tulay; Harunori Takahashi; Loreta Riley; Akio Ogawa; and
Martha Blundell Filed By: G. Patrick Civille

03/17/1999   444    Declaration of Service "Depo Subpoena Duces Tecum to David
Yingat Res. On 3/12/99 at 4:40pm By: Danaca Damian

03/17/1999   445    Notice to Take Deposition Of Yoshikazu Sugita on 4/28/99
at 1:30pm at U.s. Consulate General in Osaka,japan Filed By: David Mair


03/17/1999   446    Declaration of non Service

03/17/1999   447    Notice to Take Deposition Of Tadashi Ishiguro on 4/26/99
at 9am at U.s. Consulate General in Osaka,japan Filed By: David Mair

03/17/1999   448    Deposition Subpoena Duces Tecum to David Ying On 3/24/99 at 9am at Law Office Ching, Etal.

03/17/1999   449    Notice to Take Deposition Of Shigeru Omori on 4/14/99 at 1:30pm at U.s. Consulate General in Osaka,japan Filed By: David Mair

03/17/1999   450    Notice to Take Deposition Of Tetsuyuki Kono on 4/12/99 at 9am at U.s. Consulate General in Osaka,japan Filed By: David Mair

03/17/1999   451    Commission   Witness to Appear Voluntarily:  Tetsuyuki Kono on 4/12/99 at 9am; and Shigeru Omori on 4/14/99 at 1:30pm Signed By: Judge Joaquin Manibusan, Jr. Signed On: 3/17/99

03/17/1999   452    Commission   Witness to Appear Voluntarily:  Tadashi Ishiguro on 4/26/99 at 9am; and Yoshikazu Sugita on 4/28/99 at 1:30pm Signed By: Judge
Joaquin Manibusan, Jr. Signed On: 3/17/99

03/18/1999   453    Decision and Order

03/19/1999   454    Neod & Decl   Decision and Order Filed 3/18/99

03/22/1999   455    Objection Of David Ying to Ltcb's Deposition Subpoena Duces Tecum and Ntc of Taking Deposition Filed By: Rawlen Mantanona

03/22/1999   456    Affidavit of Service

03/22/1999   457    Affidavit of Service

03/22/1999   458    Affidavit of Service

03/22/1999   459    Affidavit of Service

03/22/1999   460    Affidavit of Service

03/22/1999   461    Affidavit of Service

03/22/1999   462    Recording Log Jvemjr Exparte Application Re: Protective Order

03/23/1999   463    Declaration  of David Ying Filed By: Rawlen Mantanona

03/23/1999   464    Rule 9 Statement Decl of Rawlen M.t. Mantanona

03/23/1999   465    Memo of Pts and Auths In Suppt of ex Parte Application of David Ying for a Protective Order Pursuant to Rule 26 (C) Filed By: Rawlen Mantanona

03/23/1999   466    Notice Of ex Parte Application and ex Parte Application of David Ying for a  Protective Order Pursuant to Rule 26(c) Filed By: Rawlen Mantanona

03/23/1999   467    Notice  Of ex Parte Application and ex Parte Application to Shorten Time  Filed By: Mair, Etal.
03/23/1999   468    Declaration of Sandra E. Cruz in Suppt of ex Parte Application to Shorten Time Filed By: Mair, Etal.

03/23/1999   469    Memo of Pts and Auths in Suppt of Mtn to Adopt EIE Guam's

Proposed Form of Stip. Confidentiality Protective Order Filed By: Mair, Etal.

03/23/1999   470   Unsigned Document(s) Order  (Oral Depo of David Ying Be Rescheduled for 7/1/99; Deponent Give Two Weeks Ntc of Return to Guam)  Sub By:
Rawlen Mantanona at 10:23am

03/23/1999   471   Unsigned Document(s) Ntc of Mtn & Mtn to Adopt EIE Guam's Proposed Form of Stip. Confidentiality Protective Order Sub By: Mair, Etal.

03/23/1999   472   Unsigned Document(s) Order Shortening Time & Establishing Briefing Schedule Sub By: Mair, Etal.

03/23/1999   473   Unsigned Document(s) (Proposed) Protective Order Governing Discovery  Sub By: Mair, Etal.

03/23/1999   474   Recording Log Jvemjr Cont. Ex Parte Application    Tape No. 1822

03/24/1999   475   Affidavit of Service

03/25/1999   476   Recording Log Jvemjr  Arguments on Protective Order  Tape No. 98-1824 Log No. 1580

03/25/1999   477   Opposition   of the Long-term Credit Bank of Japan, Ltd. To Mtn of EIE Guam Corp. To Adopt EIE Guam's Proposed for of Stipulated Confidentiality
Protective Order  Filed by Ching Civille Calvo & Tang

03/29/1999   478   Decision and Order Rendered by the Honorable Joaquin V.e. Manibusan, Jr.

03/29/1999   479   Speed Memo To: Law Offices of Calvo & Clark    Ching Civille Calvo & Tang     David J. Lujan Mair Mair Spade & Thompson

03/29/1999   480   Neod & Decl   Decision and Order Filed 3/29/99   Rendered by Judge Manibusan, Jr.

03/30/1999   481   Affidavit of Service Ching Civille Calvo & Tang

03/30/1999   482   Affidavit of Service

03/30/1999   483   Affidavit of Service

03/30/1999   484   Affidavit of Service

04/05/1999   485   Recording Log Juidge Jjrm ex Parte Applications

04/05/1999   486   Declaration  of G. Patrick Civille in Suppt of Mtn to Compel Plaintiff EIE Guam Corp. To Produce Documents and Witnesses in EIEg's Control

04/05/1999   487   Memo of Pts and Auths Of Deft the Long-term Credit Bank of Japan, Ltd. In Suppt of Mtn to Compel Plaintiff EIE Guam Corp. To Produce Documents & Witnesses in EIEg's Control Filed By: Ching, Etal.

04/05/1999   488   Notice of Motion and Mtn of Deft the Long-term Credit Bank of Japan, Ltd. To Compel  Plaintiff EIE Guam Corp. To Produce Documents and Witnesses in EIEg's Control  Filed By: Ching, Etal.

04/07/1999   489   Cash Register Transaction

04/07/1999   490    Notice to Take Deposition Of Albert Wong on 4/19/99 at 9am at Law Office of Ching, Etal.

04/09/1999   491    Unsigned Document(s) Proposed Order Sub By: Mair, Etal. At 12:27pm

04/09/1999   491    Declaration of David A. Mair in Suppt of Mtn to Compel Deposition Testimony

04/09/1999   493    Excerpt  From Depo Transcripts of Hidenori Ando and Noboru Akahane Filed By: David Mair
04/09/1999   494    Cash Register Transaction

04/09/1999   495    Memo of Pts and Auths in Suppt of Mtn to Compel Depo Testimony Filed By: David Mair

04/09/1999   496    Notice of Motion and Mtn to Compel Depo Testimony  Filed By: David Mair

04/09/1999   497    Declaration of David A. Mair in Suppt of Exparte Appliction to Shorten Time Filed By: David Mair
04/09/1999   498    Notice Of Exparte Application & Exparte Appl. to Shorten Time Filed By: David Mair

04/13/1999   499    Order EIE Guam's Mtn to Compel Testimony Be Heard on 4/23/99 at 2pm; Reply Brief to Be Filed on 4/20/99; and Ltcb's Oppos. Brief Be Filed on 4/16/99   Signed By: Judge Joaquin Manibusan, Jr. Signed On: 4/13/99

04/16/1999   500    Notice Of Special Appearance on Behalf of Albert Wong By: Cesar C. Cabot

04/16/1999   501    Objection  Of Albert Wong to Ltcb's Ntc. of Taking Deposition and Subpoena Duces Tecum for Depostition and the Production of Doc. By: Cesar C. Cabot

04/19/1999   502    Notice Of ex Parte Application and ex Parte Appliction to Shorten Time  Filed By: G. Patrick Civille

04/19/1999   503    Declaration of G. Patrick Civille in Support of ex Parte Application to Shorten Time

04/19/1999   504    Opposition to Ltcb's ex Parte Mtn to Shorten Time for Mtn for the Appointment of a Special Master, Sanctions and the Retaking of Mikio Oba's Deposition Filed By: Rodney Jacob

04/19/1999   505    Declaration   of Rodney J.jacob in Opposition to Ltcb ex Parte Mtn to Shorten Time for Mtn for the Appointment of a Special Master, Sanctions and The Retaking of Mikio Oba's Deposition

04/19/1999   506    Recording Log

04/21/1999   516    Memo of Pts and Auths in Suppt of EIE Guam's Mtn for Appt of a Special Master and in Opposition to Ltcb's Request for Sanctions and Renoticing Mr. Oba's Deposition  Filed By: David Mair

04/21/1999   517    Excerpt  From Deposition Transcripts of Mikio Oba, Hidenori Ando, and Noboru Akahane Filed By: David Mair

04/21/1999 518 Notice Of Deposition of Individuals Listed in Exhibit "Aat 10am on Dates Provided on Exhibit Filed By: Rodney Jacob

04/21/1999 519 Notice of Motion and Mtn in Suppt of EIE Guam's Mtn for Appt of a Special Master & in Opposition to Ltcb's Request for Sanctions and Renoticing
Mr. Oba's Deposition Filed By: David Mair

04/21/1999 520 Notice Of Deposition of Noboru Akahane on 6/3/99 at 10am at Law Office of Morrison & Foerster Llp Filed By: Rodney Jacob

04/22/1999 521 Commission (Amended)

04/22/1999 522 Order

04/23/1999 523 Erratum To Ltcb's Reply Memorandum Dated 4/22 Filed By: G. Patrick Civille

04/23/1999 524 Declaration of G. Patrick Civille

04/23/1999 525 Declaration of Rodney J. Jacob in Suppt of Mtn to Issue Commission for Harunori Takahashi Deposition

04/23/1999 526 Declaration of Daniel Schimmel Filed By: G. Patrick Civille

04/23/1999 527 Opposition Ltcb"s Mtn. To Compel Plai Ntiff EIE Guam Corp. To Produce Document and Witnessesin Ltcb's Control By:david A. Mair

04/23/1999 528 Reply Memorandum EIE Guam's Corp.'S Reply Memo in Suppt of its Mtn for Appointment of a Special Master with Expenses Being Apportioned Between the Parties Filed By: David Mair

04/23/1999 529 Reply Memorandum of Pts & Auths of the Long-term Credit Bank of Japan, Ltd. In Suppt of its Mtn for Sanctions, the Retaking of Mikio Oba's
Deposition, and the Appt of a Special Master at EIEg's Expense Ltcb's Opposition Memo to EIEg's Mtn to Have the Expenses of the Special Master Apportioned Filed
By: G. Patrick Civille

04/23/1999 530 Exparte Ntc. of Exparte Application and Exparte Applicatiom to Shorten Time By:david A. Mair

04/23/1999 531 Unsigned Document(s) Notice of Motion and Motion to Issue Comm. For Harunori Takahashi's Depo.; and Memo. Of Points and Auth. In Supp. Thereof
Sub By: Mair, Et. Al.

04/23/1999 532 Unsigned Document(s) Order Shortening Time and Establishing Briefing Schedule By:david A. Mair

04/23/1999 533 Declaration of David A. Mair in Support of Exparte Application to Shorten Time By:david Mair

04/23/1999 534 Recording Log

04/26/1999 535 Decision and Order Rendered by the Honorable Joaquin V.e. Manibusan, Jr.

04/26/1999   536   Speed Memo

04/27/1999   537   Neod & Decl   Decision and Order Filed 4/26/99

04/27/1999   538   Notice of Motion to Issue Commission for Harunori
Takahashi's Deposition  Filed By: Mair, Etal.

04/28/1999   539   Cash Register Transaction

04/28/1999   540   Notice Of Deposition Pursuant to Rule 30(b)(6), Guam Rules
of Civil Procedure  By: G. Patrick Civille

04/28/1999   541   Notice Of Deposition Pursuant to Rule 30(b)(6), Guam Rules
of Civil Procedure By: G. Patrick Civille

04/28/1999   542   Notice Of Deposition for Francis Ma      By: G. Patrick
Civille

04/28/1999   543   Affidavit of Service

04/28/1999   544   Affidavit of Service

04/28/1999   545   Affidavit of Service

04/28/1999   546   Affidavit of Service

04/28/1999   547   Affidavit of Service

04/30/1999   548   Affidavit of Service

05/05/1999   549   Subpoena Duces Tecum for a Deposition and the Production
of Documents to Calvo & Clark Filed By: Ching, Etal.

05/05/1999   550   Subpoena Duces Tecum for a Deposition and the Production
of Documents to Deloitte Touche Tohmatsu Filed By: Ching, Etal.

05/07/1999   551   Recording Log Motion to Compel Discovery

05/10/1999   552   Notice  (Amended) of Deposition of Noboru Akahane  on
5/19/99 at 9am at the Law Office of Morrison & Foerster Llp  Filed By: David
Mair

05/11/1999   553   Notice to Take Deposition Of Hidenori Ando Date: 6/14/99
at 9am at U.s. Embassy in Osaka, Japan Filed By: David Mair

05/11/1999   554   Notice to Take Deposition  Of Akihiko Ito Date: 6/11/99 at
9am at U.s. Embassy in Osaka, Japan Filed By: David Mair

05/11/1999   555   Notice to Take Deposition Of Yoshikazu Kanakubo Date:
6/10/99 at 9am at U.s. Embassy in Osaka, Japan Filed By: David Mair

05/12/1999   556   Order Confirms the Fee of Special Master of $300.00 per
Hour Submitted By:   Court

05/13/1999   557   Declaration of David A. Mair in Suppt of EIE Guam's Mtn
for a Preliminary Injunction

05/13/1999   558   Excerpts from Deposition of Tadashi Ishiguro    Filed By:
David Mair

05/13/1999   559   Declaration of W.nicholas Captain in Suppt of EIE Guam's
Mtn for a Preliminary Injunction Filed By: Mair, Etal.

05/13/1999   560   Declaration of Albert Wong in Suppt of EIE Guam's Mtn for a Preliminary Injunction  Filed By: Mair, Etal.

05/13/1999   561   Memo of Pts and Auths EIE Guam Corp's Memo of Pts & Auths in Suppt of its Mtn for Prelim. Injunction Filed By: David Mair

05/13/1999   562   Notice of Motion and EIE Guam's Ntc of Mtn & Mtn for Prelim. Injunction Filed By: David Mair

05/14/1999   563   Commission to Consul of the U.s., Osaka, Japan Signed By: Judge Joaquin Manibusan, Jr. Signed On: 5/14/99      Filed By: Calvo & Clark


05/14/1999   564   Notice to Take Deposition  Of Harunori Takahashi  Date: 7/6/99 at 9am at the U.s. Embassy in Osaka, Japan Filed By: David Mair

05/14/1999   565   Affidavit of Service

05/14/1999   566   Affidavit of Service

05/14/1999   567   Affidavit of Service

05/14/1999   568   Letter To: Alfredo Borlas

05/17/1999   569   Commission   (Amended)  to Consul of the U.s., Osaka, Japan Signed By: Judge Joaquin Manibusan, Jr. Signed On: 5/17/99 Filed By: Calvo & Clark
05/18/1999   570   Affidavit of Service

05/20/1999   571   Letter

05/21/1999   572   Objection Of Calvo & Clark to Ltcb's Subpoena Duces Tecum for Deposition and   Production of Documents Filed By: Rodney Jacob

05/21/1999   573   Clerk Certificate of Transmittal

05/21/1999   574   Stipulation and Order Re:  Deposition of Masaaki Ito

05/21/1999   575   Recording Log Motion to Enforce Depo
05/24/1999   579   ex Parte Application EIE Guam's Corp's ex Parte Application for Order Sealing Previous Mtn in Limine for Protective Order Re. Shearman & 
Sterling and Confidential Exhibits; Memo in Suppt of ex Parte Application Filed By: Maria Cenzon-duenas

05/24/1999   580   Declaration of Maria T. Cenzon-duenas
05/24/1999   581   Unsigned Document(s) Order  (Re: Order Sealing the Mtn in Limine for Protective Order Re:shearman & Sterling) Sub By: Maria Cenzon-duenas at 2:54pm

05/25/1999   582   Declaration   of Rodney J. Jacob

05/25/1999   583   Declaration of Mailing

05/25/1999   584   Exparte Motion to Order Global Deposition Schedule Filed By: Rodney Jacob

05/26/1999   585   Motion Of Defendant the Long-term Bank of Japan Ltd. To Continue Trial Date and to Establish Comprehensive Depostition and Discovery Schedule; Memorandum of Points and Authorities in Support Thereof; Declaration of Michael H. Strub, Jr. in Support Thereof By: Daniel Schimmel

05/26/1999   586   Declaration of Daniel Schimmel in Support of ex Parte
Application to Shorten Time

05/26/1999   587   Notice of Motion and Motion to Continue Trial Date and to
Establish Comprehensive Deposition and Discovery Schedule By: Daniel Schimmel


05/26/1999   588   Opposition   Defendant the Long-term Credit Bank of Japan,
Ltd.'s Opposition to EIE Guam's Motion for an Order Compelling All
Depositions to Be
Completed by July 1999 By: Daniel Schimmel

05/26/1999   589   Supplemental   Declaration of Michel H. Strub, Jr. in
Support of Motion of Defendant the Long-term Credit Bank of Japan, Ltd. To
Continue Trial
Date and to Establish Comprehensive Deposition and Discovery Schedule   By:

05/26/1999   590   Opposition  EIE Guam's Opposition to Ltcb's Motion to
Continue Trial Date and to Establish Comprehensive Deposition and Discovery
Schedule

05/26/1999   591   Notice  Of ex Parte Application and ex Parte Application
to Shorten Time   By: Daniel Schimmel
05/26/1999   592   Declaration of Daivd A. Mair in Support of EIE Guams ex
Parte Motion to Order Global Depos. Schedule

05/26/1999   593   Recording Log Jvemjr  Tape No. 98-1920 Motion to Enforce
Global Deposition Taking

05/27/1999   597   Opposition Declaration of David A. Mair in  Opposition to
Defendant the Long-term Credit Bank of Japan, Ltd. To Continue Trial Date &
to Establish Comprehensive Deposition and Discovery Schedule

05/27/1999   598   Opposition Declaration of Satoru Matsuo in Support of EIE
Guam's Opposition to Ltcb's Motion to Continue Trial Date and to Establish
Comprehensive Deposition and Discovery Schedule

05/27/1999   599   Declaration of Daniel Schimmel in Oppos. To EIE Guam Mtn.
For a Prelim. Injunc.

05/27/1999   600   Declaration of Hiroyuki Miyake in Supp. Of the Oppos of
the Long-term Credit Bank of Japan, Ltd. To EIE Guam's Mtn. For Prelim
Injunc.

05/27/1999   601   Declaration of Keisuke Mochizuki in Supp. Of the Opp of
the Long-term Credit Bank of Japan, Ltd. To EIE Guam's Mtn. For Prelim.
Injunc.

05/27/1999   602   Declaration of Yoshikazu Kanakubo in Supp. Of the Oppos.
Of the Long-term Creidt Bank of Japan, Ltd. To Eit Guam's Motion for Prelim.
Injunction

05/27/1999   603   Declaration of Alexander R. Jampel in Supp. Of the Oppos.
Of the Long-term Credit Bank of Japan, Ltd. To EIE Guam's Mtn. For Prelim.
Injunc.

05/27/1999   604   Declaration of Yaichi Karamochi in Support of the Oppos.
Of the Long-term Credit Bank of Japan, Ltd. To EIE Guam's Motion for Prelim.
Injunc.

05/27/1999   605    Declaration of Toru Furihata in Support of the Oppos of
the Lon-term Credit Bank of Japan, Ltd. To EIE Guam Corp. Motion for Prelim
Inary Injunc.

05/27/1999   606    Opposition of Defendant the Long-term Credit Bank of
Japan, Ltd. To Plaintiff EIE Guam Cor Po Motion for Preliminary Injunc. By:
G. Patrick
Civille

05/27/1999   607    Opposition Memo. Of Law of the Long-term Credit Bank of
Japan, Ltd. In Opposition to the Motion in Limine of EIE Guam Corp. For a
Protective
Order By: G. Patrick Civille

05/27/1999   608    Declaration of Henry  Weisberg in Response to the Motion
in Limine of EIE Guam Corp. For a Protective Order

05/27/1999   609    Excerpt Of Deposition of Mikio Oba and Selected Exhibits
in Supp. Of the Oppos. Of the Long-term Credit Bank of Japan, Ltd. To EIE
Guam's Mtn
For Prelim. Injunc. By: G. Patrick Civille

05/27/1999   610    Excerpt  Of Deposition of Albert Wong and  Selected
Exhibits in Support of the Opposition of the Long-term Credit Bank of Japan,
Ltd. To EIE Guam's Motion for Preliminary Injuction By: G. Patrick Civille

05/27/1999   611    Declaration of G. Patrick Civille in Supp. Of the Oppos.
Of Defendant the Long-term Credit Bank of Japan, Ltd. To EIE Guam Corp. Mtn
Fo Prelim. Injunc.

05/28/1999   614    Stipulation and Order  Ordered That this Case Be Sealed
and Protected from Dissemination as a Matter of Public Record Signed By:
Judge
Manibusan, Jr.

05/28/1999   615    Stipulation   and Order  Ordered That this Case Be Sealed
and Protected from Dissemination as a Matter of Public Record Signed By:
Judge
Manibusan, Jr.

05/28/1999   616    Stipulation and Order  Ordered That this Case Be Sealed
and Protected from Dissemination as a Matter of Public Record Signed By:
Judge
Manibusan, Jr.

05/28/1999   617    Stipulation   and Order Stipulation and Protective Order
Governing Discovery Signed By: Judge Manibusan, Jr. 05/28/1999   618
Unsigned Document(s) Notice of Motion and Motion Pursuant to Guam Rule of
Civil Proced. 37 Regarding Plaintiff EIE Guam Corp.'S Failure to Comply with
the Court's Dec.
15, 1999 Order Directing it to Respond Fully to Ltcb's Third Set of Interrog.
   Sub By: Ching, Et. Al.

05/28/1999   619    Declaration   of Daniel Schimmel in Supp. Of Mtn. Pursuant
to Guam Rule of Civil Proced.37 Regarding Plaintiff EIE Guam Corp. Failure to
Comply
With the Court's Dec. 15, 1998 Order Directing it to Respond Fully to Ltcb's
Third Set of Interrog.

05/28/1999   620    Memo of Pts and Auths of Defend. The Long-term Credit Bank
of Japan, Ltd. In Supp. Of Mtn. Pursuant to Guam Civil Proced. 37 Regarding

Plntff EIE
Guam Corp.'S Failure to Comply with the Court's Dec. 15, 1998 Order
Directing it to Respond Fully to Ltcb's Third Det of Interrog.    By: Daniel
Schimmel

  05/28/1999  621    Recording Log Jvemjr   Tape No 98-2141 Log No. 1099   Ex
Parte Application

  06/01/1999  622    Unsigned Document(s) Proposed Order Re: Golobal Discovery
Schedule    Sub By: Rodney Jacob
  06/01/1999  623    Declaration of Daniel Schimmel Regarding the  Discovery
Schedule

  06/01/1999  624    Notice  Of Filing Proposed Order Re: Global Discovery
Schedule By: Rodney Jacob

  06/02/1999  625    Decision and Order Rendered by the Honorable Joaquin V.e.
Manibysan, Jr.

  06/02/1999  626    Neod & Decl Decision and Order Filed 6/2/99

  06/04/1999  627    Declaration of Susan P. Koniak

  06/04/1999  628    Reply Memorandum EIE Guam Corporation's Reply Memo. In
Supp. Of its Motion in Limine for Protective Order re Sherman & Sterling By:
Calvo & Clark

  06/04/1999  629    Declaration of Harunori Takahashi in Support of EIE Guam's
Motion for a Protective Order By: Calvo & Clark

  06/04/1999  630    Declaration of Mikio Oba

  06/04/1999  631    Declaration of Rodney J. Jacob in Support of EIE Guam's
Reply in Support of its Motion for Preliminary Injunction

  06/04/1999  632    Affidavit of Service

  06/04/1999  633    Affidavit of Service

  06/07/1999  638    Notice to Take Deposition (Amended)  of Hidenori Ando By:
David Mair

  06/07/1999  639    Reply EIE Guam Corporation's Reply to  Irrelevant and
Improper Material in the Long-term Credit Bank of Japan, Ltd's Opposition to
Preliminary Injunction Application By: Rodney J. Jacob

  06/07/1999  640    Declaration of Hajime Shimoyama in Support of EIE Guam's
Supplemental Brief in Reply to Ltcb's Opposition to Motion for  Preliminary
Injunction

  06/07/1999  641    Notice to Take Deposition Of Yoshikazu Sugita

  06/07/1999  642    Declaration of Rodney J. Jacob in Support of EIE Guam's
Supplemental Brief in Reply to Ltcb's Opposition to Motion for  Preliminary
Injunction

  06/08/1999  644    Supplemental Declaration of Yaichi Kuramochi in Support
of the Opposition of EIE Guam's Motion for Preliminary Injunction

  06/08/1999  646    Supplemental  Declaration of G. Patrick Civille in
Opposition to EIE Guam's Motion for a Preliminary Injunction ("Civille
Declaration Ii")

06/09/1999  649   Errata  To Ltcg's Memo in Opposition to EIEg's Mtn for
Prelim. Injunction Filed by Ching Civille.....

06/09/1999  650   ex Parte Application Ntc of ex Parte Applic. And ex Parte
Application to Shorten Time Filed by Ching, Civille.....

06/09/1999  651   Declaration Hearing 06/09/1999 of Jaculin Aaron Filed by
Shearman & Sterling

06/09/1999  652   Declaration of Mary Cruz Filed by Ching Civille Calvo &
Tang

06/09/1999  653   Recording Log

06/09/1999  654   Cash Register Transaction Boh Chk 11356 And11354 1.50 Ea


06/09/1999  655   Notice to Take Deposition Of Daniel Schimmetl, Esq. By: D.
Mair

06/09/1999  656   Notice to Take Deposition Of Jaculin Aaron, Esq. By: D.
Mair

06/10/1999  658   Declaration in Support of        Post-hearing Declaration
of Daniel Schimmel in Supp. Of the Oppos. Of the Long-term Credit Bank of
Japan, Ltd. To EIE Guam Corp's Mtn. For Prelim. Injunc.

06/10/1999  659   Notice to Take Deposition Of Sherman & Sterling By: David
Mair

06/10/1999  660   Cash Register Transaction

06/10/1999  661   Deposition Subpoena By: C. Calvo

06/11/1999  664   Notice Of Cancellation of Deposition of Jaculin Aaron,
Esq. By: David Mair

06/11/1999  665   Notice Of Cancellation of Deposition of Daniel Schimmel,
Esq. By: David Mair

06/14/1999  666   Declaration of Mikio Oba

06/14/1999  667   Declaration  of Harunori Takahashi in Support of EIE
Guam's Motion for a Protective Order Filed by Atty for Plaintiffs

06/14/1999  668   Response   EIE Guam's Supplemental Memorandum in Response
to Post-hearing Declaration of Daniel Schimmel Filed By: Rodney Jacob

06/14/1999  669   Decision and Order

06/15/1999  670   Declaration of Hajime Shimoyama in Support of EIE Guam's
Supplemental Brief in Reply to Ltcb's Opposition to Motion for  Preliminary
Injunction

06/16/1999  671   Neod & Decl   Decision and Order Filed 6/14/99

06/16/1999  672   Affidavit of Service

06/16/1999  673   Affidavit of Service

06/16/1999  674   Affidavit of Service

06/16/1999   675   Affidavit of Service

06/16/1999   676   Affidavit of Service

06/16/1999   677   Affidavit of Service

06/17/1999   678   Affidavit of non Service

06/17/1999   679   Affidavit of Service

06/17/1999   680   Affidavit of Service

06/17/1999   681   Notice Of Filing of Facsimile of Declaration of John L.
Opar Pending Receipt of Original   Filed By: G. Patrick Civille

06/17/1999   682   Notice Of Filing of Facsimile of Declaration of Andrea
Sarazen Pending Receipt of Original Filed By: G. Patrick Civille

06/17/1999   683   Notice Of Filing of Facsimile of Declaration of Clinton
Robinson Pending Receipt of Original Filed By: G. Patrick Civille

06/17/1999   684   Notice Of Filing of Facsimile of Declaration of Angeline
Koo Pending Receipt of Original   Filed By: G. Patrick Civille

06/17/1999   685   Memorandum   Supplemental Memorandum of Law of the
Long-term Credit Bank of Japan, Ltd. In Opposition to the Motion in Limine of
EIE Guam Corporation for a Protective Order Filed By: G. Patrick Civille


06/17/1999   686   Commission   to Consul of the U.s., Osaka Japan Harunori
Takahashi Appointed Authorized Representative to Take Oral Deposition at U.s.
Embassy
In Osaka, Japan on 7/6 at 9am for the Long-term Credit Bank of Japan, Ltd.
Signed By: Judge Joaquin Manibusan, Jr. Signed On: 6/17/99

06/22/1999   687   Declaration of Karen L. Hagberg in Suppt of EIE Guam's Mtn
for a Protective Order

06/22/1999   688   Declaration of Rodney J. Jacob in Suppt of EIE Guam's Mtn
for a Protective Order Sub By: Mair, Etal

06/22/1999   689   Reply EIE Guam Corp.'S Reply to the   Supplemental Memo
of Law of the Long- Term Credit Bank of Japan, Ltd. In Opposition to the
Motion in
Limine of EIE Guam Corp. For a Protective Order   Filed By: Mair, Etal.

06/22/1999   690   Notice Of Filing of Facsimile of Decl of Karen L. Hagberg
in Suppt of EIE Guam's Mtn for Protective Order Filed By: Mair, Etal.


06/23/1999   691   Recording Log ex Parte Application

06/23/1999   692   Notice Of Filing of Excerpts of Yoshikazu Kanakubo's
Deposition Transcripts Referred to in Decl of Rodney J. Jacob in Suppt Guam's
Mtn for
Protective Order Filed June 22, 1999  Filed By: Rodney Jacob

06/24/1999   693   Notice of Motion and Mtn Pursuant to Guam Rule of Civil
Procedure 37 Regarding Plaintiff EIE Guam Corp.'S Failure to Comply with the
Court's
December 15, 1998 Order Directing it to Respond Fully to Ltcb's Third Set of

Interrogatories Filed By: G. Patrick Civille

06/24/1999 694 Notice Of Filing of Original Decl Of: John L. Pgm :
Cdkb010 Superior Court of Guam Page: 58 Date: 11/08/00 Territory of
Guam

Time: 11:04:03 Type: Status: Judgment Status Date: 02/01/2000 Jury
Demand
--------------------------------------------------------------------
Filing Proceedings Date Seq Comment Opar, Angeline Koo, Andrea Sarazen,
and Clinton Robinson Filed By: G. Patrick Civille

06/24/1999 695 Notice Of Filing of Deposition Transcript of John Opar in
Suppt of Ltcb's Opposition to EIEg's Mtn in Limine for a Protective Order
Filed By:
G. Patrick Civille

06/24/1999 696 Petition Of James P. Tallon for Admission Pro Hac Vice;
Consent of Co-counsel Filed By: G. Patrick Civille

06/24/1999 697 Order Granting Petition of James P. Tallon for Admission
Pro Hac Vice Signed By: Judge Joaquin Manibusan, Jr. Signed On: 6/24/99 Filed
By:
Ching, Etal.

06/24/1999 698 Recording Log Tape No 98-2147 Log No. 2538 Jvemjr Cont.
Protective Order

06/25/1999 700 Declaration of Karen L. Hagberg

06/25/1999 701 Decision and Order

06/25/1999 702 Speed Memo Attached Herewith Is a Courtesy Certified
Copy of the Decision and Order Rendered by the Honorable Joaquin V.e.
Manibusan, Jr.,
On 6/25/99.

06/28/1999 703 Neod & Decl David J. Lujan/karen Hagberg/G. Patrick
Civille/james Tallon/daniel Schimmel/ David Mair (Decision and Order Filed on
6/25/99)

06/29/1999 704 Declaration of Daniel Schimmel in Suppt of the Mtn of
the Long-term Credit Bank of Japan, Ltd. For an Order Holding EIE Guam Corp.
In Contempt
& for Sanctions Filed By: Ching, Etal.

06/29/1999 705 Motion Of the Long-term Credit Bank of Japan, Ltd. For
Order Holding EIE Guam Corp. And its Counsel in Contempt and for Sanctions;
Memo of
Pts & Auths in Support Thereof Filed By: Ching, Etal.

06/29/1999 706 Affidavit of Service

06/29/1999 707 Affidavit of Service

06/29/1999 708 Affidavit of Service

07/01/1999 709 Motion EIE Guam's Mtn for Protective Order to Stay
Discovery Pending EIE Guam's Mtn to Disqualify Shearman & Sterling Filed By:
David Mair

07/01/1999 710 Memo of Pts and Auths EIE Guam's Memo of Pts & Auths in

Suppt of its Mtn for Protective Order to Stay Discovery Pending EIE Guam's Mtn to
Disqualify Shearman & Sterling   Filed By: David Mair

07/01/1999   711   Affidavit of Service

07/01/1999   712   Affidavit of Service

07/01/1999   713   Notice of Motion Ntc of Mtn of the Long-term Credit Bank of Japan, Ltd. For an Order Holding EIE Guam Corp. In Contempt and for Sanctions Sub By: G. Patrick Civille

07/02/1999   714   Cash Register Transaction Cash 10.00 Ck 60.00

07/02/1999   715   Notice to Take Deposition Of Masahiko Fujimoto on 7/28/99 at 9am at the Law Office of Morrison & Foerster Filed By: David Mair

07/02/1999   715   Notice to Take Deposition Of Atsuyoshi Gohara on 7/21/99 at 9am at the U.s. Consulate Gerneral's Office in Sapporo, Japan Filed By: David Mair

07/02/1999   717   Notice of Exparte Motion Ntc of ex Parte Application and ex Parte Application to Shorten Time Sub By: David Mair

07/02/1999   718   Commission  to Consul of the U.s., Sapparo, Japan Deposition of Atsuyoshi Gohara on 7/21 at 9am for Long-term Credit Bank of Japan, Ltd. Signed
By: Judge Joaquin Manibusan, Jr. Signed On: 7/2/99 Filed By: Mair, Etal.

07/02/1999   719   Request Second Request for Inspection Propounded by Defendant-counterclaimant the Long-term Credit Bank of Japan, Ltd Filed by Patrick Civille

07/02/1999   720   Memorandum  EIE Guam Corp.'S Memo of Law in Support of Mtn to Disqualify Shearman & Sterling Filed By: David Mair

07/02/1999   721   Notice Of Taking Deposition Filed by Patrick Civille

07/02/1999   722   Notice Of Taking Deposition Filed by Patrick Civille

07/02/1999   723   Notice Of Taking Deposition Filed by Patrick Civille

07/02/1999   724   Notice Of Taking Deposition Filed by Patrick Civille

07/02/1999   725   Declaration of Iwao Nomoto in Suppt of EIE Guam Corp.'S Mtn to Disqualify Shearman & Sterling

07/02/1999   726   Entry of Appearance Entry of Special Appearance Of Howard Green for EIE International

07/02/1999   727   Joinder in Motions Filed By: Howard Green

07/02/1999   728   Notice of Motion and EIE Guam Corp.'S Ntc of Mtn and Mtn in Support of Mtn to Disqualify Shearman & Sterling Date: 8/23/99 at 4pm Filed By: David Mair

07/07/1999   729   Commission  to Consul of the U.s., Sapparo, Japan Deposition of Harunori Takahashi on 7/13/99 at 9am for Long-term Credit Bank of Japan, Ltd.

Signed By: Judge Joaquin Manibusan, Jr. Signed On: 7/7/99 Filed By: Mair, Etal.

07/09/1999  730   Deposition Subpoena Duces Tecum to Joe Freed  Date: 8/5/99 at 9am at Law Office of Ching, Etal. Filed By: Ching, Etal.

07/09/1999  731   Deposition Subpoena Duces Tecum to Sophia Chu  Date: 8/5/99 at 9am at Law Office of Ching, Etal.

07/09/1999  732   Deposition Subpoena Duces Tecum to John Kay  Date: 8/5/99 at 2:30pm at Law Office of Ching, Etal.

07/09/1999  733   Commission

07/09/1999  734   Renotice To Take Deposition of Hrunori Takahashi By: David Mair

07/13/1999  735   Commission

07/14/1999  736   Deposition Subpoena Duces Tecum to Peter Chau  Date: 8/4/99 at 2:30pm at Law Office of Ching, Etal.

07/15/1999  737   Notice to Take Deposition Of Harunori Takahashi Date: 8/10/99 at 9am at U.s. Consulate General's Office, Osaka Japan Filed By: David Mair

07/15/1999  738   Notice Of Filing of Monthly Report Pursuant to Decision and Order of June 14, 1999 Filed By: Mair, Etal.

07/23/1999  739   Commission   Amended

07/26/1999  740   Declaration  of Rodney J. Jacob in Support of EIE Guam's Opposition to Ltcb's Motion with Regard to Ltcb's Third Set of Interrogatories

07/26/1999  741   Memo of Pts and Auths EIE Guam Corporation's Memorandum of Points & Authorities in Opposition to Ltcb's Motion with Regard to Ltcb's Third Set Of Interrogatories Filed By: Michael A. Pangelinan

07/26/1999  742   Commission Second Amended

07/29/1999  743   Commission Third Amended Commission

08/02/1999  744   Stipulation and Order Hearing Be Continued Re: Motion for 9/9/99 at 2pm Signed By: Judge Joaquin Manibusan, Jr. Signed By: 7/30/99 Filed By: Ching, Etal.

08/02/1999  745   Commission  (Deposition of Shigeru Kawaguchi) to Consul of U.s., Osaka Japan   Take Oral Depo. Of Shigeru Kawaguchi on 9/6-9/10/99 at 9am for Minami-aso Dev. Corp. Signed By: Judge Joaquin Manibusan, Jr. Signed On: 7/30/99 Filed By: Ching, Etal.

08/03/1999  746   Notice to Take Deposition Of Yutaka Hotta Date: 8/26/99 at 9am at the U.s. Embassy in Osaka, Japan Filed By: Mair, Etal.

08/03/1999  747   Notice to Take Deposition Of Tetsuyuki Kono Date: 8/23/99 at 9am at the U.s. Embassy in Osaka, Japan Filed By: Mair, Etal.

08/03/1999  748   Notice to Take Deposition Of Hiroshi Fujimoto Date: 8/19/99 at 9am at U.s. Embassy in Osaka, Japan Filed By: Mair, Etal.

08/03/1999  749   Stipulation and Order Request for Documents to Be Seal and
Not Be Made a Matter of Public Record Signed By: Judge Joaquin Manibusan,
Jr.
Signed On: 8/3/99 Filed By: Calvo & Clark

08/03/1999  750   Commission   to Consul of the U.s. Osaka, Japan of
Tetsuyuki Kono on 8/23/99 at 9am and Yutaka Hotta on 8/26/99 at 9am for the
Long-term Credit
Bank of Japan, Ltd. At U.s. Consulate General's Office  Signed By: Judge
Joaquin Manibusan, Jr. Signed On: 8/3/99 Filed By: Calvo & Clark

08/03/1999  751   Commission   to Consul of the U.s., Osaka, Japan of
Hiroshi Fujimoto on 8/19/99 at 9am for the Long-term Credit Bank of Japan,
Ltd. At U.S. Consulate General's Office Pgm :  Cdkb010  Superior Court of
Guam       Page:    63  Date: 11/08/00 Territory of Guam Time: 11:04:03  Type:
   Status: Judgment

Status Date: 02/01/2000     Jury Demand
-----------------------------------------------------------------------------
   Filing Proceedings Date Seq Comment Signed By: Judge Joaquin Manibusan,
Jr. Signed On: 8/3/99 Filed By: Calvo & Clark

08/05/1999  752   Opposition Ntc of Filing of Original Decl of Rodney J.
Jacob in Support of EIE Guam's Opposition to Ltcb's Motion with Regard to
Ltcb's Third Set of
Interrogatories Filed By: Michael A. Pangelinan

08/06/1999  753   Memo of Pts and Auths in Support of the Motion of
Defendant the Long-term Credit Bank of Japan, Ltd. To Compel Plaintiff EIE
Guam Corp. To
Produce Harunori Takahashi for Depos. By: G. Patrick Civille

08/06/1999  754   Declaration in Support of  Of Tomonari Niimoto in Support
of Def. The Long-term Credit Bank of Japan, Ltd. Mtn. To Compel Plaintiff EIE
Guam Corp. To Produce Harunori Takahashi for Depo.

08/06/1999  755   Exparte Motion for an Order Shortening Time on the Long
Term Credit Bank of Japan, Ltd.'s Mtn. To Compel Plaintiff EIE Guam Corp. To
Produce
Harunori Takahashi for Depo. By: G. Patrick Civille

08/06/1999  756   Declaration of G. Patrick Civille in Support of ex Parte
Application to Shorten Time for Hearing Mtn. Of the Long-term Credit Bank to
Compel
Plaintiff EIE Guam Corp. To Produce H. Takahashi for Depo.

08/06/1999  757   Declaration of G. Patrick Civille in Supp. Of Defen. The
Long-term Bank of Japan, Ltd' Mtn. To Compel Plaintiff EIE Guam Corp. To
Produce H.
Takahashi for Depo.

08/06/1999  760   Declaration of Michael H. Strub, Jr. in Supp. Of Def. The
Long-term Bank Credit Bank of Japan, Ltd.'s Mtn. To Compel Plaintiff EIE Guam
Corp. To
Produce H. Takahashi for Sepo.

08/06/1999  761   Unsigned Document(s) Notice of Motion of Defendant the
Long Term Credit Bank of Japan, Ltd. To Compel Plaintiff EIE Guam Corp. To
Produce H.
Takahashi for Depo.     Sub By: Ching, Et. Al.

08/09/1999  762    Recording Log Tape No. 99-465 Log No. 1672  Jvemjr Ex Parte Application

08/10/1999  763    Order

08/11/1999  765    Declaration of Howard R. Green in Support of EIE International, Inc. Motion to Disqualify Shearman and Sterling  Filed By: Howard Green

08/12/1999  766    Commission   to Consul of the U.s., Osaka, Japan for Harunori Takahashi on 9/13-21, 1999 at 9am for EIE Guam Corp., Ltd. At U.s. Japan Consular
Convention; U.s. Consulate General's Office  Signed By: Judge Joaquin Manibusan, Jr. Signed On: 8/12/99 Filed By: Mair, Etal.

08/12/1999  767    Commission   to Consul of the U.s., Osaka Japan for Yasuo Hatakeyama on 9/2-9/3/99 at 9am for the Long-term Credit Bank of Japan, Ltd. At the U.s.
Japan Consular Convention-u.s. Consulate General's Office    Signed By: Judge Joaquin Manibusan, Jr. Signed On: 8/12/99 Filed By: Mair, Etal.

08/12/1999  768    Notice to Take Deposition Of Yasuo Hatakeyama on 9/2/99 at 9am at U.s. Embassy in Osaka, Japan Filed By: David Mair

08/12/1999  769    Notice to Take Deposition Of Shigeru Kawaguchi on 9/6/99 at 9am at the U.s. Embassy Osaka, Japan Filed By: David Mair

08/13/1999  770    Cash Register Transaction

08/13/1999  771    Notice Of Deposition via Subpoena Duces Tecum to Ching, Etal on 8/27/99 at 10am at Law Office of Mair, Etal.  Filed By: Rodney Jacob

08/13/1999  772    Memorandum   EIE International Corporation's   Memorandum of Law in Support of Motion to Disqualify Shearman & Sterling Filed By: Howard R. Green

08/13/1999  773    Affidavit of Service

08/13/1999  774    Affidavit of Service

08/13/1999  775    Affidavit of Service

08/13/1999  776    Affidavit of Service

08/13/1999  777    Affidavit of Service

08/13/1999  778    Affidavit of Service

08/13/1999  779    Affidavit of Service

08/13/1999  780    Affidavit of Service

08/13/1999  781    Affidavit of Service

08/13/1999  782    Withdrawal of Notice to Take to Deposition of Shigeru Kawaguchi (Date: 8/12/99) Filed By: David Mair

08/16/1999  783    Notice Of Filing of Monthly Report Pursuant to Decision and Order of June 14, 1999 for the Period Covering July 15, 1999 Through August 16, 1999
Filed By: Calvo & Clark

08/17/1999   784   Notice  (Amended)  of Deposition for Shigeru Kawaguchi on
9/6/99 at 9am at U.s. Consulate General's Office in Osaka, Japan  Filed By:
G. Patrick
Civille

08/18/1999   785   Commission  (Amended)  to Consul of the U.s. Osaka, Japan
of Tetsuyuki Kono on 8/23/99 at 9am and Yutaka Hotta on 8/26/99 at 9am for
the
Long-term Credit Bank of Japan, Ltd. At U.s. Consulate General's Office
Signed By: Judge Joaquin Manibusan, Jr. Signed On: 8/18/99 Filed By: Calvo &
Clark

08/19/1999   786   Notice (Amended)  of Deposition for Harunori Takahashi
Date: 9/13/99 at 9am at U.a. Consulate General's Office in Osaka, Japan
Filed By: G. Patrick Civille

08/19/1999   787   Motion To Issue Commission; Memorandum of Pts and Auths in
Support Thereof  Filed By: Rodney Jacob

08/19/1999   788   Memo of Pts and Auths in Support of EIE Guam Corporation's
Motion to Compel Production of Documents and for Santions Filed By: Rodney
Jacob

08/19/1999   789   Joinder Of EIE Guam Corporation with EIE's Memorandum in
Support of Motion to Disqualify Shearman and Sterling  Filed By: Rodney Jacob

08/19/1999   790   Declaration of Rodney Jacob in Support of EIE Guam's
Motion to Compel Production of Documents and for Sanctions

08/19/1999   791   Declaration of Rodney Jacob in Support of EIE Guam's
Motion to Issue Commissions

08/19/1999   792   Neod & Decl Decision and Order Filed 8/10/99

08/20/1999   793   Notice of Motion to Issue Commission; Memo of Pts & Auths
in Support Thereof Filed By: Rodney Jacob

08/20/1999   794   Notice of Motion to Compel Production of Documents and for
Sanctions Filed By: Rodney Jacob

08/24/1999   795   Declaration of Rodney J. Jacob in Support of EIE Guam's
Opposition to Ltcb's ex Parte Motion to Extend Time

08/24/1999   796   Memo of Pts and Auths EIE Guam Corporation's Memo of Pts &
Auths in Opposition to Ltcb's ex Parte Motion to Extend Time      Filed By:
Rodney

Jacob

08/24/1999   797   Recording Log Tape No. 99-468 Log. No. 885     Jvemjr
Exparte Application

08/24/1999   798   Unsigned Document(s) Order Granting Motion for Extension
of Time    Sub By: G. Patrick Civille

08/25/1999   804   Commission  (Amended)  for Mr. Harunori Takahashi
Date: 9/13-9/21, 1999 at 9am    Signed By: Judge Joaquin Manibusan, Jr. Signed
On: 8/24/99

08/25/1999   805   Decision and Order

08/26/1999  806   Declaration   of G. Patrick Civille

08/26/1999  807   Notice to Take Deposition Of Akihiko Ito on 9/21/99 at 9am at U.s. Consulate General's Office in Sapparo, Japan Filed By: Sandra E. Cruz


08/26/1999  808   Notice to Take Deposition  Of Shigeru Omori on 9/14/99 at 9am at U.s. Consulate General's Office in Sapporo, Japan Filed By: Sandra E. Cruz

08/26/1999  809   Declaration of Geoffrey P. Miller  Filed By: Ching, Etal.


08/26/1999  810   Memorandum   of Law of the Long-term Credit Bank of Japan, Ltd. In Opposition to the Mtns of EIE Guam Corp. & EIE International Corp. To
Disqualify Shearman & Sterling Filed By: G. Patrick Civille
08/26/1999  811   Declaration of John L. Opar in Opposition to the Mtns of EIE Guam Corporation and EIE International Corp. To Disqualify Shearman & Sterling
Filed By: Ching, Etal.

08/27/1999  812   Notice to Take Deposition Of Masaaki Ito on 9/21/99 at 9am at U.s. Consulate General's Office in Sapporo, Japan Filed By: Sandra Cruz


08/27/1999  813   Commission   to Any Consul or Vice Consul of the U.s. Assigned to Sapporo, Japan  Take Deposition of Shigeru Omori on 9/14-9/17/99 at 9am and
Masaaki Ito on 9/21-9/24/99 at 9am for the Long-term Credit Bank of Japan, Ltd.   Signed By: Judge Joaquin Manibusan Signed On: 8/27/99

08/30/1999  814   Neod & Decl   Decision and Order Filed 8/25/99

08/30/1999  815   Affidavit of Service

08/31/1999  816   Affidavit of Service

08/31/1999  817   Affidavit of Service

08/31/1999  818   Affidavit of Service

08/31/1999  819   Affidavit of Service

08/31/1999  820   Affidavit of Service

08/31/1999  821   Affidavit of Service

08/31/1999  822   Affidavit of Service

08/31/1999  823   Affidavit of Service

09/02/1999  824   Commission   Amended

09/02/1999  825   Commission   Amended

09/14/1999  827   Stipulation   and Order  re Hearings on September 23, and August 30

09/15/1999  828   Notice Of Filing of Monthly Report Pursuant to Decision & Order of June 14, 1999 for the Period Covering August 17, 1999 Through

September 15,
1999   (Filed under Seal)

09/16/1999  829   Declaration of Michael Pangelinan in Support of EIE Guam's
Reply to Ltcb's Opposition to the Motion to Disqualify Shearman & Sterling
Filed
By: Calvo & Clark

09/16/1999  830   Declaration  of Howard R. Green in Support of EIE
International Corp.'S Reply to Memo of Law of the Long-term Credit Bank of
Japan, Ltd., in
Opposition to the Mtns of EIE Guam Corp. & EIE International Corp. To
Disqualify Shearman & Sterling Filed By: Howard R. Green

09/16/1999  831   Reply EIE International Corp.'S Reply to Memo of Law of
the Long-term Credit Bank of Japan, Ltd., in Opposition to the Mtns of EIE
Guam Corp. &
EIE International Corp. To Disqualify Shearman & Sterling Filed By: Howard
Green

09/16/1999  832   Notice Of Filing of Decl of Roger C. Cramton in Support of
EIEg's Reply to Ltcb's Opposition to EIEg's & EIEi's Mtn to Disqualify
Shearman &
Sterling   Filed By: Eduardo Calvo

09/16/1999  833   Reply  EIE Guam Corp.'S Reply to Memo of Law of the
Long-term Credit Bank of Japan, Ltd. In Opposition to the Mtns of EIE Guam
Corp. & EIE
International Corp. To Disqualify Shearman & Sterling   Filed By: Eduardo
Calvo

09/17/1999  834   Declaration  of Michael H. Strub, Jr. in Support of
Opposition of Deft the Long-term Credit Bank of Japan, Ltd. To Mtn of
Plaintiff EIE Guam Corp.
To Compel Production of Documents and for Sanctions     Filed By: Ching,
Etal.

09/17/1999  835   Declaration of Michael J. Osnato, Jr. in Support of
Opposition of Deft the Long-term Credit Bank of Japan, Ltd. To Mtn of
Plaintiff EIE Guam Corp.
To Compel Production of Documents and for Sanctions     Filed By: Ching,
Etal.

09/17/1999  836   Notice Of Filing of Facsmilie of Decl of Meredith Kolsky
Lewis Pending Receipt of Original Filed By: G. Patrick Civille

09/17/1999  837   Declaration of G. Patrick Civille in Opposition to EIE
Guam Corp.'S Mtn to Issue Commission Filed By: Ching, Etal.

09/17/1999  838   Declaration  of Michael A. Pangelinan

09/17/1999  839   Declaration  of David A. Mair

09/17/1999  840   Transcript   of Continued Motion for Protective Order on
06/24/99

09/17/1999  841   Memo of Pts and Auths Appendix of Authorities in Support
of EIE Guam Corp.'S Memo of Pts & Auths in Opposition to Ltcb's Mtn for an
Order Holding
EIE Guam in Contempt and for Sanctions Filed By: Calvo & Clark

09/17/1999  842   Memo of Pts and Auths of the Long-term Credit Bank of

Japan, Ltd. ("Ltcb") in Opposition to EIE Guam Corp.'S Mtn to Issue
Commissions   (Filed under Seal) Filed By: Ching, Etal.
 09/17/1999  843   Opposition   of Deft the Long-term Credit Bank of Japan,
Ltd. To Mtn of Plaintiff EIE Guam Corp. To Compel Production of Documents and
for
Sanctions      Filed By: Ching, Etal.

 09/17/1999  844   Memo of Pts and Auths EIE Guam Corp.'S Memo of Pts & Auths
in Opposition to Ltcb's Mtn for an Order Holding EIE Guam in Contempt and
for
Sanctions Filed By: Calvo & Clark

 09/23/1999  845   Declaration   Supplemental Decl of G. Patrick Civille in
Support of Ltcb's Oppositionto Motions of EIEg and EIEi to Disqualify
Shearman & Sterling
Filed By: G. Patrick Civille

 09/23/1999  846   Recording Log Tape No. 99-1113 Log No. 5774   Jvemjr

 09/23/1999  847   Reply   Of Defendant  the Long Term Credit Bank of
Japan, Ltd. In Supp. Of Mtn. For an Order Holding EIE Guam Corp. In Contempt
and for
Sanctions By: G. Patrick Civille

 09/23/1999  848   Reply Memorandum of Points and Auth. Of the Long Term
Credit Bank of Japan, Ltd. ("Ltcb") in Supp. Of its Mtn. Pursuant to Guam
Rule of Civil
Procedure 37 Regarding Plntff EIE Guam Corp's Failure to Comply with Court's
12/15/98 Order Directing it to Respond Fully to Ltcb's Third Set of Interrog.
By: G.
Patrick Civille

 09/23/1999  849   Reply   EIE Guam Corp.'S Reply to Ltcb's  Opposition to
EIE Guam Corp.'S Mtn to Issue Commissions Filed under Seal Filed By: Michael
Pangelinan

 09/23/1999  850   Declaration   of Michael A. Pangelinan in Support of EIE
Guam Corporation's Reply to Ltcb's Opposition to EIE Guam Corp.'S Mtn to
Issue
Commissions Filed under Seal Filed By: Michael Pangelinan

 09/23/1999  851   Memo of Pts and Auths EIE Guam Corp.'S Memo of Pts & Auths
in Reply to Ltcb's Opposition to the Mtn of EIE Guam Corp. To Compel
Production of Documents and for Sanctions   Filed By: Michael Pangelinan

 09/23/1999  852   Declaration   of Rodney J. Jacob

 09/23/1999  853   Declaration   of Sherman W. Kahn in Supp. Of Reply to
Ltcb's Oppos. To the Mtn. Of EIE Guam Corp. To Compel Prod. Of Doc. And for
Sanctions

 09/24/1999  854   Errata   To EIE Guam Corp. Memo. Of Points and Auth. In
Reply to Ltcb's Oppos. To the Mtn. Of EIE Guam Corp. To Compel Prod. Of Doc.
And for
Sanction      By: R. Jacob

 09/24/1999  855   Declaration   of Michael A. Pangelinan in Support of EIE
Guam Corp. Memo. Of Points and Auth. In Reply to Ltcb's Oppos. To the Mtn. Of
EIE Guam
Corp. To Compel Production of Doc. And for Sanctions
 09/27/1999  856   Notice to Take Deposition Of Hiroshi Fujimoto on 10/18/99
at 9am at U.s. Consulate Gen.'S Office in Osaka, Japan    Filed By: Sandra

Cruz

09/27/1999  857   Notice to Take Deposition  Of Yoshikazu Kanakubo On
10/20/99 at 9am at U.s. Consulate Gen.'S Office in Osaka, Japan Filed By:
Sandra Cruz

09/27/1999  858   Notice to Take Deposition       (Amended) of Akihiko Ito
on 10/12/99 at 9am at U.s. Consulate Gen.'S Office in Osaka, Japan    By:
Sandra Cruz

09/27/1999  859   Notice to Take Deposition  Of Shigeru Omori on 10/14/99 at
9am at U.s. Consulate Gen.'S Office in Osaka, Japan Filed By: Sandra Cruz


09/28/1999  860   Withdrawal   EIE Guam's Ntc of Partial Withdrawal of Mtn
for Commissions  Filed By: Rodney Jacob

09/28/1999  861   Declaration  of Sherman W. Kahn in Support of Reply to
Ltcb's Opposition to the Mtn of EIE Guam Corp. To Compel Production of
Documents and
For Sanctions       Filed By: Calvo & Clark

09/30/1999  862   Notice to Take Deposition  Ntc to Take Expert Deposition
Of Ltcb's Designated Expert Witnesses Listed at Law Office of Mair, Etal.
Filed By:
Rodney Jacob

10/01/1999  863   Motion  For Leave to File Ltcb Interrogatory Response Re:
Hic Debt Guaranteed by EIE Guam in Support of EIE Guam's Motion for
Disqualification of Shearman and Sterling Filed By: Rodney Jacob

10/05/1999  864   Memorandum    Second Supplemental Memorandum in Support of
EIE Guam's Motion to  Disqualify Shearman & Sterling    Filed By: Rodney Jacob

10/05/1999  865   Declaration of Rodney J. Jacob in Support of Supplemental
Memorandum in Support of Supplemental Memorandum in Support of EIE Guam's
Motion for Disqualification

10/05/1999  866   Recording Log Continued Motions

10/05/1999  867   Motion  for Summary Judgment; Motion to Dismiss

10/06/1999  868   Notice to Take Deposition (Amended)  of Shigeru Omori on
10/22/99 at 9am at U.s. Consulate's Office in Osaka Japan   Filed By: Sandra
Cruz
10/06/1999  869   Notice to Take Deposition (Amended)   Second Amended Ntc
to Take Deposition of Akihiko Ito Date: 10/21/99 at 9am at U.s. Consulate
Office in Osaka Japan  Filed By: Sandra Cruz

10/07/1999  870   Recording Log Continued Motions Arguments Pending

10/08/1999  871   Memo of Pts and Auths EIE Guam Corp.'S Memo of Pts & Auths
in Support of its Motion to Compel  Production of Document of Documents and
Responses to Interrogatories, to Strike and for Sanctions Filed By: Rodney J.
Jacob

10/08/1999  872   Notice of Motion to Compel Production of Documents and
Responses to Interrogatories, to Strike and for Sanctions Filed By: Rodney J.
Jacob

10/08/1999  873   Declaration of Rodney J. Jacob in Support of EIE Guam's
Motion to Strike, to Compel, and for Santions

10/12/1999  874   Memo of Pts and Auths of the Long-term Credit Bank of
Japan, Ltd. In Opposition to the Second Supplemental Memorandum of EIE Guam
Corp. To Disqualify Shearman & Sterling Filed By: G. Patrick Civille

10/13/1999  875   Reply  Request for Leave to Reply to Ltcb's Opposition to
EIE Guam's Secons Suppl. Memo. In Supp. Of Mtn. To Disqualify By: Rodney J.
Jacob

10/13/1999  876   Declaration  of Rodney J. Jacob in Support of EIE Guam's
Request for Leave to Reply and Reply to Ltcb's Opposition to EIE Guam's
Second
Supplemental Memo. In Support of Motion to Disqualify
10/13/1999  877   Decision and Order

10/13/1999  878   Speed Memo

10/14/1999  879   Recording Log Continued Pending Motions

10/15/1999  880   Notice Of Filing of Monthly Report Pursuant to Decision
and Order of June 14, 1999 for the Period Covering September 16, 1999 Through
October
15, 1999  Filed By: Arthur Clark

10/15/1999  881   Neod & Decl Decision and Order Filed 10/13/99

10/15/1999  882   Affidavit of Service

10/15/1999  883   Affidavit of Service

10/15/1999  884   Affidavit of Service

10/15/1999  885   Affidavit of Service

10/15/1999  886   Affidavit of Service

10/15/1999  887   Affidavit of Service

10/15/1999  888   Affidavit of Service

10/15/1999  889   Affidavit of Service

10/15/1999  890   Affidavit of Service

10/18/1999  891   Motion To Disqualify Sherman & Sterling
10/18/1999  892   Transcript  Motion for Protective Order
10/22/1999  893   Declaration of Masahiko Miura

11/01/1999  894   Motion  For Stay of Mandate Pursuant to Rule 41

11/15/1999  895   Cash Register Transaction

11/15/1999  896   Notice of Appeal By: G. Patrick Civille

11/15/1999  897   Unsigned Document(s) Ntc. of Hrg. Mtn. Of the Long-term
Bank of Japan, Ltd. For Issuance of a State. Of Intent   Sub By: Civille

11/15/1999  898   Unsigned Document(s) Ntc. of Hrg. Mtn. Of the Long-term
Bank of Japan, Ltd. For an Order Granting Reconsideration of the 10/13/99
Order
Disqualifying Sherman & Sterling  Sub By: Civille

11/15/1999  899   Unsigned Document(s) (Proposed) Statement of Intent   Sub By: Civille

11/15/1999  900   Memorandum  of Law of the Long-term Credit Bank of J Japan, Ltd. In Supp. Of its Mtn. For Reconsideration By: G. Patrick Civille

11/15/1999  901   Memorandum  of Law of the Long-term Credit Bank of Japan, Ltd. In Support of its Mtn. For Iss. Of a State. Of Intent   Sub By: Civille

11/15/1999  902   Notice of Motion and Mtn. Of the Long-term Credit Bank of Japan, Ltd. For an Order Granting, Reconsid. Of the 10/13/99 Order Disqual. Sherman & Sterling  By: Civille

11/15/1999  903   Notice of Motion and Mtn. Of the Long-term Credit Bank of Japan, Ltd. For Issuance of a Statement of Intent By: Civille

11/15/1999  904   Declaration of Michiro Suenaga in Supp. Of Def. The Long-term Credit Bank of Japan, Ltds Mtn. For Reconsid.

11/15/1999  905   Declaration of G. Patrick Civille in Supp. Of Def. The Long-term Credit Bank of Japan, Ltds Mtn. For Reconsideration

11/15/1999  906   Declaration of Atsuyoshi Gohara in Support of Deft. The Long-term Credit Bank of Japan, Ltd.'s Motion for Reconsideration.

11/15/1999  907   Declaration of William R. Giusti in Support of Deft. The Long-term Credit Bank of Japan,ltd's Motion for Reconsideration.

11/15/1999  908   Declaration of Alexander R. Jampel in Support of Defendant the Long-term Credit Bank of Japan, Ltd's Motion for Reconsideration.

11/15/1999  909   Notice  Of Filing of Facsimile Signature Pages Pending Receipt of Originials By: Civille

11/15/1999  910   Notice Of Filing of Monthly Rep. Pursuant to Decision and Order of 6/14/99 for the Period Covering 10/16/99 Through  11/15/99 By: Rodney Jacob

11/17/1999  911   Notice To Atty. Ching Civille Calvo & Tang/ Shearman & Sterling

11/17/1999  912   Notice  To: Atty. Eduardo Calvo;  Atty. David Mair, Atty. Rodney J. Jacob, Atty. David J. Lujan ,     Atty. Wilson Quinley , Atty. Thomas Lannen , Atty. William Blair,  Atty. Anita Arriola

11/17/1999  913   Declaration of Mailing

11/19/1999  914   Notice Of Filing of Facsimile of Declaration of James P. Tallon Pending Receipt of Original   By: G. Patrick Civille

11/22/1999  915   Notice Of Hearing Mtn. Of the Long-term Bank of Japan, Ltd for Iss. Of a Statement of Intent Set for 12/13/99 @ 3:00 Pm    By: G. Patrick Civille

11/22/1999  916   Notice Of Hearing Mtn. Of the Long-term Bank of Japan, Ltd for and Order Granting Reconsideration of the 10/13/99  Order Disqualifying Sherman & Sterling By: G. Patrick Civille

11/24/1999  917   Memorandum To: Clerk of Court By: G. Patrick Civille

11/29/1999   918   Notice Of Filing of Original Decl. Of Roger C. Cramton in
Supp. Of EIE's Reply to Ltcbs Oppos. To EIE's and EIE's Mtn. To Disqualify
Sherman &
Sterling

11/29/1999   919   Opposition   EIE Int. Corp. Memo. In Oppos. To the
Long-term Credit Bank of Japan, Ltd's Mtn. For Reconsideration of Dec. And
Order Disqualifying
Sherman & Sterling and Mtn. For Statement of Intent   By: Howard Green

11/29/1999   920   Opposition of EIE Guam to the Long-term Credit Bank of
Japan's Mtn. For Iss. Of a Statement of Intent   By: R. Jacob

11/29/1999   921   Opposition   EIE Guam Corp. Memo. Of Law in Oppos. To the
Long-term Credit Bank of Japan's Mtn for Reconsideration of this Court's Dec.
And Order
Disqualifying Sherman & Sterling   By: R. Jacob

11/29/1999   922   Joinder In EIE Int. Oppos. To Ltcb's Mtn. For
Reconsideration By: R. Jacob

11/29/1999   923   Memorandum   Status Conference Memo. And Proposed
Discovery and Trial Schedule   By: R. Jacob

11/29/1999   924   Declaration of Rodney J. Jacob in Supp. Of EIE Guams
Opposition to Mtn. For Reconsideration

11/30/1999   925   Recording Log Tape No. 1177-78 Log. No. 6007

12/02/1999   925   Opposition   (Amended)  EIE Int. Corp. Amend. Memo. In
Oppos. To the Long Term Cred. Bank of Japan, Ltd.s Mtn. For Reconsideration
of Dec. And
Order Disqualifying Sherman & Sterling and Mtn. For Statement of Intent   By:
H. Green

12/03/1999   927   Unsigned Document(s) (Proposed) Order Granting EIE Int.
Corps Request to Participate in Hearing Telephonically Sub By: H. Green

12/03/1999   928   Request   EIE Int. Corp's Rqst. To Participate in Hrg.
Telephonically; Decl. Of H. Green By: H. Green

12/03/1999   929   Affidavit of Service Served a Copy of the EIE Int. Corps
Amend. Memo. In Oppos. To the Long Term Bank of Japan, Ltd's Mtn. For
Reconsid. On Calvo &
Clark, Mair, Et. Al., David Lujan, & Morrrison & Foerster on  12/2/99   By:
M. Perez

12/06/1999   930   Reply Memorandum of Law of Def. The Long-term Credit Bank
of Japan, Ltd. In Supp. Of its Mtn. For Issuance of a Statement of Intent By:
P. Civille

12/06/1999   931   Notice Of Filing of Facsimile of Suppl. Decl. Of Michiro
Suenaga Pending Receipt of Original By: P. Civille

12/06/1999   932   Reply Memorandum of Law of the Long-term Credit Bank of
Japan, Ltd. In Supp. Of its Mtn. For Reconsideration By: P. Civille

12/06/1999   932   Notice Of Filing Facsimile Decl. Of Grant E. Finlayson
Pending Receipt of Original By: P. Civille

12/06/1999   933   Order Rendered by the Honorable Joaquin V.e. Manibusan,

Jr. the Court Finds That it Is Not Necessary for Off-island Counsel to Participate in
This Hearing via Telephone. Pltf Is Ade- 0quately Represented by Local Counsel Who Can Oppose the Pending Mtn, Request of Mr. Green Shall Be Hereby Denied.

12/06/1999  934   Reply Memorandum of Law of the Long-term Credit Bank of Japan, Ltd. In Support of its Motion for Reconsideration.

12/07/1999  935   Order Filed Supreme Court 12/6/99   Orders this Matter Remanded for Consider Ation and Motion for Issuance of a State Ment of Intent.
Signed By: Peter C. Siguenza- Assoc. Justice

12/10/1999  936   Memorandum   Status Conf. By: P. Civille

12/10/1999  937   Unsigned Document(s) Proposed Order Re: Status Order Memo. Sub By: P. Civille

12/13/1999  938   Affidavit of Service

12/13/1999  939   Affidavit of Service

12/13/1999  940   Affidavit of Service

12/13/1999  941   Affidavit of Service

12/13/1999  942   Affidavit of Service

12/13/1999  943   Affidavit of Service

12/13/1999  944   Affidavit of Service

12/13/1999  945   Affidavit of Service

12/13/1999  946   Opposition   Status Conf. Memo. And Oppos. To Ltcb's Status Conf. Memo. By: R. Jacob

12/13/1999  947   Declaration  of R. Jacob in Supp. Of EIE Guam's Status Conf. Memo. And Oppos. To Ltcb's Status Conf. Memo

12/13/1999  948   Recording Log Tape No. 99-1901 Log. No. 1630

12/14/1999  949   Affidavit of Service

12/15/1999  950   Notice Of Filing Monthly Rep. Pursuant to Dec. And Order of 6/14/99 for the Period Covering 11/16/99 Through 12/15/99

12/17/1999  951   Order Motion for Stay Granted. Until Such Time as Lead Counsel Is Secured by the Deft., or until Such Time as this Court or the Guam Supreme
Court Issues a Ruling Regarding the Disqualification of Deft's Lead Counsel, Discovery Shall Be Stayed.

12/22/1999  952   Affidavit of Service

12/22/1999  953   Affidavit of Service

12/22/1999  954   Affidavit of Service

12/22/1999  955   Affidavit of Service

12/22/1999   956   Affidavit of Service

12/22/1999   957   Affidavit of Service

12/22/1999   958   Affidavit of Service

12/22/1999   959   Affidavit of Service

12/28/1999   960   Certificate of Record

12/30/1999   961   Declaration  of Mailing

01/07/2000   962   Decision and Order Signed By: Judge J.manibusan Jr.

01/10/2000   963   Speed Memo   To: Atty. Patrick G. Civille      Atty.
Wilson A. Quinley , Atty. Thomas J. Lannen , Atty. William J. Blair      Atty.
David J. Lujan,  Atty. Anita Arriola, Atty. Eduardo A. Calvo , Atty. David A.
Mair,  Atty. Rodney J. Jacob

01/10/2000   964   Neod & Decl

01/14/2000   965   Memorandum  Status Conf. Memo. And Proposed Disc. And
Trial Schedule      By: R. Jacob

01/14/2000   966   Declaration  of Junior Ozaki in Supp. Of Mtn. By the
Long-term Credit Bank of Japan, Ltd. To Join the Resolution and Collection
Corp. As a Party
Def. And Counterclaiman

01/14/2000   967   Motion     By the Long-term Credit Bank of Japan, Lrd. To
Join the Resolut. And Collect. Corp. As a Party Def. And Counterclaim and
Memo. Of

Points and Auth.    By: G. Patrick Civille

01/14/2000   968   Unsigned Document(s) Ntc. of Hrg. Mtn. Of the Long-term
Cred. Bank of Japan, Lrd. To Join the Resolut. And Collect. Corp. As a Party
Def. And
Counterclaimant Sub By: G. Patrick Civille

01/18/2000   969   Affidavit of Service

01/18/2000   970   Affidavit of Service

01/18/2000   971   Affidavit of Service

01/18/2000   972   Affidavit of Service

01/18/2000   973   Affidavit of Service

01/18/2000   974   Notice     Of Filing of Monthly Rep. Pursuant to Decision
and Order of June 14, 1999 for the Period Covering Dec. 16, 1999 thru Jan.
15, 2000 By: G.
Patrick Civille

01/20/2000   975   Memorandum   of Law of EIE Guam Corp. In Supp. Of its Mtn.
For Partial Summ. Judg. And for Reconsider. Of the Ct.'s 1/7/2000 Order
By: R. Jacob

01/20/2000   976   Notice of Motion and Mtn. For Partial Summ. Judg. And
Reconsider. Of the Ct's 1/7/2000 Order on Def.'S Mtn. For Reconsideration By:
R. Jacob

01/20/2000   977   Joinder   of EIE Int. Corp.'S with EIE Guam Corp's Mtn. For Partial Summ. Judg. And for Reconsider. Of the Ct's 1/7/2000 Order By: H. Green

01/20/2000   978   Declaration of Rod. J. Jacob in Supp. Of Mtn. For Summ. Judg. And Reconsider. Of the Ct's 1/7/2000 Order on Def.'S Mtn. For Reconsider.

01/24/2000   980   Transcript   Mtn. For Reconsideration      Proceedings on 12/13/99      By: P. Torres Court Transcriber

01/27/2000   981   Notice   Of Filing of Facsimile of Decl. Of Clifford R. Bernstein in Oppos. To EIE Guam Corp.'S Mtn. To Compel Production of Doc. And for Sanctions
And Mtn. For Commissions By: G. Patrick Civille

01/27/2000   982   Memorandum   Status Conf. Memo. Of the Long-term Credit Bank of Japan, Ltd.    By: G. Patrick Civille

01/28/2000   983   Response   EIE Guam's Response to Ltcb's Mtn. To Jo in the Resolution and Collection Corp. As a Party Def. And Counterclaimant and Conditional
Consent to Joinder   By: M. Pangelinan

01/28/2000   984   Notice Of Filing of Decl. Of Steven Sunshine in Oppos. To Mtn. For Partial Summ. Judg. And for Reconsider.

01/28/2000   985   Notice Of Filing of Decl. Of James P. Tallon in Oppos. To Mtn. For Partial Summ. Judg. And for Reconsider.

01/28/2000   986   Notice Of Filing of Decl. Of Michiro Suenga  in Oppos. To Mtn. For Partial Summ. Judg. And for Reconsider.

01/28/2000   987   Memorandum   of Law of the Long-term Credit Bank of Japan, Ltd. In Oppos. To Mtn. For Partial Summ. Judg. And for Reconsider. By: G. Patrick
Civille

01/28/2000   988   Declaration of G. Patrick Civille in Oppossition to Mtn. For Partial Summ. Judg. And for Reconsideration

01/28/2000   989   Recording Log Before Judge J.manibusan Jr.  For Mtn to Be Argued by Counsels  Tape#99-1997,1998,1999      Log#5423

01/31/2000   990   Errata   To the Declaration of Rodney J. Jacob in Support of EIE Guam's Response to Ltcb's Motion to Join the Resolution and Collec Tion
Corporation as a Party Defendant and Counterclaimant and Conditional Consent to Joinder

01/31/2000   991   Memorandum   EIE Guam's Memo. Of Law in Supp. Of Prod of Sherman & Sterling Docs. Relating to EIEi and its Subsidiaries      By: R. Jacob

01/31/2000   992   Transcript   Proceedings of 11/20/99      By: Jeanette Blas Court Transcriber

02/01/2000   993   Petition Of John H. Brinsley for Admission Pro Hac Vice; Consent of Co-counsel By:atty. Patrick Civille

02/01/2000   994   Petition Of W.toliver Besson for Admission Pro Hac Vice;

Consent of Co-counsel  By: Atty. Patrick Civille

02/01/2000  995   Petition  Of John E. Porter for Admission Pro Hac Vice;
Consent of Counsel    By: Atty. Patrick Civille

02/01/2000  996   Petition  Of Lisa A. Popovich for Admission Pro Hac Vice;
Counsent of Co-counsel By: Atty. Patrick Civille

02/01/2000  997   Order Granting Petitions of John H. Brinsley, John E.
Porter, Lisa A. Popovich, and W. Toliver Besson for  Admission Pro Hac Vice
By: Atty. Patrick Civille , Signed By: Judge J.manibusan Jr.

02/01/2000  998   Decision and Order Court Approved the Pro Hac Vice Admis-
Sions of John H. Brinksley, John E. Porter, Lisa A. Popovich and W.toliver
Besson,
Esquires, on Behalf of the Long Term Credit Bank of Japan, Ltd. And Proposed
Dft/cntrclaim Pltf, Resolution and Collection Corporation.court Advises
Local
Atty to Check Their Appts of Pro Hac Vice If Terms Has Expired. Jvemjr.

02/02/2000  999   Neod & Decl  Decision and Order Signed by Judge Jvemjr


02/01/2000 1000   Speed Memo To: Atty. Eduardo Calvo Atty. David Mair Atty.
Rodney Jacob Atty. David Lujan Atty. Patrick Civille  Atty. Wilson Quinley
Atty. Thomas Lannen Atty. William Blair Atty. Anita Arriola

02/02/2000 1001   Notice Of Filing of Facsimile of Decl. Of James P. Tallon
in Supp. Of Response of Def. The Long-term Credit Bank of Japan, Ltd.
Regarding Prod.
Of Docs.  By: P. Civille

02/02/2000 1002   Response Of Def. The Long-term Credit Bank of Japan, Ltd.,
Regarding Prod. Of Docs. By: P. Civille

02/03/2000 1003   Affidavit of Service

02/03/2000 1004   Affidavit of Service

02/03/2000 1005   Affidavit of Service

02/03/2000 1006   Affidavit of Service

02/03/2000 1007   Affidavit of Service

02/03/2000 1008   Affidavit of Service

02/03/2000 1009   Affidavit of Service

02/03/2000 1010   Substitution of Counsel and Order Signed By: Judge
Manibusan, Jr.

02/04/2000 1011   Notice  Of Hearing Mtn. Of the Long-term Credit Bank of
Japan, Ltd. For Sanctions Re: Violation of Protective Order  By: P. Civille


02/04/2000 1012   Declaration  of G. Patrick Civille in Support of Motion of
the Long-term Credit Bank of Japan, Ltd. For Sanctions Re: Violation of
Protective
Order

02/04/2000 1013   Notice Of Filing of Facsimile of Decl. Of Koji Sunahata in

Supp. Of Mtn. Of the Long- Term Credit Bank of Japan, Ltd. For Sanctions Re: Violation
Of Protective Order By: P. Civille

02/04/2000 1014    Reply Memorandum in Support of Motion by the Long-term Credit Bank of Japan.ltd to Join the Resolution and Collection Corporation as a
Party Defendant and Counterclaimant By: P. Civille

02/04/2000 1015    Notice Of Filing of Facsimile of Decl. Of Tomonari Nimoto in Supp. Of Mtn. Of Thel Long-term Credit Bank of Japan, Ltd. For Sanctions Re:
Violation of Protective Order    By: P. Civille

02/04/2000 1016    Declaration  of G. Patrick Civille in Supp. Of Mtn. Of the Long-term Credit Bank of Japan, Ltd. For Sanctions Re: Violation of Protective Order

02/04/2000 1017    Entry of Appearance Special Appearance By: D. Lujan

02/04/2000 1018    Motion Of the Long-term Credit Bank of Japan, Ltd. For Sanctions Re: Violation of Protective Order Memo. Of Points and Auth.  By: P. Civille

02/04/2000 1019    Reply EIE International Corporation's Reply Brief in Support of Motion for Partial Summary Judgment and for Reconsideration By: D. Lujan

02/04/2000 1020    Reply Memorandum EIE Guam's Reply Memo. Of Law in Supp. Of its Mtn. For Part. Summ. Judg. And for Reconsider. By: R. Jacob

02/04/2000 1021    Declaration  of Albert W. Wong in Support of EIE Guam Corporation's Motion for Partial Summary Judgment and for Reconsideration

02/04/2000 1022    Declaration  Pf Takehisa Yoshikawa in Supp. Of EIE Guam's Mtn. For Part. Summ. Judg. And for Reconsider.

02/04/2000 1023    Declaration of Rodney J. Jacob in Supp. Of EIE Guam Reply Memo. Of Law in Supp. Of its Mtn. For Part. Summ. Judg. And for Reconsid.

02/07/2000 1024    Affidavit of Service

02/07/2000 1025    Affidavit of Service

02/07/2000 1026    Affidavit of Service

02/07/2000 1027    Affidavit of Service

02/07/2000 1028    Affidavit of Service

02/07/2000 1029    Affidavit of Service

02/07/2000 1030    Reply Memorandum (Amended) EIE Guam's Amend. Reply Memo. Of Law in Supp. Of its Mtn. For Part. Summ. Judg. And for Reconsideration By: R. Jacob

02/07/2000 1031    Decision and Order Signed By: Judge J.manibusan Jr.

02/07/2000 1032    Neod & Decl

02/07/2000 1033    Speed Memo    for Decision and Order

02/07/2000 1034    Errata    Ntc. of Errata

 02/08/2000 1035    Motion Ltcb's Motion to Strike Reply Papers or in the
Alternative Motion to Continue Hearing Date Memorandum of Points and
Authorities
By: P. Civille

 02/08/2000 1036    Declaration of Counsel By: G. P. Civille
 02/08/2000 1037    Notice  Of ex Parte Application and ex Parte Application
to Shorten Time for Hearing Motion to Strike EIEg and EIEi's Reply or in the
Alternative to Continue Hearing Date By: Atty. Patrick Civille

 02/08/2000 1038    Notice Of Filing of Facsimile of Decl. Of Tomonari Nimoto
in Supp. Of Ltcb's Mtn. To Strike Papers or in the Alternative Mtn. To Cont.
Hrg. Date
By: G.P. Civille

 02/08/2000 1039    Petition Of Daniel Schimmel for Admission Pro Hac Vice;
Consent of Co-counsel By: G. P. Civille

 02/08/2000 1040    Petition    Of Jaculin Aaron for Admission Pro Hac Vice;
Cnsnt of Co-counsel

 02/08/2000 1041    Recording Log Before Judge J.manibusan Jr.    For ex
Parte Tape#99-2082 Log#1546
 02/10/2000 1042    Affidavit of Service

 02/10/2000 1043    Affidavit of Service

 02/10/2000 1044    Affidavit of Service

 02/10/2000 1045    Affidavit of Service

 02/10/2000 1046    Affidavit of Service

 02/10/2000 1047    Affidavit of Service

 02/10/2000 1048    Affidavit of Service

 02/10/2000 1049    Affidavit of Service

 02/10/2000 1050    Opposition    of the Long-term Credit Bank of Japan, Ltd.
To EIE Guam Corp. Mtn. To Compel Produc. Of Docs. And Responses to Interr to
Strike and
For Sanctions  By: G. Patrick Civille

 02/10/2000 1051    Declaration of G. Patrick Civille in Supp. Of Oppos. Of
Def. The Long-term Credit Bank of Japan, Ltd. To Mtn. Of Plntff EIE Guam
Corp. Mtn. To Compel
Produc. Of Docs. & Responses to Interrog., to Strike and for Sanctions

 02/11/2000 1052    Recording Log No Tape Rec Judge Jvemjr Mtn Argument Cont'd
2/16/00 2pm

 02/11/2000 1053    Affidavit of Service

 02/11/2000 1054    Declaration of Albert W. Wong in Supp. Of EIE Guam Corp.'S
Mtn. For Part. Summ. Judg. And for Reconsider.

 02/11/2000 1055    Notice  Of Filing of Original Decl. Of Albert W. Wong in
Supp. Of EIE Guam's Mtn. For Part. Summ. Judg. And for Reconsider. By: R.
Jacob

02/11/2000 1056   Declaration   of Takehisa Yoshikawa in Supp. Of EIE Guam's
Mtn. For Part. Summ. Judg. And for Reconsideration

02/11/2000 1057   Notice Of Filing or Original Decl. Of Takehisa Yoshikawa
in Supp. Of EIE Guam's Mtn. For Part. Summ. Judg. And for Reconsider By: R.
Jacob

02/11/2000 1058   Motion   EIE Guam's Chronology of Events for
Reconsideration By: David A. Mair

02/11/2000 1059   Errata     Notice of By: G. Patrick Civille
02/11/2000 1060   Opposition   (Amended) of the Long-term Credit Bank of
Japan, Ltd. To EIE Guam Copr.'S Mtn. To Compel Produc. Of Doc. And Responses
to Interr. To Strike and for Sanctions    By: G. Patrick Civille

02/14/2000 1061   Declaration  of David A. Mair

02/15/2000 1062   Memorandum   of Law in Supp. Of the Applications of
Kathleen V. Fisher, Karen L. Hagberg, Sherman W. Kahn and Howard R. Green to
Be Admitted
Pro Hac Vice By: Rodney Jacob

02/15/2000 1063   Notice Of Filing of Transcript of December 13, 1999
Proceedings By: Rodney Jacob

02/15/2000 1064   Petition Of Howard R. Green for Admission Pro Hac Vice;
Consent of Co-counsel By: R. Jacob

02/15/2000 1065   Application   of Kathleen V. Fisher for Pro Hac Vice
Admission

02/15/2000 1066   Application   of Karen L. Hagberg for Pro Hac Vice
Admission

02/15/2000 1067   Application    of Sherman W. Kahn for Pro Hac Vice Admission


02/15/2000 1068   Declaration of Rodney J. Jacob Consenting to Des. For
Karen L. Hagberg

02/15/2000 1069   Declaration of Rodney J. Jacob Consenting to Des. For
Kathleen V. Fisher

02/15/2000 1070   Declaration  of Rodney J. Jacob Consenting to Des. For
Sherman W. Kahn

02/15/2000 1071   Notice Of Filing Rep. Pursuant to Dec. & Order of June 14,
1999 for the Period Covering 1/16/00 Through 2/15/00  By: A. Clark

02/16/2000 1072   Order Granting Admission Pro Hac Vice of Howard R. Green
Signed By: Judge J.manibusan Jr. Sub By: Calvo & Clark

02/16/2000 1073   Order Granting Admission Pro Hac Vice of Karen L. Hagberb
Signed By: Judge J.manibusan Jr. Sub By: Calvo & Clark

02/16/2000 1074   Order Granting Petitions for Admission Pro Hac Vice

02/15/2000 1075   Unsigned Document(s) Order Granting Admission Pro Hac Vice
of Kathleen V. Fisher Sub By: Calvo & Clark

02/15/2000 1076   Unsigned Document(s) Order Granting Admission Pro Hac Vice

of Sherman W. Kahnb Sub By: Calvo & Clark

02/16/2000 1077   Order Signed By: Judge J.manibusan Jr.

02/16/2000 1078   Recording Log Before Judge J.manibusan Jr. For Continued
Arguement

02/17/2000 1079   Declaration  of Albert W. Wong in Supp. Of EIE Guam
Corp.'S Reply Brief in Supp. Of Mtn. To Compel Produc. Of Docs. And Responses
to Interrog. To
Strike and for Sanction

02/17/2000 1080   Declaration  of Rodney J. Jacob in Supp. Of EIE Guam
Corp.'S Reply Brief in Supp. Of Mtn. To Compel Produc. Of Docs. And Responses
to Interrog., to
Strike and for Sanctions

02/17/2000 1081   Reply     EIE Guam Corp.'S Reply Brief in Supp. Of Mtn. To
Compel Produc. Of Docs. And Responsed to Interrog. To Strike and for
Sanctions By: I.
Aguigui

02/18/2000 1082   Reply    (Amended) EIE Guam Corp.'S Amended Reply Brief
in Supp. Of Mtn. To Compel Produc. Of Docs. And Responses to Interr., to
Strike and for Sanctions By: I. Aguigui

02/18/2000 1083   Errata   Notice of Errata By: I. Aguigui

02/22/2000 1084   Memo of Pts and Auths EIE Guam Corp.'S Memo. Of Points and
Auth. In Supp. Of its Mtn. To Compel Product. Of Docs. And Responses to
Interrog. By: I. Aguigui

02/22/2000 1085   Unsigned Document(s) Ntc. of Mtn. And Mtn. To Compel
Produc. Of Docs. And Responses to Interrog. Sub By: I. Aguigui

02/22/2000 1086   Declaration  of Ignacio C. Aguigui in Support of EIE
Guam's Motion to Compel Production of Documents and Response to
Interogatories

02/23/2000 1087   Notice    Of Filing Od Decl. Of Michiro Suenga in Supp. Of
the Oppos. Of the Long-term Credit Bank of Japan, Ltd., to EIE Guam Corp.'S
Mtn. To
Compel Responses  to Interrog. And Produc. Of Docs.   By: G. Patrick Civille


02/24/2000 1088   Notice of Motion and Mtn. To Compel Produc. Of Docs. And
Responses to Interrog.  By: I. Aguiagui

02/24/2000 1089   Recording Log Before Judge J. Manibusan Jr.    For Mtn to
Be Argued Tape#2k-0101

03/01/2000 1090   Decision and Order Signed By: Judge J. Manibusan Jr.

03/01/2000 1091   Neod & Decl

03/01/2000 1092   Speed Memo    for Decision and Order
03/02/2000 1093   Commission   Signed By: Judge Manibusan, Jr.

03/02/2000 1094   Commission   Signed By: Judge Manibusan, Jr.

03/02/2000 1095   Commission   Signed By: Judge Manibusan, Jr.

03/02/2000 1096   Commission   Signed By: Judge Manibusan, Jr. 03/02/2000
1097   Commission   Signed By: Judge Manibusan, Jr.

03/02/2000 1098   Commission   Signed By: Judge Manibusan, Jr.

03/02/2000 1099   Commission   Signed By: Judge Manibusan, Jr.

03/02/2000 1100   Commission   Signed By: Judge Manibusan, Jr.

03/02/2000 1101   Commission   Signed By: Judge Manibusan, Jr.

03/02/2000 1102   Commission   Signed By: Judge Manibusan, Jr.

03/03/2000 1103   Commission   Signed By: Judge J.manibusan Jr. By: G.
Patrick Civille

03/03/2000 1104   Stipulation   and Order Re: Joinder Signed By: Judge
Manibusan, Jr.

03/14/2000 1105   Affidavit of Service

03/14/2000 1106   Affidavit of Service

03/14/2000 1107   Affidavit of Service

03/14/2000 1108   Affidavit of Service

03/14/2000 1109   Affidavit of Service

03/14/2000 1110   Affidavit of Service

03/14/2000 1111   Affidavit of Service

03/14/2000 1112   Affidavit of Service

03/14/2000 1113   Affidavit of Service

03/14/2000 1114   Affidavit of Service

06/02/2000 1115   Mandate By Supreme Court of Guam;   [CBW EOD 10/03/2000]