CLERK'S Cert of Transmittal of t/following (Copy):
 08/02/1995    1    Complaint For Damages Declaratory Judgments, Permanent
Injunctions, and Demand for Jury Trial

 08/02/1995    2    Docketing Statement

 08/02/1995    3    Cash Register Trans  Part in Cash 100.00
 08/02/1995    4    Summons to Defendant the Nippon Credit Bank, Ltd

 08/02/1995    5    Cash Register Transaction Part in Cash 100.00  See Docket
#3

 08/02/1995    6    Summons to Defendant the Sumitomo Trust & Banking Co.,
Ltd.

 08/02/1995    7    Cash Register Transaction Part in Cash 100.00 See Docket
#3

 08/02/1995    8    Summons to Defendant the Mitsubishi Trust & Banking
Corporation

 08/02/1995    9    Summons   to Defendant the Mitsui Trust & Banking
Co., Ltd.

 08/02/1995   10    Summons  to Defendant the Long Term Credit Bank    Of
Japan, Ltd.

 08/22/1995   11    Notice    Benjamin J.F. Cruz Judge    Of Judge Assignment


 08/22/1995   12    Motion    Defendant the Long Term Credit Bank of Japan,
Ltd.'s Motion to Dismiss, or in        The Alternative, to Quash Service of
Process; Notice
Of Motion; and   Memorandum of Points and Authorities To: Plaintiff

 08/24/1995   13    Declaration of Patrick Querubin

 08/31/1995   14    Cash Register Trans

 08/31/1995   15    Amended Summons to  the Long Term Credit Bank of Japan,
Ltd.

 08/31/1995   16    Exparte  Motion for Leave to Amend Summonses and
Memorandum of Points and Authorities in        Support of Motion

 08/31/1995   17    Recording Log Tape Number #95-1398      Log Number: 1011
ex Parte Judge Katherine Maraman

 08/31/1995   18    Amended Summons to Sumitomo Trust & Banking Co., Ltd

 08/31/1995   19    Declaration of Attorney in Support of ex Parte Motion for
Leave to Amend Process

 08/31/1995   20    Amended Summons to Mitsubishi Trust & Banking Corp.

 08/31/1995   21    Amended Summons to Mitsui Trust & Banking Co., Ltd

 08/31/1995   22    Amended Summons to the Nippon Credit Bank, Ltd.

 08/31/1995   23    Order    Granting Leave to Amend Process   Signed by Judge

K.maraman

09/01/1995   24   Errata      To Plaintiff's ex Parte Motion for  Leave to
Amdned Summonses

09/27/1995   25   Stipulation and Order Re: Nippon Credit Bank, Ltd. ("Ncb")
Signed by Judge B.j. Cruz

09/27/1995   26   Stipulation and Order Re: Mitsubishi Trust & Banking Corp.
("Mitsubishi") Signed by Judge B.j. Cruz

09/27/1995   27   Stipulation and Order  Re: Sumitomo Trust & Banking
Company, Ltd. ("Sumitomo") Signed by Judge B.j. Cruz

09/29/1995   28   Stipulation   and Order  Stipulation and Order

10/25/1995   29   Stipulation   and Order  Stipulation and Order     Signed
by Judge B.j. Cruz

11/14/1995   30   Order     Granting Petition of Jaculin Aaron for Admission
Pro Hac Vice     Signed by Judge B.j. Cruz

11/14/1995   31   Petition     Of Jaculin Aaron for Admission Pro Hac Vice;
Consent of Co-counsel

11/14/1995   32   Order     Granting Petition of Michael H. Strub, Jr., for
Admission Pro Hac Vice  Signed by Judge B.j. Cruz

11/14/1995   33   Petition     Of Michael H. Strub, Jr., for Admission Pro
Hac Vice; Consent of Co-counsel

11/21/1995   34   Order     Granting Petition of William M. Burke for
Admission Pro Hac Vice     Signed by Judge B.j. Cruz

11/21/1995   35   Petition     Of William M. Burke for Admission Pro Hac
Vice; Consent of Co-counsel

11/21/1995   36   Entry of Appearance Law Firm Mccully, Lannen, Beggs and
Melancon and Enters its Appearance for Defendant the Mitsubishi Trust and
Banking
Corporation

11/21/1995   37   Cash Register Trans

11/21/1995   38   Summons      To: EIE American Co., Ltd.

11/21/1995   39   Summons      To: EIE International Corporation

11/21/1995   40   Summons      To: Eduardo A. Calvo

11/21/1995   41   Summons      To: Albert Wong

11/21/1995   42   Summons      To: Mikio Oba

11/21/1995   43   Notice of Motion and Motion to Strike Paragraphs  of
Complaint for Damages Declaratory Judgments and Permanent Injunctions or in
Hte

Alternative Motion for More Definie Statement Memorandum of Points and
Authorities in Support Thereof

11/21/1995   44   Notice of Motion and Motion for Defendants Ltcb   to

Dismiss Counts, Iii, Iv, V,   Vii, Viii, Ix, X, Xi, Xii, Xiii,  Xv, Xvi,
Xvii, Xix, Xxi, and Xxii of the

Complaint for Failure to  State a Claim upon Which Relief  Can Be Granted

11/21/1995   45   Declaration   of Masuo Ikeda in Support of Ltcb's Motion
to Dismiss Counts of the  Complaint for Failure to State a  Claim upon Which
Relief Can

Be   Granted

11/21/1995   46   Memorandum   of Points and Authorities in    Support of
Ltcb's Motion to Dismiss Counts Iii, Iv, V, Vii, Viii, Ix, X, Xi, Xii, Xiii,
Xv, Xvi, Xvii, Xix, Xxi, and

Xxii of the Complaint   for Failure to State a Claim upon Which Relief Can Be
Granted
11/21/1995   47   Answer    And Affirmative Defenses of    Defendant the
Long-term Credit  Bank of Japan, Ltd., to Complaint for Damages
Declaratory

Judgments, and Permanent Injunctions

11/21/1995   48   Declaration   of G. Patrick Civille

11/22/1995   49   Declaration   of Service Summs & Ansr & Affirmative Def.
Of Defdnt. The Long Term Credit Bank of Japan, Ltd. To Cmplt for Damages,de-
Claratory

Judgements and Permanent In- Junctions - Counterclaim for (1) Fore- Closure
of Mortgages; (2) Specific Per- Formance of Mortgages; (3) Declaratory Relief
Re:  Security Agreement; Etc.

11/27/1995   50   Entry of Appearance Entry of Special Appearance;
Stipulation and Order

11/27/1995   51   Stipulation   and Order  Further Extending Time to Answer
Signed by Judge B.j. Cruz

11/28/1995   52   Association of Counsel

11/29/1995   53   Notice   Of Rescheduled Motion Hearing    Hearing

01/18/1996 See Docket #54

12/01/1995   54   Stipulation   and Order  Signed by Judge B.j. Cruz

12/05/1995   55   Stipulation

12/11/1995   56   Reply    EIE Guam Corporation and Eduardo Calvo's Reply
to the Counterclaims of the Long Term Credit Bank of Japan, Ltd. And Demand
for Jury Trial

12/11/1995   57   Notice of Motion and Motion to Strike, Alternative Motion
to Dismiss Counterclaims Without Prejudice

12/11/1995   58   Memo of Pts and Auths in Support of Defendnat Nippon
Credit Bank's Motion to Strike, Alternative Motion to Dismiss Counterclaims
Without Prejudice

12/11/1995   59   Declaration   of Anita P. Arriola in Support of Def Nippon
Credit Bank's Motion to Strike, Alternative Motion to Dismiss Counter- Claims

Without Prejudice

12/12/1995   60   Amended Notice of Motion and Motion to Strike, Alternative
Motion to Dismiss Counter- Claims Without Prejudice.

12/14/1995   61   Declaration   of Shin-ichiro Itoh in Support of Defendant
Nippon Credit Bank's Motion to Strike, Alternative Motion to Dismiss
Counterclaims Without Prejudice

12/19/1995   62   Declaration   of Sandra E. Cruz Exhibit a thru N Attached


12/19/1995   63   Miscellaneous Entry EIE Guam Corporation Appendix of
District Court of Guam Appellate  Division Decisions

12/19/1995   64   Notice of Motion and Motion in Support of EIE Guam's
Motion for Summary Judgment

12/19/1995   65   Memo of Pts and Auths in Support of EIE Guam's Motion for
Summary Judgment

12/21/1995   66   ex Parte     Application for and Order Shortening Time and
Declaration of Counsel


12/21/1995   67   Recording Log ex Parte Motion - Judge F.tydingco- Gatewood


12/21/1995   68   Motion    For Continuance the Long Term Credit Bank of
Japan, Ltd. Motion for Continuance and Notice of Motion

12/21/1995   69   Notice    Of Rescheduled Motion Hearing     Hearing
01/16/1996

12/27/1995   69.01 Notice of hearing Re: Scheduling of Motions Before Judge
B.J. Cruz set for January 17, 1996 at 11am

12/28/1995   70   Reply    (Amended)  EIE Guam Corporation and Eduardo
Calvo's Amended Reply to the     Counterclaims of the Long-term Credit Bank
of Japan, Ltd. And Demand for Jury Trial

12/29/1995   71   Affidavit of Service

12/29/1995   72   Affidavit of Service

12/29/1995   73   Affidavit of Service

12/29/1995   74   Affidavit of Service

12/29/1995   75   Petition    Of Howard R. Green for Admission Pro Hac
Vice; Consent of Co-counsel 12/29/1995   76   Memorandum    EIE Guam's
Memorandum in Support of the Court First Hearing EIE Guam's Motion for
Summary Judgement

12/29/1995   77   Notice of Motion and Motion for Enlargment of Time

12/29/1995   78   Notice of Motion and Motion for Partial Summary Judgment
by the Mitsui Trust and Banking Co.,Ltd.

01/05/1996   79   Petition Of Dean T. Janis for Admission Pro Hac Vice;
Consent of Co-counsel

01/05/1996   80   Petition    Of John Lynch for Admission Pro Hac Vice

Consent of Co-counsel

01/08/1996  81  Memo of Pts and Auths in Support of Defendant the Sumitomo
Trust & Banking Co., Ltd.'s Motion to Dismiss Plaintiff's Complaint

01/08/1996  82  Notice of Motion and Motion of Defendant the Sumitomo
Trust & Banking Co., Ltd. For Dismissal of Complaint for Lack of Jurisdiction
and for
Failure to State a Claim

01/08/1996  83  Declaration  of Kazuo Sasaki in Support of Defendant the
Sumitomo Trust and Banking Co., Ltd's Motion to Dismiss Complaint

01/08/1996  84  Declaration  of Naoyuki Fukuda in Support of Defendnt the
Sumitomo Trust and Banking Co., Ltd's Motion to Dismiss Complaint

01/08/1996  86  Declaration  of Naoyuki Fukuda in Support of Defendnt the
Sumitomo Trust and Banking Co., Ltd's Motion to Dismiss Complaint (English
Translation and Certification of Accuracy)

01/08/1996  86  Declaration  of Kazuo Sasaki in Support of Defendant the
Sumitomo Trust and Banking Co., Ltd's Motion to Dismiss Complaint (English
Translation and Certification of Accuracy)

01/08/1996  87  Declaration  of Dean Janis in Support of Defendant the
Sumitomo Trust and Banking Co., Ltd's Motion to Dismiss Complaint

01/09/1996  87  Declaration  Of Masuo Ikeda in Support of Motion of
Defendant/counterclaimant the Long-term Credit Bank of Japan, Ltd. For  (1)
Order Appointing Reciever;  (2) Preliminary Injunction

01/09/1996  87.02 Notice of Motion and Motion of Defendant/Counterclaimant
the Long-Term Credit Bank of Japan Ltd., for: (1) Order Appointing Receiver
(2) Preliminary Injunction .

01/08/1996  88  Joinder      The Mitsubishi Trust and Banking  Corporation
Joinder in Certain Motions

01/08/1996  89  Memo of Pts and Auths the Nippon Credit Bank, Ltd's
Memorandum of Points and Authorities in Support of Motion to Dismiss Counts
Iii, Iv, V, Vi, Vii, Viii, Ix, X, Xi, Xii, Xv, Xvi and Xvii of the Complaint
for Failure to State a Claim upon Which Relief Can Be Granted

01/08/1996  90  Notice of Motion and Motion to Dismiss Counts Iii, Iv, V,
Vi, Vii, Ix, X, Xii, Xv, Xvi and Xvii of the Complaint for Failure to State a
Claim upon Which Relief Can Be Granted

01/08/1996  91  Declaration  of Yoshihiro Okano

01/08/1996  91.01  Order    Granting Petition of Howard R.  Green for
Admission Pro Hac Vice Signed by Judge B.j. Cruz

01/09/1996  92  Memorandum   the Nippon Credit Bank, Ltd.'s   Memorandum
Regarding Priority of Motions

01/09/1996  93  Declaration  of Leslie C. Zuroske

01/09/1996  94  Declaration  of Hiriki Kandono in Support of Motion of
Defendant/counterclaimant the Long Term Credit Bank of Japan, Ltd. For (1)
Order Appointing Reciever    (2) Preliminary Injunction

01/09/1996  95  Memo of Pts and Auths in Support of Motion of Defendant/

Counterclaimant the Long Term Credit Bank of Japan, Ltd. For      (1) Order
Appointing Reciever    (2) Preliminary Injunction

 01/09/1996   96   Opposition   of the Long Term Credit Bank of Japan, Ltd.,
to the Motion of EIE Guam   Corporation Requesting That the Court Hear its
Motion for Summary Judgment Prior to Hearing and Resolving Other Pending
Motions

 01/09/1996   97   Declaration   of Masuo Ikeda in Support of Motion of
Defendant/counterclaimant the  Long-term Credit Bank of Japan,  Ltd. For (1)
Order Appointing Receiver;   (2) Preliminary Injunction

 01/09/1996   98   Memorandum   Re: Scheduling of Motions Pursuant to Court
Scheduling Order

01/10/1996   98.01 Proposed (1) Order Appointing Receiver (2) Preliminary
Injunction

 01/10/1996   99   Errata     Erratum

01/10/1996   99.01 Stipulation and Order Re: Discovery

 01/10/1996  100   Erratum      The Mitsubishi Trust and Banking  Corporation
Erratum

 01/12/1996  101   Reply     EIE Guams Reply to Defendant Banks Opposition to
Motion Regarding Order of Considering Motions

 01/16/1996  102   Memo of Pts and Auths Counterclaimant the Long-term Credit
Bank of Japan, Ltd.'s Memorandum of Points and Authorities in Support of its
Motion for Leave to File Supplemental Memorandum

01/16/1996   102.01 Defendantsâ€™/Counterclaimant the Long-Term Credit Bank
of Japan, LTDâ€™s Motion for leave to file supplemental memorandum and notice
of motion

 01/17/1996  103   Declaration   of Yoshihiro Okano

 01/17/1996  104   Recording Log Further Proceedings

 01/18/1996  105   Response     EIE Guam's Response to the Defendants'
Exparte Application for a Status Conference (Filed by Atty Dmair)

 01/18/1996  106   ex Parte     Application for Status Conference

 01/18/1996  107   Declaration of Counsel

 01/18/1996  108   Cash Register Transaction        Boh,  1/8/96

 01/18/1996  109   Recording Log ex Parte Application

 01/19/1996  110   Petition     Of C. Christian Jacobson for Admission Pro
Hac Vice; Consent of Co-counsel

 01/22/1996  111   Affidavit   Of Joseph A. Calvo

 01/22/1996  112   Affidavit   Of Joseph A. Calvo

 01/24/1996  113   Declaration   of Patrick Querubin

 01/24/1996  114   Declaration   of Patrick Querubin

01/24/1996  115   Notice of Motion and Motion for Partial Summary Judgment
on Counts Iii and Iv of Plaintiffs Complaint

01/24/1996  116   Memo of Pts and Auths in Support of Plaintiffs Motion for
Partial Summary Judgment on Counts Iii and Iv of Plaintiffs Complaint

01/24/1996  117   Errata

02/09/1996  118   Declaration   of Service Summons and Counterclaim, Answer
and Affirmative Defenses of Defendant the Long Term Credit Bank of Japan,
Ltd., to

Complaint for Damages, Declatory Judgment and Permanent Injunction Served
upon Albert Wong

02/27/1996  118.01   Judge      Disqualified Benjamin Jf Cruz Judge

02/27/1996  119   Notice      Of Hearing Set for 3/12/96 at 3:30 Pm

02/28/1996  120   Cash Register Transaction

02/28/1996  121   Notice      Of Deposition via Subpoena Duces Tecum By: Ching
Boertzel Dooley      Civille Roberts & Calvo

02/29/1996  122   Affidavit of Service

02/29/1996  123   Affidavit of Service

02/29/1996  124   Affidavit of Service

02/29/1996  125   Affidavit of Service

03/01/1996  126   Deposition Subpoena Duces Tecum

03/08/1996  127   Notice of Motion and Motion of Defendant the Sumitomo
Trust & Banking Co., Ltd. For an Order to Stay Plaintiff's Motion for Partial
Summary

Judgment Pending Ruling on Motion to Dismiss

03/08/1996  128   Memo of Pts and Auths in Support of Defendant the Sumitomo
Trust & Banking Co., Ltd's Motion for Partial Summary Judgment Pending Ruling
on

Motion to Dismiss

03/11/1996  129   Stipulation   and Order   Stipulation and Order for
Extension of Time Within Which to Respond to  Discovery  Signed by Judge
A.lamorena Iii

03/11/1996  130   Stipulation   and Order   Stipulation and Order Re:
Discovery

01/19/1996  131   Order      Order Granting Petition of C. Christian Jacobson
for Admission Pro Hac Vice Signed by Judge A.lamorena Iii

03/11/1996  132   Order      Order Granting Petition of John P. Lynch for
Admission Pro Hac Vice   Signed by Judge A.lamorena Iii

03/11/1996  133   Order      Order Granting Petition of Dean T. Janis for
Admission Pro Hac Vice     Signed by Judge A.lamorena Iii

03/11/1996   133.01   Objection   EIE Guam's Objection to Subpoena Duces
Tecum

03/12/1996   133.02   Joinder   Defendant the Mitsubishi Trust and Banking
Corporation Joinder

03/13/1996   134   Affidavit of non Service

03/13/1996   135   Affidavit of non Service

03/13/1996   136   Affidavit of non Service

03/13/1996   137   Affidavit of non Service

03/13/1996   138   Affidavit of non Service

03/14/1996   139   Memorandum   EIE Guam's Memorandum re the Scheduling of
Motions

03/14/1996   140   Order   EIE Guam's Proposed Order Pertaining to the
Scheduling of Motions

03/14/1996   141   Statement   The Sumatomo Trust and Banking Co., Ltd.'s
Statement of Position on Order of Hearing of Pending Motion

03/14/1996   142   Memorandum   of the Long Term Credit Bank of Japan, Ltd.,
Regarding Priority of Pending Motions

03/15/1996   143   Proposed   Order of Defendant the Long Term Credit Bank
of Japan, Ltd. Pertaining to the Scheduling of Motions

03/15/1996   144   Order   Signed by Judge A.lamorena Iii

03/19/1996   145   Affidavit of Service of Order on Atty. W. Blair

03/19/1996   146   Affidavit of Service of Order Filed 3/15/96 On:   Thomas
Lannen 03/19/1996   147   Affidavit of Service of Order Filed 3/15/96 On:
Anita Arriola

03/19/1996   148   Affidavit of Service of Order Filed 3/15/96   On: Atty
Larry Teker 03/19/1996   149   Affidavit of Service of Order Filed 3/15/96 On:
G. Patrick
Civille

03/19/1996   150   Affidavit of Service of Order Filed 3/15/96   On:
Eduardo Calvo

03/19/1996   151   Affidavit of Service

03/19/1996   152   Memo of Pts and Auths in Support of the Long-term Credit
Bank of Japan, Ltd.'s Motion for Atty's Fees and Sanctions Against EIE Guam

Corporation

03/19/1996   153   Declaration   of G. Patrick Civille in Support of Motion
for Atty's Fees and Sanctions Aga Inst EIE Guam Corporation

03/19/1996   154   Declaration   of Michael H. Strub, Jr., in Support of
Motion for Atty. Fees and Sanctions Against EIE Guam

03/19/1996   155   Declaration   of Jaculin Aaron in Support of Motion for
Attorneys' Fees and Sanctions Against EIE Sanctions Against EIE Guam

03/19/1996   155.01 Notice of Motion and Motion of the Long-Term Credit Bank of Japan, Ltd for Attorneys Fees and Sanctions against E1E Guam Corporation


 03/20/1996  156    Declaration   of G. Patrick Civille in Support of ex Parte Application of Defendant and Counterclaimant the Long-term Credit Bank of Japan, Ltd., To Amend Scheduling Order Or, in the        Alternative, for a Continuance   under Grcp 56 (F) to Permit Affidavit to Be Obtained.

 03/20/1996  157    ex Parte  Application of Defendant and Counterclaimant the Long-term Credit Bank of Japan, Ltd., to Amend Scheduling Order Or, in the

Alternative, for a Continuance under Grcp 56 (F) to Permit Affidavit to Be Obtained

 03/20/1996  158    ex Parte     Application to Shorten Time

 03/20/1996  159    Declaration of Counsel

 03/21/1996  160    Declaration   of Arthur B. Clark

 03/21/1996  161    Memo of Pts and Auths in Support of Motion to Quash Service as to EIE International and EIE  American

 03/21/1996  162    Opposition   EIE Guam's Opposition to Ltcb's ex Parte for a Continuance

 03/21/1996  163    Recording Log ex Parte Motion to Amend Scheduling

 03/21/1996  164    Errata    To Memorandum of Points and Authorities in Support of Motion to Quash Service as to EIE International and EIE American


03/21/96  164.01 Notice of Motion and Motion to Quash Service as to Effi International and EIE American

 03/22/1996  165    Cash Register Transaction

 03/27/1996  166    Order     (Amended)  Signed by Judge P.siguenza, Jr.

 03/28/1996  167    Motion    Joint Motion for Clarification And/or Reconsideration Regarding the Sumitomo Trust & Banking Co., Ltd's Motion for Stay of

Plaintiff's Motion for Partial Summary Judgment Pending Ruling on Defendant's Motion to Dismiss for Personal Jurisdiction, and Alterantive Response to Court

Order Regarding Plaintiff's Motion for Summary Judgment

 03/29/1996  168    Opposition   the Nippon Credit Bank. Ltd's Opposition to Plaintiff's Motion for Partial S/j.

 03/29/1996  169    Memorandum   EIE Guam's Memorandum in Opposition to Sumitomo's Motion to Dismiss for Lack of Personal Jurisdiction

 03/29/1996  170    Memorandum   Plaintiff's Memorandum of Points and Authoriites in Opposition to Ltcb's Motion to Dismiss

 03/29/1996  171    Opposition   the Mitsui Trust and Banking Co. Ltd's

Opposition to EIE Guam's Motion for Partial Summary Judgment.

03/29/1996  172   Memo of Pts and Auths   Of Defendant and Counterclaimant the Long-term Credit Bank Japan Ltd. In Opposition to Motion of Plaintiff EIE Guam Corporation for Summary Judgment

03/29/1996  172.01   Memo of Pts and Auths of Defendant and Counterclaimant the Long-term Credit Bank of Japan, Ltd. In Opposition to Plaintiff EIE Guam Corporation's Motion for Partial Summary Judgment Ofn Counts Iii and Iv of Plaintiff's Complaint

03/29/96.  172.02 Declaration of Albert Wong Exhibits of Volume I and II (Black Binder) Thick *Original Copy

04/02/1996  173   Memorandum   of Judge Disqualification - Judge Lamorena

04/08/1996  174   Notice   Of Judge Assignment

04/08/1996  175   Supplemental   Declaration of Naoyuke Fukuda in Support of Defendant  the Sumitomo Trust and Banking Co. Ltd's Motion to Dismiss Complaint

04/08/1996  176   Supplemental Declaration of Naoyuki Fukuda in  Support of Defendant the Sumitomo Trust and Banking Co; Ltd's Motion to Dismiss Complaint

04/08/1996  177   Reply   To Plaintiff's Opposition to Defendant the Sumitomo Trust & Banking Co; Ltd's Motion to Dismiss Plaitiff's Complaint

04/08/1996  178   Joinder   The Mitsubishi Trust and Banking Corporation Joinder in Reply

04/08/1996  179   Joinder   The Mitsubishi Trust and Banking Corporation Joinder in Reply

04/08/1996  180   Reply Memorandum of Points and Authorities in Support of EIE Guam's Motion for Summary Judgment and Motion for Partial Summary Judgment

04/08/1996  181   Supplemental   Declaration of Albert Wong

04/08/1996  182   Reply   Brief of the Long -Term Credit Bank of Japan, Ltd. In Support of its Motion to Dismiss Counts Iii, Iv,v,vii,viii,ix,x, Xi, Xii, Xiii, Xv, Xvi, Xvii, Xix,

Xxi and Xxii of the Complaint for Failure to State a Claim upon Which Relief Can Be Granted

04/09/1996  183   Recording Log Before Judge B.j. Cruz   For Further Proceedings   Tape#96-600 Log#1701

04/16/1996  184   Declaration of Tadashi Ishiguro in Support of Opposition to Defendant and Counter- Claimant the Long-term Credit Bank of Japan, Ltd. To EIE

Guam Corporation's Motion for Summary Judgment

04/22/1996  185   Memorandum   EIE Guam's Memorandum in Opposition to Ltcb's Motion to Strike, or for More Definite Statement.

04/22/1996  186   Memorandum   EIE Guam's Memorandum of Points and Authorities in Opposition to the Nippon Credit Bank Ltd.'s Motion to Dismiss

Counts

Iii,iv,v,vi,vii,viii,ix,x,xi,xii, Xv,xvi and Xvii of the Complaint for
Failure to State a Clain upon Which Relief Can Be Granted.

 04/22/1996  187   Memorandum   EIE Guam's Memorandum of Points and
Authorities in Opposition to Defendant the Sumitomo Trust and Banking Co.
Ltd.'s Motion to

Dismiss Plaintiff's Complaint.

 04/29/1996  188   Reply Memorandum the Nippon Credit Bank Ltd.'s Reply
Memorandum in Support of its Motion to Dismiss Counts Iii,iv,v,vi,vii,viii,
Ix,x,xi,xii,xv,xvi

And Xvii of the Complaint

 05/03/1996  189   Declaration   of Yukata Yoneta in Support of Defendant
Nippon Credit Banks Opposition to Plaintiffs Motion for Partial Summary
Judgment on

Counts Iii and Iv of the Complaint

 05/03/1996  190   Supplemental Second Supplemental Declaration of Albert
Wong

 05/03/1996  191   Objection   Evidentiary Objections of the Long-term
Credit Bank of Japan, Ltd. To Declara- Tion and Supplemental Declaration of
Albert Wong

 05/03/1996  192   Notice   Of Filing of Original Declarations Re: the
Long-term Credit Bank of Japan, Ltd.'s Opposition to EIE Guam
Corporation's Motion for

Summary  Judgment

 05/03/1996  193   Miscellaneous Entry the Mitsui Trust & Banking Co., Ltd's
Appendix of Authority in Support of Motion to Dismiss or Stay Action Based
upon Forum

Non Conveniens

 05/03/1996  194   Excerpt   The Mitsui Trust and Banking Co., Ltd's
Appendix of Excerpts of Interrogatories Identifying Witnesses with Knowledge
of the Case

 05/03/1996  195   Declaration   of Kazuhiro Yasumura Un Support of Defendant
the Mitsui Trust & Banking Co., Ltd's Motion to Dismiss or Stay Action Based
upon Forum non Conveniens

 05/03/1996  196   Request   The Mitsui Trust and Banking Co., Ltd.'s
Request for Entry of Judgment Against Plaintiff EIE Guam Corporation on EIE
Guam

Corporation's Motion for Partial Summary Judgment on Counts Iii and Iv of
Complaint

 05/03/1996  197   Notice   Of Withdrawal of the Mitsui Trust & Banking Co.,
Ltd.'s Motion for Partial Summary Judgment

 05/03/1996  198   Notice   Of Intent to Raise Issues of Foreign Law by
Defendant the Mitsui Trust & Banking Co., Ltd.

05/03/1996 199 Memorandum the Mitsui Trust & Banking Co., Ltd's Memorandum in Support of Motion to Dismiss or Stay Action Based upon Forum non Conveniens

05/03/96 199.01 Notice of Motion and Motion for Enlargement of Time by Defendant the Mitsui Trust & Banking Co., Ltd.

05/03/96 199.02 Notice of Motion and Motion to Dismiss or Stay Action Based upon Forum Non Conveniens by Defendant the Mitsui Trust & Banking Co, Ltd.

05/07/1996 200 Recording Log Motion Hearing = Judge Cruz Tape#96-0781 Log#0604

05/09/96 200.01 Notice of Filing of Facsimile of Amended Declaration of Yutaka Yoneta Pending Receipt of Original

05/14/1996 201 Memo of Pts and Auths of the Long Term Credit Bank of Japan, Ltd., in Support of its Motion to Compel Plaintiff/counterdefendant EIE Guam

Corporation to Respond to Discovery Requests

05/14/1996 202 Declaration of G. Patrick Civille in Support of Motion to Compel Plaintiff/counter- Defendant EIE Guam Corporation to Respond to Discovery Request

05/14/96 202.01 Notice of Motion and Motion of the Long-Term Credit Bank of Japan, LTD, to Compel Plaintiff/Counter Defendant EIE Guam Corporation to Respond to Discovery Requests

05/16/1996 203 Notice Of Filing of Original Amended Declaration of Yutaka Yoneta in Support of Defendant the Nippon Credit Bank, Ltd.'s Opposition to Plaintiff's Motion for Partial Summary Judgment on Counts Iii and Iv of the Complaint

05/16/1996 204 Opposition EIE Guam Corporation's Opposition Memorandum to Ltcb's Motion to Appoint a Receiver

05/16/1996 205 Declaration of Harunori Takahashi

05/20/1996 206 Recording Log Further Proceedings - Judge Cruz Tape#96-828 Log#0812

05/20/1996 207 Stipulation and Order for Dismissal Without Prejudice of the Sumitomo Trust and Banking Co., Ltd.,The Mitsui Trust and Banking Co., Ltd., the Mitsubishi Trust and Banking Corporation and the Nippon Credit Bank Ltd. Signed by Judge B.j. Cruz

05/20/1996 208 Statement Of Defendant and Counterclaimant the Long-term Credit Bank of Japan, Ltd., Regarding Incorporation of Arguments Made by Other Defendants in Connection with Motion to Dismiss for Failure to State a Claim and Oppositions to Motions of Plaintiff EIE Guam Corporation for Summary Judgment and for Partial Summary Judgment

05/20/1996 209 Notice Of Filing by Defendant Ltcb of Supplemental Declarations in Support of Opposition to Plaintiffs Motion for Summsary Judgment And Partial Summary Judgment

05/20/96 209.01 Mair, Mair, Spade & Thompson's Retractions and Corrections

05/20/96  209.02  Complaint - Comments on the Complaint

 05/21/1996  210  Notice  Of Filing by Defendant Ltcb of  Supplemental
Declarations in Support of Opposition to Plaintiff's Motion for Summary
Judgment and

Partial Summary Judgment

 05/21/1996  211  Notice  Of Filing of Declaration of Ricardo C. Duenas in
Opposition to Plaintiffs Motion's for Summary Judgment and Partial Summary

Judgment

 05/22/1996  212  Response  EIE Guam's Response to the Evidentiary
Objections of Ltcb to the Declarations of Albert Wong

 05/22/1996  213  Recording Log Hearing 05/22/1996  Before Judge B.j.
Cruz  Tape#96-0829 Log#2033

 05/22/1996  214  Miscellaneous Entry Clarification Regarding the Mitsui
Trust & Banking Co., Ltd.'s Rights and  Remedies Arising from or Related to
First Priority

Mortgage

 05/23/1996  215  Recording Log Before Judge B.j. Cruz  Tape#96-902
Log#3068

 05/23/1996  216  Objection  Evidentiary Objections of the Long-term
Credit Bankof Japan, Ltd. To Declaration of Harunori Takahashi Submitted by
Plaintiff EIE

Guam in Opposition to Motion for Appointment of a Reciever

 05/23/1996  217  Notice  Of Filing by Defendant Ltcb of  Declarations in
Support of Motion to Appoint a Receiver

 05/23/1996  218  Memo of Pts and Auths in Reply to Opposition of EIE Guam
Corporation to Motion of the Long-term Credit Bank of Japan, Ltd. For:  1.)
Order

Appointing Receiver, and 2.)  Preliminary Injunction

 05/28/1996  219  Notice  Of Pendency Action (Lis Pendens)

 05/31/1996  220  Miscellaneous Entry EIE Guam's Specification of the
Paragraphs to Be Incorporated into Each Count

 06/03/1996  221  Cash Register Transaction

 06/05/1996  222  Supplemental  EIE's Supplemental Memorandum of Points and
Authorities on Issue of Void  Contracts

 06/05/1996  223  Memo of Pts and Auths EIE Guam's Memorandum of Points and
Authorities in Support of its Motion to File Supplemental Memorandum

 06/06/1996  224  Cash Register Transaction  Boh

 06/06/1996  225  Request  For Ruling on Evidentiaryobjections of Long
Term Credit Bank of Japan, Ltd. To Declarations of Albert Wong Submitted by
Plaintiff

EIE Guam Corporation

06/06/1996  226   Supplemental Memorandum of Defendant the Long-term Credit Bank of Japan, Ltd. In Opposition to Motion of Plaintiff EIE Guam Corporation

For Partial Summary Judgment

07/09/1996  227   Notice   Of Filing of Proposed (1) Order Granting Summary Judgment and Rule 54(b)  Certification and (2) Judgment

07/12/1996  228   Objection    To Notice and Filing of Ltcb's Proposed Order and Judgment

07/12/1996  229   Miscellaneous Entry Excerpts of Proceedings Transcript of Proceedings Before the Honorable Benjamin J.f. Cruz

07/12/1996  230   ex Parte     Application to Shorten Time Re: Request for Status Conference

07/12/1996  231   Application for Status Conference

07/12/1996  232   Declaration of Counsel G. Patrick Civille

07/16/1996  233   Memorandum   EIE Guam's Memorandum in Opposition to Ltcb's ex Parte Application and Request for Status Conference

07/16/1996  234   Recording Log ex Parte Application - Judge Cruz Tape#96-1352 Log#5030

07/16/1996  235   Reply    Of the Long-term Credit Bank of Japan, Ltd. To Objection of Plaintiff EIE Guam Corporation to Notice and Filing of Ltcb Proposed Order

And Judgment

07/30/1996  236   Cash Register Transaction

08/19/1996  237   Decision and Order Signed by Judge B.j. Cruz

08/20/1996  238   Speed Memo    As per Are Phone Conversation  Attached Is a Certified Copy of the Decision and Order Filed 08-19-96

08/20/1996  239   Neod & Decl   Atty David Mair and Edward A. Calvo & Patrick Civille (Decision and Order Filed on 8/19/96)

08/21/1996  240   Affidavit of Service of Decision and Order on Atty. D.mair

08/21/1996  241   Affidavit of Service of Decision and Order on G. Patrick Civille

08/21/1996  242   Affidavit of Service of Decision and Order on Eduardo Calvo

09/03/1996  243   Memo of Pts and Auths of Defendant the Long-term Credit Bank of Japan, Ltd. In Support of Motion for Rule 54(b) Certification Filed by Atty Civille

09/03/1996  244   Declaration in Support of      Declaration of G. Patrick

Civille in Support of Motion of Defendant the Long Term Credit Bank of Japan for Rule
54(b) Certification Filed by Atty Civille

09/03/1996  245  Excerpt    Of Proceedings Filed by P.g.waddell, Eltrnc. Reporter

09/12/1996  246  Notice    Of Hearing Hearing 10/04/1996 Motion of Defendant the Long-term Credit Bank of Japan, Ltd. For Rule 54(b) Certification Filed by Atty Civille

09/12/1996  247  Notice of Motion and Notice of Motion and Motion of Defendant the Long-term Credit Bank of Japan, Ltd. For Rule 54(b) Certification    Filed by Atty Civille

09/23/1996  248  Opposition   Memorandum in Opposition to Motion for Rule 54(b) Certification    Filed by Atty Mair

09/30/1996  249  Reply Memorandum of Defendant the Long-term Credit Bank of Japan, Ltd. In Support of Motion for Rule 54(b) Certification    Filed by Atty Civille

10/01/1996  250  Stipulation   and Order  Stipulation and Order    Signed by Judge B.j. Cruz    Filed by Atty Mair

10/04/1996  251  Recording Log Before Judge Benjamin Jf Cruz    Tape No. 96-1760' Log No. 3205

10/28/1996  252  Supplemental  Request for Ruling on Evidentiary Objec-Tions of the Long-term Credit Bank of Japan, Ltd. To Declarations of Albert Wong
Submitted by Plaintiff EIE Guam Corporation by G. Patrick Civille

10/28/1996  253  Judgment    Signed by Judge B.j. Cruz

10/28/1996  254  Order    Granting Rule 54(b) Certification Signed by Judge B.j. Cruz

10/31/1996  255  Objection    EIE Guam Corporation's Objection to Supplemental Request of Ltcb for Ruling on Evidentiary Objections    By David A. Mair

11/21/1996  256  Neod & Decl   Judgment Filed on 10/28/96

11/26/1996  257  Cash Register Transaction

11/26/1996  258  Notice of Appeal by G. Patrick Civille

12/05/1996  259  Notice    To Atty. G. Patrick Civille

12/05/1996  260  Notice    To Atty. David A. Mair Atty. Eduardo A. Calvo   Atty. Wilson A. Quinley    Atty. William J. Blair    Atty. Anita Arriola

Atty. Thomas J. Lannen

12/05/1996  261  Declaration   of Mailing

12/12/1996  262  Request for Transcript of Proceedings on Appeal    By

G.patrick Civille

12/16/1996  263  Letter    To Mr. Alfredo M. Borlas from Atty. David A. Mair Request for Transcript of Proceedings on Appeal in Addition to the Transcript
Requested by Patrick Civille, Esq.

01/02/1997  264  Clerk's    Affidavit in Support of Motion  for Additional Time to File    Transcript on Appeal

02/18/1997  265  Certificate of Record To: Supreme Court of Guam

02/18/97  265.01 Transcript on Appeal Volume I 1. April 9, 1996 - Further Proceedings Re: Scheduling Pending Motions 2. May 7, 1996 - Further Proceedings 3. May 20, 1996 - Further Proceedings

02/18/97  265.02 Transcript on Appeal Volume H For: May 22, 1996 BIB Guamâ€™s MSJ Re: Counterclaims of LTCBâ€™ Partial SJ Re: Counts III & IV LTCBâ€™s Motion to Strike Sections of the Complaintâ€™ and LTCBâ€™s Motion to Dismiss

02/18/97  265.03 Transcript on Appeal Volume III 1. May23 ,1996 - LTCBâ€™S Motion to Dismiss 2. July 16, 1996 - LTCBâ€™S Ex Parte Application 3. October 4, 1996 - LTCBâ€™S Motion for Rule 54(b) Certification.

02/19/1997  266  Declaration  of Mailing To: Atty. Patrick G. Civille Atty. Thomas Lannen Atty. Anita Arriola Atty. Eduardo A. Calvo     Atty. Wilson A. Quinley     Atty. David A. Mair

03/31/1997  267  Designation of Record    Defendant/counterclaimant/ Appellant's Designation of Clerk's Record   By G.patrick Civille

05/19/1997  268  Speed Memo   To Attys: G. Patrick Civille Thomas Lannen Anita Arriola Eduardo A. Calvo David Mair William Blair Wilson A. Qunley

06/13/97  268.01 Ex Parte Motion to Amend Scheduling Order Transcript of Proceedings

12/11/1997  269  Letter    Of Transmittal of the Record on Appeal Filed at Supreme Court

12/12/1997  270  Declaration  of Mailing

12/12/1997  271  Memorandum  To: Atty. G. Patrick Civille    Re: Cost of Reproducing Record on  Appeal Amount: $288.30

06/29/1998  272  Declaration  of G. Patrick Civille in Suppt of Mtn of the Long-term Credit Bank of Japan, Ltd. For Expedited Discovery    Filed By: Mair, Etal.

06/29/1998  273  Motion    For Expedited Discovery; Memo of Points and Authorities Filed By: G. Patrick Civille

06/29/1998  274  Declaration of Counsel Filed By: G. Patrick Civille

06/29/1998  275  ex Parte  Application for an Order Shortening Time; Decl of Counsel  Filed By: G. Patrick Civille

06/29/1998  276  Memo of Pts and Auths in Opp to Ltcb's Mtn to Shorten Time Re: Discovery  Filed By: Randall Thompson

06/29/1998   277   Declaration of Randall Todd Thompson       Filed By: Calvo & Clark

06/30/1998   278   Recording Log Before Judge Tydingco0gatewood   for Exparte Application       Tape#98-1058 Log#5926

07/01/1998   279   Recording Log Before Judge Tydingco-gatewood   for Con't Exparte Tape#98-1091 Log#5840

05/26/1998   280   Opinion       Received from Supreme Court Filed 5/21/98.

07/24/1998   281   Memo of Pts and Auths in Suppt of Plaintiff EIE Guam's Motion to Bifurcate Trial Filed By: Randall Thompson

07/24/1998   282   Motion     To Bifurcate Trial Filed By: Randall Thompson

07/24/98   282.01 Notice of Motion to Bifurcate Trial

08/28/1998   283   Declaration   of Arthur B. Clark Consenting to Designation for Kathleen V. Fischer

08/28/1998   284   Application   of Kathleen V. Fishcer for Pro Hac Vice Admission

08/28/1998   285   Declaration   of Arthur B. Clark Consenting to Designation for James F. Mccabe

08/28/1998   286   Application of James F. Mccabe for Admission Pro Hac Vice

09/01/1998   287   Notice     Of Filing of Original Signature Pages Filed By: Arthur B. Clark

09/01/1998   288   Notice     Of Pendency of Action (Lis Pendens) Filed By: Arthur B. Clark

09/21/1998   289   Notice to Take Deposition     For International Trading Network, Ltd. Date: 10/1/98 at 1pm at Law Office of Ching, Etal. By: G. Patrick Civille

09/21/1998   290   Notice to Take Deposition     For Capital Investment Group, Llc Date: 9/30/98 at 1pm at Law Office of Ching, Etal. -Pursuant to Rule 30(b)(6), Guam
Rules of Civil Procedure By: G. Patrick Civille

09/21/1998   291   Notice to Take Deposition       For Albert Wong Date: 10/23/98 at 9am at Law Office of Ching, Etal. By: G. Patrick Civille

09/21/1998   292   Notice to Take Deposition       Fro Arthur B. Clark Date: 10/1/98 at 3pm at Law Office of Ching, Etal. By: G. Patrick Civille

09/21/1998   293   Notice to Take Deposition       For Eduardo A. Calvo Date: 10/23/98 at 1:30pm at Law Office of Ching, Etal. By: G. Patrick Civille

09/21/1998   294   Cash Register Transaction       Ck 31256 3.00 Ck 31251 4.50

09/23/1998   295   Declaration of Service "Subpoena Duces Tecum for Depo & the Production of Documents Propounded by Deft.-counterclaim the Long-term Credit

Bank of Japan Ltd.to Albert Wong at Bus. On 9/22/98 at 1:50pm    By: Charles Damian

09/23/1998  296   Declaration of Service "Subpoena Duces Tecum for Depo & the Production of Documents Propounded by Deft.-counterclaim the Long-term Credit
Bank of Japan Ltd.to International Trading Network, Ltd. Thru Deborah Gumataotao (Exec. Sec.) At Bus. On 9/22 at 4:40pm  By: Charles Damian

09/23/1998  297   Declaration of Service "Subpoena Duces Tecum for Depo & the Production of Documents Propounded by Deft.-counterclaim the Long-term Credit
Bank of Japan Ltd."to Capital Investment Group, Inc. thru Loreta Ruey (Acct.) At Empl on 9/22/98 at 1:50pm    By: Charles Damian

09/23/1998  298   Declaration  of Service "Subpoena Duces Tecum for Depo & the Production of Documents Propounded by Deft.-counterclaim the Long-term Credit Bank of Japan Ltd.to Arthur Clark at Bus. On 9/22/98 at 2:35pm    By: Charles Damian

09/23/1998  299   Declaration  of Service "Subpoena Duces Tecum for Depo & the Production of Documents Propounded by Deft.-counterclaim the Long-term Credit Bank of Japan Ltd.to Eduardo Calvo at Bus. On 9/22/98 at 2:39pm By: Charles Damian

09/29/1998  300   Objection   Of International Trading Network, Ltd. To Ltcb's Subpoena Duces Tecum for a Deposition and the Production of  Documents

09/29/1998  301   Objection   Of Albert Wong to Ltcb's Subpoena Duces Tecum for a Deposition & the Production of Documents

09/29/1998  302   Objection   Of Eduardo A. Calvo to Ltcb's Subpoena Duces Tecum for a Deposition and the Production of Documents     Filed By: David Mair

09/29/1998  303   Objection   Of Arthur B. Clark to Ltcb's Subpoena Duces Tecum for a Deposition and the Production of Documents     Filed By: Arthur B. Clark

10/05/1998  304   At-issue Memorandum Filed by Mair Mair

10/07/1998  305   Judge     Assignment Joaquin Ve Manibusan Judge

10/07/1998  306   Objection   Of Capital Investment Group, Llc to Ltcb's Subpoena Duces Tecum for Depo and the Production of Documents  Filed By: Cesar Cabot

10/07/1998  307   Notice    Of Scheduling Conference     Submitted by Mair Mair    Set for 11/25/98 11 Am

10/07/1998  308   Notice    Of Special Appearance on Behalf of Capital Investment Group, Llc   Filed By: Cesar Cabot

10/09/1998  309   Opposition  Of Deft-counterclaimant the Long-term Credit Bank of Japan, Ltd., to Plaintiff Counterdefendants EIE Guam Corp's Mtn to Bifurcate
Trial Filed By: Ching, Et al.

10/09/1998  310   Memo of Pts and Auths of Deft-counterclaimant the Long-term Credit Bank of Japan, Ltd., in Support of its Mtn to Compel Plaintiff-counter

Defendant EIE Guam Corp., as Well as International Trading Network, Ltd., Eduardo A. Calvo, Arthur B. Clark and Albert Wong to Comply W/ Discovery Rqsts
Filed By: G. Patrick Civille

10/09/1998 311 Declaration of G. Patrick Civille in Suppt of the Mtn of Deft-counterclaimant the Long- Term Credit Bank of Japan, Ltd., to Compel Plaintiff-counterdefendant EIE Guam Corp., as Well as International Trading Network, Ltd., Eduardo A. Calvo, Arthur B. Clark, & Albert Wong to Comply W/
Discovery Requests     Filed By: G. Patrick Civille

10/15/1998 312 Declaration of Arthur B. Clark Consenting to Designation for Karen L. Hagberg  Filed By: Calvo & Clark

10/15/1998 312.01 Declaration of Arthur B. Clark Consenting to Designation for Sherman W. Kahn  Filed By: Calvo & Clark

10/15/1998 313 Application of Sherman W. Kahn for Pro Hac Vice Admission  Filed By: Calvo & Clark

10/15/1998 314 Notice of Motion Ntc of Mtn & Mtn of the Long-term Credit Bank of Japan, Ltd., to Compel Plaintiff Counterdefendant EIE Guam Corp, as Well as
International Trading Network, Ltd., Eduardo A. Calvo, Arthur B. Clark, and Albert Wong Torespond to Discovery Rqsts Sub By: G. Patrick Civille

10/15/1998 315 Application of Karen L. Hagberg for Pro Hac Vice Admission  Filed By: Calvo & Clark

10/16/1998 316 Notice to Take Deposition     (Amended) Pursuant to Rule 30(b)(6), Guam Rules of Civil Procedure of Capital Investment Group, Llc on

10/23/98 at 9am Filed By: Ching, Etal.

10/20/1998 317 Notice to Take Deposition     Of the Long-term Credit Bank of Japan, Ltd. On 11/16/98 at 10am     Filed By: Calvo & Clark

10/20/1998 318 Objection   Ltcb's Objection to At-issue Memorandum Filed By: G. Patrick Civille

10/22/1998 319 Objection   Of Capital Invest. Group, Llc to Ltcb's "Amendednotice of Taking Deposition & Subpoena Duces Tecum  for Depos. & the Prod. Of Doc. By:
Cesar Cabot

10/22/1998 320 Recording Log Before Judge Joaquin Ve Manibusan Jr. for ex Parte Application     Re: Protective Order *Reset

10/29/1998 321 Notice of Motion to Bifurcate Trial Hearing Date: 11/23/98 at 2pm   Filed By: Randall Thompson

10/29/1998 322 Order   Granting Admission Pro Hac Vice of Karen L. Hagberg Signed By: Judge Joaquin Manibusan, Jr. Signed On: 10/29/98 Filed By: Calvo & Clark

10/29/1998 323 Order   Granting Admission Pro Hac Vice of Sherman W. Kahn Signed By: Judge Joaquin Manibusan, Jr. Signed On: 10/29/98 Filed By: Calvo & Clark

10/29/1998 324 Order Granting Admission Pro Hac Vice of James F. Mccabe Signed By: Judge Joaquin Manibusan, Jr. Signed On: 10/29/98 Filed By: Calvo & Clark

10/29/1998 325 Order Granting Admission Pro Hac Vice of Kathleen V. Fisher Signed By: Judge Joaquin Manibusan, Jr. Signed On: 10/29/98 Filed By: Calvo & Clark

10/30/1998 326 Declaration of Rodney J. Jacob in Suppt of EIE Guams Mtn to Compel Responses to Discovery Requests

10/30/1998 327 Memo of Pts and Auths EIE Guam's Memo of Points & Auth in Suppt of Mtn to Compel Responses to Discovery Requests Filed By: Rodney Jacob

10/30/1998 328 Notice of Motion and Mtn to Compel Responses to Discovery Requests Filed By: Rodney Jacob

11/04/1998 329 Certificate of Service "Ntc of Mtn & Mtn to Compel.., EIE Guam Memo of Points & Auth.., & Decl of Rodney J. Jacob..To Law Office of Ching, Etal. On 10/30/98 By: Sandra Cruz

11/09/1998 330 Memo of Pts and Auths Of Deft the Long-term Credit Bank of Japan, Ltd., in Opposition to Plaintiffs Mtn to Compel Discovery Filed By: G. Patrick Civille

11/09/1998 331 Declaration of Rodney J. Jacob in Suppt of EIE Guams Opposition to Ltcb's Motion to Compel Responses to Discovery

11/09/1998 332 Opposition EIE Guam's Opposition to Ltcb's Motion to Compel Responses to Discovery Filed By: Rodney Jacob

11/10/1998 333 Motion For Deft the Long-term Credit Bank of Japan, Ltd., for Protective Order Pursuant to Rule 26 (C); Memo of Points and Authorities Filed By: G. Patrick Civille

11/10/98 333.01 Notice of Hearing Motion of Defendant the Long-Term Credit Bank of Japan, LTDâ€™S, for Protective Order Pursuant to Rule 26(c)

11/13/1998 334 Mandate From Supreme Court Reversed the Judgment of the Superior Court.

11/23/1998 335 Declaration (Amended) of G. Patrick Civille in Suppt of the Mtn of Deft-counterclaimant the Long-term Credit Bank of Japan, Ltd., to Compel Plaintiff-counterdefendant EIE Guam Corp as Well as International Trading Network Ltd., Eduardo A. Calvo, Arthur B. Clark, Albert Wong, & Capital Invest. Group,LLC to Comply W/ Discovery Requests Filed By: G. Patrick Civille

11/23/1998 336 Declaration of Rodney J. Jacob in Suppt of Mtn to Compel Responses to EIE Guam's Fourth Set of Requests for Production of Doc. Filed By: Calvo & Clark

11/23/1998 337 Motion To Issue Commission; Memo of Pts & Auths in Suppt Thereof Filed By: Rodney Jacob

11/23/1998  338   Memo of Pts and Auths EIE Guam's Memo of Pts & Auths in Suppt of Mtn to Compel Responses to EIE Guam's Fourth Set of Requests for Production of
Documents Filed By: Rodney Jacob

11/23/1998  339   Declaration   of Rodney J. Jacob in Suppt of Mtn to Issue Commission

11/23/1998  340   Notice   (Amended) of and Amended Mtn of the Long-term Credit Bank of Japan, Ltd. To Compel Plaintiff/counterdeendant EIE Guam Corp., as
Weel as International Trading Network, Ltd., Eduardo A. Calvo, Arthur B. Clark, Albert Wong & Capital Invest. Group, Llc to Respond to Discovery Requests
Filed By: G. Patrick Civille

11/23/1998  341   Memo of Pts and Auths (Amended)  of Auth of Deft-counterclaimant the Long-term Credit Bank of Japan, Ltd. In Suppt of its Motion to Compel
Plaintiff- Counterdefendant EIE Guam Corp., as Well as International Trading Network, Ltd., Eduardo A. Calvo, Arthur B. Clark,albert Wong & Capital Invest.
Group, Llc to Comply W/ Discovery Request     Filed By: Ching, Etal.

11/24/1998  342   Stipulation   and Order Signed by Judge Manibusan, Jr. Filed by G. Patrick Civille

11/24/1998  343   Letter   Fr: Atty. Arthur B. Clark   Re: EIE Guam Corporation V. the     Supreme Court of Guam, the Long Term Credit Bank of Japan, Ltd. -Filed
With U.S. Ninth Circuit Court of Appeals a Motion for an Order  Directing the Supreme Court of Guam. (Cortesy Copy)

11/25/1998  344   Notice of Motion and Mtn in Suppt of EIE Guam's Mtn to Compel Responses to EIE Guam's Fourth Set of Rqsts for Production of  Filed By: Rodney Jacob

11/25/1998  345   Notice of Motion to Issue Commission Filed By: Rodney Jacob

11/25/1998  346   Errata   Re: Amended Memo of Pts & Auths in Suppt of Mtn to Compel Responses to Discovery Requests   Filed By: G. Patrick Civille

11/25/1998  347   Notice of Motion Ntc of Mtn & Mtn in Suppt of EIE Guam's Mtn to Compel Responses to EIE Guam's Fourth Set of Requests for Production of Sub By:
Rodney Jacob

11/30/1998  348   Opposition   EIE Guam's Opposition to Ltcb's Motion for Protective Order Pursuant to Rule 26 (E)   Filed By: Rodney Jacob

11/30/1998  349   Memorandum   of Points and Authorities of Capital Investment Group, Llc and Albert Wong in Opposition T Ltcb's Amended Mtn to Compel

11/30/1998  350   Supplemental Memorandum in Support of EIE Guam's Opposition to Ltcb's Motion to Compel By: Atty. Rodney Jacobs

11/30/1998  351   Declaration   of Cesar C. Cabot in Support of  Memorandum of Points and Authorities of Capital Investment Group, Llc to Ltcb's Mtn to Compel

11/30/1998 352 Declaration Of Rodney J. Jacob in Suppt of EIE Guams Opposition to Ltcb's Mtn for Protective Order Pursuant to Rule 26 (E)

11/30/1998 353 Opposition Arthur B. Clark's Opposition to Ltcb's Mtn to Compel Filed By: Arthur Clark

11/30/1998 354 Memorandum of Points and Authorities of the Long-term Credit Bank of Japan, Ltd. In Opposition to EIE Guam Corporation's Motion to Compel Responses to its Fourth Request for the Production of Documents Filed By: G. Patrick Civille

11/30/1998 355 Declaration of G. Patrick Civille in Support of the Memorandum of Points and Authorities of the Long-term Credit Bank of Japan, Ltd. In
Opposition to EIE Guam Corporation's Motion to Compel Responses to its Fourth Request for the Production of Documents By: G. Patrick Civille

11/30/1998 356 Declaration of G. Patrick Civille in Support of the Memorandum of Points and Authorities of the Long-term Credit Bank of Japan, Ltd. In
Opposition to EIE Guam Corporation's Motion to Issue Commission

11/30/1998 357 Memorandum of Points and Authorities of the Long- Term Credit Bank of Japan, Ltd. In Opposition to EIE Guam Corporation's Motion to Issue
Commisssion

11/30/1998 358 Motion For an Order Directing the Supreme Court of Guam, Territory of Guam to Recall its Mandate Pending Filing of Certiorara Petition
To this Court; Declaration of Shirley M. Hufstedler Morrison & Foerster Llp

12/01/1998 359 Errata To EIE Guam's Opposition to Ltcb's Mtn for Protective Order Pursuant to Rule 26 (E) Filed By: Rodney Jacob

12/02/1998 360 Opposition Itn's Opposition to Ltcb's Mtn to Compel Filed By: William Fitzgerald

12/03/1998 361 Cash Register Transaction

12/03/1998 362 Notice to Take Deposition Of the Custodian of Records of Stein & Lubin, Llp on 12/11/98 at 10am at the Law Office of Morrison & Foerster, Llp
Filed By: Rodney Jacob

12/07/1998 363 Memorandum of Points and Authorities of the Long- Term Credit Bank of Japan, Ltd. In Reply to EIEg's Opposition to Ltcb's Motion for a
Protective Order Pursuant to Rule 26(c) Filed by Ching Boertzel

12/07/1998 364 Reply Declaration of G. Patrick Civille in Support of the Long-term Credit Bank of Japan, Ltd.'s Motion to Compel Discovery Against EIE Guam
Corporation, Capital Investment Group Llc, International Trading Network, Ltd., Albert Wong, Eduardo Calvo and Arthur Clark Filed by Ching Boertzel

12/07/1998 365 Reply Joint Reply Memorandum in Support of EIE Guam's Motion to Compel Responses to Discovery Requests and EIE Guam's Motion to Compel

Repsonses to EIE Guam's Fourth Set of Request for Production of Documents Filed by Calvo and Clark

12/07/1998  366   Reply  Memorandum in Support of EIE Guam's Mtn to Issue Commission Filed by Calvo and Clark

12/07/1998  367   Declaration of Rodney J. Jacob in Support of EIE Guam's Reply in Support of its Motion to Issue Commission Filed by Calvo and Clark

12/07/1998  368   Reply  Of Defendant the Long-term Credit Bank of Japan, Ltd. In Support of Motion to Compel Discovery Against EIE Guam Corp. Capital
Investment Group LLC,  International Trading Network, Ltd., Albert Wong, Eduardo Calvo and Arthur B. Clark     Filed by Ching Boertzel

12/09/1998  369   Reply  EIE Guam Corp's Reply to Ltcb's  Opposition to Mtn to Bifurcate   Filed By: Rodney Jacob
12/09/1998  370   Appendix  On Petition for Writ of Certiorari to the Supreme Court of Guam, Territory of Guam Prepared By: Morrison & Foerster Llp

12/09/1998  371   Petition  For a Writ of Certiorari

12/10/1998  372   Memorandum   EIE Guam's Memorandum re the Order of Mtns on December 14, 1998    Filed By: David Mair

12/11/1998  373   Memorandum   Re: EIE Guam Corporation V. the  Supreme Court of Guam, Etal to 9th Circuit Court Address To: Alfredo M. Borlas    Fr: Calvo and Clark, Llp

12/11/1998  374   Declaration of G. Patrick Civille re Facsimile Copy of Decl of Katsuya Yokota

12/11/1998  375   Declaration   of G. Patrick Civille in Suppt of the Mtn of Deft the Long-term Credit Bank of Japan, Ltd. For Summary Judgment & to Dismiss

12/11/1998  376   Declaration  of G. Patrick Civille re Facsimile Copy of Decl of Rikako Takahashi   Filed By: G. Patrick Civille

12/11/1998  377   Memo of Pts and Auths in Suppt of Mtn of Deft the Long-term Credit Bank of Japan, Ltd., for Summary Judgment and to Dismiss Filed By:
G. Patrick Civille

12/11/1998  378   Unsigned Document(s) Ntc of Hrg & Mtn of Deft the Long-term Credit Bank of Japan, Ltd., for Summary Judgment and to Dismiss Sub By:
G. Patrick Civille

12/14/1998  379   Entry of Appearance Filed By: David J. Lujan

12/14/1998  380   Recording Log Jvemjr; Motion I thru Vii     Mtn to Bifurcate Trial  Tape No. 98-1206 to 1209 Log No. 6356

12/16/1998  381   Notice Of Hearing and Mtn of Deft the Long-term Credit Bank of Japan, Ltd., for Summary  Judgment and to Dismiss  Filed By: G. Patrick
Civille

12/16/1998  382   Decision and Order Signed By; Judge Jvemjr

12/18/1998   383   Memorandum   EIE Guam's Memorandum re Scheduling Conference Filed By: David Mair

12/18/1998   384   Neod & Decl   Decision and Order Filed 12/16/98

12/18/1999   385   Recording Log Jvemjr   Continued Scheduling Conference Tape No. 98-1322 Log No. 3708

12/22/1998   386   Affidavit of Service Ceasar Cabot

12/22/1998   387   Affidavit of Service Eduardo Calvo

12/22/1998   388   Memorandum   Ltcb's Memorandum Re: Scheduling Conf. By: G. Patrick Civille

12/22/1998   389   Recording Log Jvemjr   Continued Scheduling Conference Tape No. 98-1324 thru 98-1326   Log No. 4613

12/23/1998   390   Subpoena Duces Tecum Filed By: Calvo & Clark

12/28/1998   391   Affidavit of Service David A. Mair

12/28/1998   392   Affidavit of Service David J. Lujan

12/29/1998   393   Affidavit of Service G. Patrick Civille

12/28/1998   394   Affidavit of Service William Fitzerald

01/06/1999   395   Order -  Parties Shall Submit Witness List & Exhibits on 9/6/99 and Trial Shall Commence on 9/13/99 Pre-trial Conference on 9/7/99 Signed by the
Honorable Joaquin V.e. Manibusan, Jr.,

01/20/1999   398   Commission   Signed By: Judge Joaquin Manibusan, Jr. Signed On: 1/20/99 Filed By: Calvo & Clark
01/22/1999   399   Notice to Take Deposition  Of Long-term Credit Bank of Japan, Ltd. (Ltcbby Designated Officers on 2/22/99 at 9am at the Law Office of Mair,Et al.

01/25/1999   400   Notice Of Filing of Original Decl of Rikako Takahashi Re: Mtn for Summary Judgment Filed By: G. Patrick Civille

01/25/1999   401   Notice Of Filing of Original Decl of Katsuya Yokota Re: Mtn for Summary Judgment Filed By: G. Patrick Civille

01/29/1999   402   Notice to Take Deposition      (Amended) of the Long-term Credit Bank of Japan on 2/22/99 at 9am at the Depo Room of the U.s. Consulate General In Osaka, Japan Filed By: David Mair

01/29/1999   403   Declaration of Satoru Matsuo in Suppt of EIE Guam's Opposition to Ltcb's Mtn for Summary Judgment   Filed By: Mair, Etal.

01/29/1999   404   Declaration of Mikio Oba in Suppt of EIE Guam's Opposition to Ltcb's Mtn for Summary Judgment   Filed By: Mair, Etal.

01/29/1999   405   Declaration of Shigeru Kawaguchi in Suppt of EIE Guam's Opposition to Ltcb's Mtn for Summary Judgment Filed By: Mair, Etal.

01/29/1999   406   Declaration of Tasuko Matsup in Suppt of EIE Guam's Opposition to Ltcb's Mtn for Summary Judgment   Filed By: Mair, Etal.

01/29/1999  407  Declaration of Albert W. Wong in Suppt of EIE Guam's
Opposition to Ltcb's Mtn for Summary Judgment and to Dismiss Filed By: Mair,
Etal.

01/29/1999  408  Declaration  of Harunori Takahashi in Suppt of EIE Guam's
Opposition to Ltcb's Mtn for Summary Judgment Filed By: Mair, Etal.

01/29/1999  409  Declaration  of David A. Mair in Suppt of EIE Guam's
Opposition to Ltcb's Mtn for Summary Judgment and to Dismiss

01/29/1999  410  Opposition  EIE Guam's Opposition to Mtn of Deft the
Long-term Credit Bank of Japan, Ltd., to Dismiss Filed By: David Mair

01/29/1999  411  Opposition  EIE Guam's Opposition to the Statement of
Alleged Undisputed Facts of Deft. The Long-term Credit Bank of Japan, Ltd.
Filed By: Mair,
Et al.

01/29/1999  412  Opposition  EIE Guam's Opposition to Mtn of Deft the
Long-term Credit Bank of Japan, Ltd. For Summary Judgment Filed By: Mair,
Etal.

02/05/1999  415  Unsigned Document(s) Stipulation and Order    (Hrg Mtn
for Summary Judgment and to Dismiss to Be Cont. For 3/8/99 at 1pm; Reply Be
Filed &
Served on or Before 2/24/99)   Sub By: Ching, Etal.

02/05/1999  416  Notice to Take Deposition    Pursuant Ot Rule 30(b)(6),
Guam Rules of Civil Procedure of EIE Guam Corp. On 3/22/99 at 9am at the Law
Office of
Ching, Etal.   Filed By: G. Patrick Civille

02/23/1999  417  Declaration   of Karen L. Hagberg in Further Support of
EIE Guam's Opposition to Ltcb's Mtn for Summary Judgment  Filed By: Calvo &
Clark,
David Lujan, Mair, Etal., Morrison & Foerster

02/24/1999  418  Declaration   of Kaoruhiko Suzuki in Support of Motion for
Summary Judgment of the Long-term Credit Bank of Japan, Ltd.

02/24/1999  419  Supplemental  Declaration of Katsuya Yokota in Support of
the Motion for Summary Judgment of the Long-term Credit Bank of Japan, Ltd.
By:
Ching

02/24/1999  420  Declaration of Hideki Matsui, Esq. In Support of the
Motion for Summary Judgment and to Dismiss of the Long-term Credit Bank of
Japan, Ltd.

02/24/1999  421  Reply  Ltcb's Reply in Further Support of its Motion to
Dismiss EIEg's Complaint By: Ching, Et. Al.

02/24/1999  422  Reply  Memorandum of Points and Authorities of the Long
Term Credit Bank of Japan, Ltd. In Support of its Motion for Summary Judgment
By:
Ching, Et. Al.

02/24/1999  423  Declaration of G. Patrick Civille in Suppt of the Mtn for
Summary Judgment and to Dismiss of the Long-term Credit Bank of Japan, Ltd.

02/25/1999   424   Cash Register Transaction

02/25/1999   425   Petition  Of Daniel Schimmel for Admission Pro Hac Vice;
Consent of Co-counsel  Filed By: G. Patrick Civille

02/25/1999   426   Order Granting Petition of Daniel Schimmel for Admission
Pro Hac Vice.

03/02/1999   427   Response  Of the Long-term Credit Bank of Japan, Ltd., to
Decl of Karen L. Hagberg in Opposition to Ltcb's Mtn for Summary Judgment;
Declaration of G. Patrick Civille; Decl of Michiro Suenaga  Filed By: G.
Patrick Civille

03/04/1999   428   Declaration of David A. Mair in Further Support of EIE
Guam's Opposition to Ltcb's Motion for Summary Judgment

03/04/1999   429   Declaration  (Amended) of David A. Mair in Further Support
of EIE Guam's Opposition to Ltcb's Mtn for Summary Judgment

03/04/1999   430   Declaration of David A. Mair in Suppt of Exparte
Application for Leave of Court to File Supplemental Memo in Opposition to
Ltcb Mtn for
Summary Judgment

03/04/1999   431   ex Parte Application Ntc of Exparte Application &
Application for Leave of Court to File Supplemental Memo in Opposition to
Ltcb's Mtn for
Summary Judgment Filed By: David Mair

03/04/1999   432   Order  Granting Leave of Court to File  Supplemental Memo
in Opposition to Ltcb's Mtn for Summary Judgment  Signed By: Judge Joaquin
Manibusan, Jr. Signed On: 3/4/99 Filed By: David Mair

03/04/1999   433   Recording Log Exparte Appllication

03/05/1999   434   Notice Of Filing of Original Decl Of:  Hidike Matsui
Katsuya Yokota Kaoruhiko Suzuki G. Patrick Civille Filed By: G. Patrick
Civille

03/05/1999   435   Notice Of Filing of Original Decl of Michiro Suenaga in
Suppt of Response of the Long -Term Credit Bank of Japan, Ltd. To Decl of
Karen L.
Hagberg in Opposition to Ltcb's Mtn for Summary Judgment  Filed By: G.
Patrick Civille

03/05/1999   436   Declaration  of G. Patrick Civille in Response to EIE Guam
Corp.'S Supplemental Opposition to Summary Judgment Filed By: G. Patrick
Civille

03/05/1999   437   Memo of Pts and Auths of the Long-term Credit Bank of
Japan, Ltd., in Response to EIE Guam Corp's Supplemental Opposition to
Summary Judgment  Filed By: G. Patrick Civille

03/05/1999   438   Opposition EIE Guam's Supplemental Opposition to Motion of
Deft the Long-term Credit Bank of Japan, Ltd., for Summary  Judgment re
Unenforceability of Release or Waiver in Forbearance Agreement Filed By:
David Mair

03/08/1999   439   Recording Log Jvemjr Motion for Summary Judgment  Motion
to Dismiss Tape No. 98-1735- 98-1736 Log #4848

03/09/1999  440   Recording Log Jvemjr  Cont. Arguments Mtn for Sj-cont,
Argu- Ments Mtn to Dismiss Tape No. 98-1736 & 1737 Log. # 4925

03/12/1999  441   Cash Register Transaction

03/12/1999  442   Notice to Take Deposition  Of David Ying on 3/24/99 at 9am
at Law Office of Ching, Etal.

03/16/1999  443   Notice Of Deposition for Mikeo Oba; Albert Wong Iwao
Nomoto; Luis Gopez; Hajime  Shimoyama; Shigeru Kawagushi; Takehisa
Yoshikawa;
Manuel Gomez; Loreta Tulay; Harunori Takahashi; Loreta Riley; Akio Ogawa; and
Martha Blundell Filed By: G. Patrick Civille

03/17/1999  444   Declaration of Service "Depo Subpoena Duces Tecum to David
Yingat Res. On 3/12/99 at 4:40pm By: Danaca Damian

03/17/1999  445   Notice to Take Deposition Of Yoshikazu Sugita on 4/28/99
at 1:30pm at U.s. Consulate General in Osaka,japan Filed By: David Mair


03/17/1999  446   Declaration of non Service

03/17/1999  447   Notice to Take Deposition Of Tadashi Ishiguro on 4/26/99
at 9am at U.s. Consulate General in Osaka,japan Filed By: David Mair


03/17/1999  448   Deposition Subpoena Duces Tecum to David Ying On 3/24/99
at 9am at Law Office Ching, Etal.

03/17/1999  449   Notice to Take Deposition Of Shigeru Omori on 4/14/99 at
1:30pm at U.s. Consulate General in Osaka,japan Filed By: David Mair


03/17/1999  450   Notice to Take Deposition  Of Tetsuyuki Kono on 4/12/99 at
9am at U.s. Consulate General in Osaka,japan Filed By: David Mair

03/17/1999  451   Commission   Witness to Appear Voluntarily:   Tetsuyuki
Kono on 4/12/99 at 9am; and Shigeru Omori on 4/14/99 at 1:30pm Signed By:
Judge Joaquin Manibusan, Jr. Signed On: 3/17/99

03/17/1999  452   Commission   Witness to Appear Voluntarily:   Tadashi
Ishiguro on 4/26/99 at 9am; and Yoshikazu Sugita on 4/28/99 at 1:30pm Signed
By: Judge
Joaquin Manibusan, Jr. Signed On: 3/17/99

03/18/1999  453   Decision and Order

03/19/1999  454   Neod & Decl   Decision and Order Filed 3/18/99

03/22/1999  455   Objection Of David Ying to Ltcb's Deposition Subpoena
Duces Tecum and Ntc of Taking Deposition Filed By: Rawlen Mantanona

03/22/1999  456   Affidavit of Service

03/22/1999  457   Affidavit of Service

03/22/1999  458   Affidavit of Service

03/22/1999  459   Affidavit of Service

03/22/1999  460   Affidavit of Service

03/22/1999 461 Affidavit of Service

03/22/1999 462 Recording Log Jvemjr Exparte Application Re: Protective Order

03/23/1999 463 Declaration of David Ying Filed By: Rawlen Mantanona

03/23/1999 464 Rule 9 Statement Decl of Rawlen M.t. Mantanona

03/23/1999 465 Memo of Pts and Auths In Suppt of ex Parte Application of David Ying for a Protective Order Pursuant to Rule 26 (C) Filed By: Rawlen Mantanona

03/23/1999 466 Notice Of ex Parte Application and ex Parte Application of David Ying for a Protective Order Pursuant to Rule 26(c) Filed By: Rawlen Mantanona

03/23/1999 467 Notice Of ex Parte Application and ex Parte Application to Shorten Time Filed By: Mair, Etal.
03/23/1999 468 Declaration of Sandra E. Cruz in Suppt of ex Parte Application to Shorten Time Filed By: Mair, Etal.

03/23/1999 469 Memo of Pts and Auths in Suppt of Mtn to Adopt EIE Guam's Proposed Form of Stip. Confidentiality Protective Order Filed By: Mair, Etal.

03/23/1999 470 Unsigned Document(s) Order (Oral Depo of David Ying Be Rescheduled for 7/1/99; Deponent Give Two Weeks Ntc of Return to Guam) Sub By:
Rawlen Mantanona at 10:23am

03/23/1999 471 Unsigned Document(s) Ntc of Mtn & Mtn to Adopt EIE Guam's Proposed Form of Stip. Confidentiality Protective Order Sub By: Mair, Etal.

03/23/1999 472 Unsigned Document(s) Order Shortening Time & Establishing Briefing Schedule Sub By: Mair, Etal.

03/23/1999 473 Unsigned Document(s) (Proposed) Protective Order Governing Discovery Sub By: Mair, Etal.
03/23/1999 474 Recording Log Jvemjr Cont. Ex Parte Application Tape No. 1822

03/24/1999 475 Affidavit of Service

03/25/1999 476 Recording Log Jvemjr Arguments on Protective Order Tape No. 98-1824 Log No. 1580

03/25/1999 477 Opposition of the Long-term Credit Bank of Japan, Ltd. To Mtn of EIE Guam Corp. To Adopt EIE Guam's Proposed for of Stipulated Confidentiality
Protective Order Filed by Ching Civille Calvo & Tang

03/29/1999 478 Decision and Order Rendered by the Honorable Joaquin V.e. Manibusan, Jr.

03/29/1999 479 Speed Memo To: Law Offices of Calvo & Clark Ching Civille Calvo & Tang David J. Lujan Mair Mair Spade & Thompson

03/29/1999 480 Neod & Decl Decision and Order Filed 3/29/99 Rendered

by Judge Manibusan, Jr.

03/30/1999   481   Affidavit of Service Ching Civille Calvo & Tang

03/30/1999   482   Affidavit of Service

03/30/1999   483   Affidavit of Service

03/30/1999   484   Affidavit of Service

04/05/1999   485   Recording Log Juidge Jjrm ex Parte Applications

04/05/1999   486   Declaration  of G. Patrick Civille in Suppt of Mtn to
Compel Plaintiff EIE Guam Corp. To Produce Documents and Witnesses in EIEg's
Control

04/05/1999   487   Memo of Pts and Auths Of Deft the Long-term Credit Bank
of Japan, Ltd. In Suppt of Mtn to Compel Plaintiff EIE Guam Corp. To Produce
Documents & Witnesses in EIEg's Control Filed By: Ching, Etal.

04/05/1999   488   Notice of Motion and Mtn of Deft the Long-term Credit Bank
of Japan, Ltd. To Compel  Plaintiff EIE Guam Corp. To Produce Documents and
Witnesses in EIEg's Control  Filed By: Ching, Etal.

04/07/1999   489   Cash Register Transaction

04/07/1999   490   Notice to Take Deposition Of Albert Wong on 4/19/99 at 9am
at Law Office of Ching, Etal.

04/09/1999   491   Unsigned Document(s) Proposed Order Sub By: Mair, Etal. At
12:27pm

04/09/1999   491   Declaration of David A. Mair in Suppt of Mtn to Compel
Deposition Testimony

04/09/1999   493   Excerpt  From Depo Transcripts of Hidenori Ando and Noboru
Akahane Filed By: David Mair
04/09/1999   494   Cash Register Transaction

04/09/1999   495   Memo of Pts and Auths in Suppt of Mtn to Compel Depo
Testimony Filed By: David Mair

04/09/1999   496   Notice of Motion and Mtn to Compel Depo Testimony  Filed
By: David Mair

04/09/1999   497   Declaration of David A. Mair in Suppt of Exparte
Appliction to Shorten Time Filed By: David Mair
04/09/1999   498   Notice Of Exparte Application & Exparte Appl. to Shorten
Time Filed By: David Mair

04/13/1999   499   Order EIE Guam's Mtn to Compel Testimony Be Heard on
4/23/99 at 2pm; Reply Brief to Be Filed on 4/20/99; and Ltcb's Oppos. Brief
Be Filed on 4/16/99   Signed By: Judge Joaquin Manibusan, Jr. Signed On:
4/13/99

04/16/1999   500   Notice Of Special Appearance on Behalf of Albert Wong By:
Cesar C. Cabot

04/16/1999   501   Objection  Of Albert Wong to Ltcb's Ntc. of Taking
Deposition and Subpoena Duces Tecum for Depostition and the Production of
Doc. By: Cesar C.
Cabot

04/19/1999  502   Notice Of ex Parte Application and ex Parte Appliction to Shorten Time  Filed By: G. Patrick Civille

04/19/1999  503   Declaration of G. Patrick Civille in Support of ex Parte Application to Shorten Time

04/19/1999  504   Opposition to Ltcb's ex Parte Mtn to Shorten Time for Mtn for the Appointment of a Special Master, Sanctions and the Retaking of Mikio Oba's
Deposition Filed By: Rodney Jacob

04/19/1999  505   Declaration   of Rodney J.jacob in Opposition to Ltcb ex Parte Mtn to Shorten Time for Mtn for the Appointment of a Special Master, Sanctions and
The Retaking of Mikio Oba's Deposition

04/19/1999  506   Recording Log

04/19199  507. Notice of Motion And Motion for Appointment of a Special Master, Sanctions, and the
Retaking of Mikio OBA's Deposition

04/19/99  508. Memorandum of Points and Authorities in Support of The LongTerm Credit Bank of Japan LTD's Motion for Appointment of a Special Master, Sanctions and the Retaking of Mikio OBA S Deposition

04/19/99  509. Declaration of Azusa Sato

04/1 9199  510. Declaration of Mayleen Cintron

04/19/99  511. Declaration of Hanako Kaku

04/19/99  512. Declaration of Kako Tanzawa

04119/99  513. Declaration of Patrick G. Civille

04/21/1999  516   Memo of Pts and Auths in Suppt of EIE Guam's Mtn for Appt of a Special Master and in Opposition to Ltcb's Request for Sanctions and Renoticing Mr. Oba's Deposition  Filed By: David Mair

04/21/1999  517   Excerpt  From Deposition Transcripts of Mikio Oba, Hidenori Ando, and Noboru Akahane Filed By: David Mair

04/21/1999  518   Notice Of Deposition of Individuals Listed in Exhibit "Aat 10am on Dates Provided on Exhibit Filed By: Rodney Jacob

04/21/1999  519   Notice of Motion and Mtn in Suppt of EIE Guam's Mtn for Appt of a Special Master & in Opposition to Ltcb's Request for Sanctions and Renoticing
Mr. Oba's Deposition  Filed By: David Mair

04/21/1999  520   Notice Of Deposition of Noboru Akahane  on 6/3/99 at 10am at Law Office of Morrison & Foerster Llp    Filed By: Rodney Jacob

04/22/1999  521   Commission   (Amended)

04/22/1999  522   Order

04/23/1999  523   Erratum To Ltcb's Reply Memorandum Dated 4/22 Filed By: G. Patrick Civille

04/23/1999   524   Declaration   of G. Patrick Civille

04/23/1999   525   Declaration   of Rodney J. Jacob in Suppt of Mtn to Issue
Commission for Harunori Takahashi Deposition

04/23/1999   526   Declaration of Daniel Schimmel Filed By: G. Patrick
Civille

04/23/1999   527   Opposition  Ltcb"s Mtn. To Compel Plai Ntiff EIE Guam
Corp. To Produce Document and Witnessesin Ltcb's Control   By:david A. Mair

04/23/1999   528   Reply Memorandum EIE Guam's Corp.'S Reply Memo in Suppt of
its Mtn for Appointment of a Special Master with Expenses Being Apportioned
Between the Parties Filed By: David Mair

04/23/1999   529   Reply Memorandum of Pts & Auths of the Long-term Credit
Bank of Japan, Ltd. in Suppt of its Mtn for Sanctions, the Retaking of Mikio
Oba's
Deposition, and the Appt of a Special Master at EIEg's Expense  Ltcb's
Opposition Memo to EIEg's Mtn to Have the Expenses of the Special Master
Apportioned Filed
By: G. Patrick Civille

04/23/1999   530   Exparte  Ntc. of Exparte Application and Exparte
Applicatiom to Shorten Time  By:david A. Mair

04/23/1999   531   Unsigned Document(s) Notice of Motion and Motion to Issue
Comm. For Harunori Takahashi's Depo.; and Memo. Of Points and Auth. In Supp.
Thereof
Sub By: Mair, Et. Al.

04/23/1999   532   Unsigned Document(s) Order Shortening Time and
Establishing Briefing Schedule By:david A. Mair

04/23/1999   533   Declaration of David A. Mair in Support of Exparte
Application to Shorten Time   By:david Mair

04/23/1999   534   Recording Log

04/26/1999   535   Decision and Order Rendered by the Honorable Joaquin V.e.
Manibusan, Jr.

04/26/1999   536   Speed Memo

04/27/1999   537   Neod & Decl   Decision and Order Filed 4/26/99

04/27/1999   538   Notice of Motion to Issue Commission for Harunori
Takahashi's Deposition  Filed By: Mair, Etal.

04/28/1999   539   Cash Register Transaction

04/28/1999   540   Notice Of Deposition Pursuant to Rule 30(b)(6), Guam Rules
of Civil Procedure  By: G. Patrick Civille

04/28/1999   541   Notice Of Deposition Pursuant to Rule 30(b)(6), Guam Rules
of Civil Procedure By: G. Patrick Civille

04/28/1999   542   Notice Of Deposition for Francis Ma    By: G. Patrick
Civille

04/28/1999   543   Affidavit of Service

04/28/1999  544   Affidavit of Service

04/28/1999  545   Affidavit of Service

04/28/1999  546   Affidavit of Service

04/28/1999  547   Affidavit of Service

04/30/1999  548   Affidavit of Service

04/30/99  548.01 Order

 05/05/1999  549   Subpoena Duces Tecum for a Deposition and the Production
of Documents to Calvo & Clark Filed By: Ching, Etal.

 05/05/1999  550   Subpoena Duces Tecum for a Deposition and the Production
of Documents to Deloitte Touche Tohmatsu Filed By: Ching, Etal.

 05/07/1999  551   Recording Log Motion to Compel Discovery

 05/10/1999  552   Notice  (Amended)  of Deposition of Noboru Akahane  on
5/19/99 at 9am at the Law Office of Morrison & Foerster Llp  Filed By: David
Mair

 05/11/1999  553   Notice to Take Deposition Of Hidenori Ando Date: 6/14/99
at 9am at U.s. Embassy in Osaka, Japan Filed By: David Mair

 05/11/1999  554   Notice to Take Deposition  Of Akihiko Ito Date: 6/11/99 at
9am at U.s. Embassy in Osaka, Japan Filed By: David Mair

 05/11/1999  555   Notice to Take Deposition Of Yoshikazu Kanakubo Date:
6/10/99 at 9am at U.s. Embassy in Osaka, Japan Filed By: David Mair

 05/12/1999  556   Order Confirms the Fee of Special Master of $300.00 per
Hour Submitted By:  Court

 05/13/1999  557   Declaration of David A. Mair in Suppt of EIE Guam's Mtn
for a Preliminary Injunction

 05/13/1999  558   Excerpts from Deposition of Tadashi Ishiguro   Filed By:
David Mair

 05/13/1999  559   Declaration of W.nicholas Captain in Suppt of EIE Guam's
Mtn for a Preliminary Injunction Filed By: Mair, Etal.

 05/13/1999  560   Declaration of Albert Wong in Suppt of EIE Guam's Mtn for
a Preliminary Injunction  Filed By: Mair, Etal.

 05/13/1999  561   Memo of Pts and Auths EIE Guam Corp's Memo of Pts & Auths
in Suppt of its Mtn for Prelim. Injunction Filed By: David Mair

 05/13/1999  562   Notice of Motion and EIE Guam's Ntc of Mtn & Mtn for
Prelim. Injunction Filed By: David Mair

 05/14/1999  563   Commission to Consul of the U.s., Osaka, Japan Signed By:
Judge Joaquin Manibusan, Jr. Signed On: 5/14/99     Filed By: Calvo & Clark


 05/14/1999  564   Notice to Take Deposition  Of Harunori Takahashi  Date:
7/6/99 at 9am at the U.s. Embassy in Osaka, Japan Filed By: David Mair

05/14/1999  565   Affidavit of Service

05/14/1999  566   Affidavit of Service

05/14/1999  567   Affidavit of Service

05/14/1999  568   Letter To: Alfredo Borlas

05/17/1999  569   Commission  (Amended)  to Consul of the U.s., Osaka,
Japan Signed By: Judge Joaquin Manibusan, Jr. Signed On: 5/17/99 Filed By:
Calvo & Clark
05/18/1999  570   Affidavit of Service

05/20/1999  571   Letter

05/21/1999  572   Objection Of Calvo & Clark to Ltcb's Subpoena Duces Tecum
for Deposition and   Production of Documents Filed By: Rodney Jacob

05/21/1999  573   Clerk Certificate of Transmittal

05/21/1999  574   Stipulation and Order Re:  Deposition of Masaaki Ito

05/21/1999  575   Recording Log Motion to Enforce Depo

05/21/99  576. Notice of Motion Effi Guam Corporation's Notice of Motion
and Motion in Limine for Protective Order Re:
Shearman & Sterling

05/21/99  577. Memorandum EIE Guam Corporation's Memorandum in Support of
its Motion in Liniine for Protective Order Re:
Shearman & Sterling

05/21/99  578. Declaration of Mikio OBA in Support of ElF Guam's Motion In
Limine for Protective Order Re:
Shearman & Sterling

05/21/99  578.01 Declaration of Eduardo Calvo in Support of ElF Guam's
Motion In Limine for Protective Order Re:
Shearman & Sterling

05/24/1999  579   ex Parte Application EIE Guam's Corp's ex Parte
Application for Order Sealing Previous Mtn in Limine for Protective Order Re.
Shearman &
Sterling and Confidential Exhibits; Memo in Suppt of ex Parte Application
Filed By: Maria Cenzon-duenas

05/24/1999  580   Declaration of Maria T. Cenzon-duenas
05/24/1999  581   Unsigned Document(s) Order  (Re: Order Sealing the Mtn in
Limine for Protective Order Re:shearman & Sterling) Sub By: Maria
Cenzon-duenas at 2:54pm

05/25/1999  582   Declaration   of Rodney J. Jacob

05/25/1999  583   Declaration of Mailing

05/25/1999  584   Exparte Motion to Order Global Deposition Schedule Filed
By: Rodney Jacob

05/26/1999  585   Motion Of Defendant the Long-term Bank of Japan Ltd. To
Continue Trial Date and to Establish Comprehensive Depostition and Discovery
Schedule; Memorandum of Points and Authorities in Support Thereof;
Declaration of Michael H. Strub, Jr. in Support Thereof By: Daniel Schimmel

05/26/1999   586    Declaration of Daniel Schimmel in Support of ex Parte
Application to Shorten Time

05/26/1999   587    Notice of Motion and Motion to Continue Trial Date and to
Establish Comprehensive Deposition and Discovery Schedule By: Daniel Schimmel


05/26/1999   588    Opposition    Defendant the Long-term Credit Bank of Japan,
Ltd.'s Opposition to EIE Guam's Motion for an Order Compelling All
Depositions to Be
Completed by July 1999 By: Daniel Schimmel

05/26/1999   589    Supplemental  Declaration of Michel H. Strub, Jr. in
Support of Motion of Defendant the Long-term Credit Bank of Japan, Ltd. To
Continue Trial
Date and to Establish Comprehensive Deposition and Discovery Schedule    By:

05/26/1999   590    Opposition  EIE Guam's Opposition to Ltcb's Motion to
Continue Trial Date and to Establish Comprehensive Deposition and Discovery
Schedule

05/26/1999   591    Notice  Of ex Parte Application and ex Parte Application
to Shorten Time   By: Daniel Schimmel
05/26/1999   592    Declaration of Daivd A. Mair in Support of EIE Guams ex
Parte Motion to Order Global Depos. Schedule

05/26/1999   593    Recording Log Jvemjr  Tape No. 98-1920 Motion to Enforce
Global Deposition Taking

05/26/99   594. Declaration of Michael H. Strub Jr. In Support of Motion of
Defendant the Long-Term Credit Bank of Japan, Ltd. to Continue Trial date and
to establish comprehensive deposition and Discovery schedule

05/27/1999   597    Opposition Declaration of David A. Mair in  Opposition to
Defendant the Long-term Credit Bank of Japan, Ltd. To Continue Trial Date &
to Establish Comprehensive Deposition and Discovery Schedule

05/27/1999   598    Opposition Declaration of Satoru Matsuo in Support of EIE
Guam's Opposition to Ltcb's Motion to Continue Trial Date and to Establish
Comprehensive Deposition and Discovery Schedule

05/27/1999   599    Declaration of Daniel Schimmel in Oppos. To EIE Guam Mtn.
For a Prelim. Injunc.

05/27/1999   600    Declaration of Hiroyuki Miyake in Supp. Of the Oppos of
the Long-term Credit Bank of Japan, Ltd. To EIE Guam's Mtn. For Prelim
Injunc.

05/27/1999   601    Declaration of Keisuke Mochizuki in Supp. Of the Opp of
the Long-term Credit Bank of Japan, Ltd. To EIE Guam's Mtn. For Prelim.
Injunc.

05/27/1999   602    Declaration of Yoshikazu Kanakubo in Supp. Of the Oppos.
Of the Long-term Creidt Bank of Japan, Ltd. To Eit Guam's Motion for Prelim.
Injunction

05/27/1999   603    Declaration of Alexander R. Jampel in Supp. Of the Oppos.
Of the Long-term Credit Bank of Japan, Ltd. To EIE Guam's Mtn. For Prelim.
Injunc.

05/27/1999   604    Declaration of Yaichi Karamochi in Support of the Oppos.
Of the Long-term Credit Bank of Japan, Ltd. To EIE Guam's Motion for Prelim.
Injunc.

05/27/1999   605    Declaration of Toru Furihata in Support of the Oppos of
the Lon-term Credit Bank of Japan, Ltd. To EIE Guam Corp. Motion for Prelim
Inary Injunc.

05/27/1999   606    Opposition of Defendant the Long-term Credit Bank of
Japan, Ltd. To Plaintiff EIE Guam Cor Po Motion for Preliminary Injunc. By:
G. Patrick
Civille

05/27/1999   607    Opposition Memo. Of Law of the Long-term Credit Bank of
Japan, Ltd. In Opposition to the Motion in Limine of EIE Guam Corp. For a
Protective
Order By: G. Patrick Civille

05/27/1999   608    Declaration of Henry  Weisberg in Response to the Motion
in Limine of EIE Guam Corp. For a Protective Order

05/27/1999   609    Excerpt Of Deposition of Mikio Oba and Selected Exhibits
in Supp. Of the Oppos. Of the Long-term Credit Bank of Japan, Ltd. To EIE
Guam's Mtn
For Prelim. Injunc. By: G. Patrick Civille

05/27/1999   610    Excerpt  Of Deposition of Albert Wong and  Selected
Exhibits in Support of the Opposition of the Long-term Credit Bank of Japan,
Ltd. To EIE Guam's Motion for Preliminary Injuction By: G. Patrick Civille


05/27/1999   611    Declaration of G. Patrick Civille in Supp. Of the Oppos.
Of Defendant the Long-term Credit Bank of Japan, Ltd. To EIE Guam Corp. Mtn
Fo Prelim. Injunc.

05/27/99   611.01 Declaration of Michael H. Strub Jr. In Support of the
opposition of the Long-Term Credit Bank of Japan, Ltd. To EIE Guamâ€™s Motion
For Preliminary Injuction

05/27/99   611.02 Excerpt of deposition of Noburu Akahane and selected
Exhibits in support of the opposition of the Long-Term Credit Bank of Japan,
LTD to ElF Guamâ€™s Motion for Preliminary Injunction

05/28/1999   614    Stipulation and Order  Ordered That this Case Be Sealed and
Protected from Dissemination as a Matter of Public Record Signed By: Judge
Manibusan, Jr.

05/28/1999   615    Stipulation   and Order  Ordered That this Case Be Sealed
and Protected from Dissemination as a Matter of Public Record Signed By:
Judge
Manibusan, Jr.

05/28/1999   616    Stipulation and Order  Ordered That this Case Be Sealed
and Protected from Dissemination as a Matter of Public Record Signed By:
Judge
Manibusan, Jr.

05/28/1999   617    Stipulation   and Order Stipulation and Protective Order
Governing Discovery Signed By: Judge Manibusan, Jr. 05/28/1999   618
Unsigned Document(s) Notice of Motion and Motion Pursuant to Guam Rule of
Civil Proced. 37 Regarding Plaintiff EIE Guam Corp.'S Failure to Comply with
the Court's Dec.

15, 1999 Order Directing it to Respond Fully to Ltcb's Third Set of Interrog.
Sub By: Ching, Et. Al.

05/28/1999  619  Declaration  of Daniel Schimmel in Supp. Of Mtn. Pursuant
to Guam Rule of Civil Proced.37 Regarding Plaintiff EIE Guam Corp. Failure to
Comply
With the Court's Dec. 15, 1998 Order Directing it to Respond Fully to Ltcb's
Third Set of Interrog.

05/28/1999  620  Memo of Pts and Auths of Defend. The Long-term Credit Bank
of Japan, Ltd. In Supp. Of Mtn. Pursuant to Guam Civil Proced. 37 Regarding
Plntff EIE
Guam Corp.'S Failure to Comply with the Court's Dec. 15, 1998 Order
Directing it to Respond Fully to Ltcb's Third Det of Interrog.  By: Daniel
Schimmel

05/28/1999  621  Recording Log Jvemjr  Tape No 98-2141 Log No. 1099  Ex
Parte Application

06/01/1999  622  Unsigned Document(s) Proposed Order Re: Golobal Discovery
Schedule  Sub By: Rodney Jacob

06/01/1999  623  Declaration of Daniel Schimmel Regarding the  Discovery
Schedule

06/01/1999  624  Notice  Of Filing Proposed Order Re: Global Discovery
Schedule By: Rodney Jacob

06/02/1999  625  Decision and Order Rendered by the Honorable Joaquin V.e.
Manibysan, Jr.

06/02/1999  626  Neod & Decl Decision and Order Filed 6/2/99

06/04/1999  627  Declaration of Susan P. Koniak

06/04/1999  628  Reply Memorandum EIE Guam Corporation's Reply Memo. In
Supp. Of its Motion in Limine for Protective Order re Sherman & Sterling By:
Calvo & Clark

06/04/1999  629  Declaration of Harunori Takahashi in Support of EIE Guam's
Motion for a Protective Order By: Calvo & Clark

06/04/1999  630  Declaration of Mikio Oba

06/04/1999  631  Declaration of Rodney J. Jacob in Support of EIE Guam's
Reply in Support of its Motion for Preliminary Injunction

06/04/1999  632  Affidavit of Service

06/04/1999  633  Affidavit of Service

06/04/99  634. Reply ElF Guam’s Reply in Support of its Motion for
Preliminary Injunction

06/07/1999  638  Notice to Take Deposition (Amended)  of Hidenori Ando By:
David Mair

06/07/1999  639  Reply EIE Guam Corporation's Reply to  Irrelevant and
Improper Material in the Long-term Credit Bank of Japan, Ltd's Opposition to
Preliminary Injunction Application By: Rodney J. Jacob

06/07/1999  640  Declaration of Hajime Shimoyama in Support of EIE Guam's

Supplemental Brief in Reply to Ltcb's Opposition to Motion for  Preliminary Injunction

 06/07/1999  641   Notice to Take Deposition Of Yoshikazu Sugita

 06/07/1999  642   Declaration of Rodney J. Jacob in Support of EIE Guam's Supplemental Brief in Reply to Ltcb's Opposition to Motion for  Preliminary Injunction

  06/08/1999  644   Supplemental Declaration of Yaichi Kuramochi in Support of the Opposition of EIE Guam's Motion for Preliminary Injunction

 06/08/1999  646   Supplemental  Declaration of G. Patrick Civille in Opposition to EIE Guam's Motion for a Preliminary Injunction ("Civille Declaration Ii")

 06/09/1999  649   Errata  To Ltcg's Memo in Opposition to EIEg's Mtn for Prelim. Injunction Filed by Ching Civille.....

 06/09/1999  650   ex Parte Application Ntc of ex Parte Applic. And ex Parte Application to Shorten Time Filed by Ching, Civille.....

06/09/1999 650.01 DECLARATION OF G. PATRICK CIVILLE IN SUPPORT OF EX PARTE APPLICATION TO SHORTEN TIME

 06/09/1999  651   Declaration Hearing 06/09/1999 of Jaculin Aaron Filed by Shearman & Sterling

 06/09/1999  652   Declaration of Mary Cruz Filed by Ching Civille Calvo & Tang

 06/09/1999  653   Recording Log

 06/09/1999  654   Cash Register Transaction Boh Chk 11356 And11354 1.50 Ea

 06/09/1999  655   Notice to Take Deposition Of Daniel Schimmetl, Esq. By: D. Mair

 06/09/1999  656   Notice to Take Deposition Of Jaculin Aaron, Esq. By: D. Mair

06/09/99  657. Motion: 1. Motion for continuance of the hearing date Re ElF motion in Limine for a Protective Order Re: Shearman & Sterling.  2. Request for Leave to File supplemental Opposition  3. Memorandum of Points and Authorities in Support of Motion for Continuance

06/10/1999  658   Declaration in Support of         Post-hearing Declaration of Daniel Schimmel in Supp. Of the Oppos. Of the Long-term Credit Bank of Japan, Ltd. To EIE Guam Corp's Mtn. For Prelim. Injunc.

 06/10/1999  659   Notice to Take Deposition Of Sherman & Sterling By: David Mair

 06/10/1999  660   Cash Register Transaction

 06/10/1999  661   Deposition Subpoena By: C. Calvo

 06/11/1999  664   Notice Of Cancellation of Deposition of Jaculin Aaron, Esq. By: David Mair

 06/11/1999  665   Notice Of Cancellation of Deposition of Daniel Schimmel,

Esq. By: David Mair

06/14/1999  666   Declaration of Mikio Oba

06/14/1999  667   Declaration  of Harunori Takahashi in Support of EIE
Guam's Motion for a Protective Order Filed by Atty for Plaintiffs

06/14/1999  668   Response   EIE Guam's Supplemental Memorandum in Response
to Post-hearing Declaration of Daniel Schimmel Filed By: Rodney Jacob

06/14/1999  669   Decision and Order

06/15/1999  670   Declaration of Hajime Shimoyama in Support of EIE Guam's
Supplemental Brief in Reply to Ltcb's Opposition to Motion for  Preliminary
Injunction

06/16/1999  671   Neod & Decl   Decision and Order Filed 6/14/99

06/16/1999  672   Affidavit of Service

06/16/1999  673   Affidavit of Service

06/16/1999  674   Affidavit of Service

06/16/1999  675   Affidavit of Service

06/16/1999  676   Affidavit of Service

06/16/1999  677   Affidavit of Service

06/17/1999  678   Affidavit of non Service

06/17/1999  679   Affidavit of Service

06/17/1999  680   Affidavit of Service

06/17/1999  681   Notice Of Filing of Facsimile of Declaration of John L.
Opar Pending Receipt of Original   Filed By: G. Patrick Civille

06/17/1999  682   Notice Of Filing of Facsimile of Declaration of Andrea
Sarazen Pending Receipt of Original Filed By: G. Patrick Civille

06/17/1999  683   Notice Of Filing of Facsimile of Declaration of Clinton
Robinson Pending Receipt of Original Filed By: G. Patrick Civille

06/17/1999  684   Notice Of Filing of Facsimile of Declaration of Angeline
Koo Pending Receipt of Original   Filed By: G. Patrick Civille

06/17/1999  685   Memorandum   Supplemental Memorandum of Law of the
Long-term Credit Bank of Japan, Ltd. In Opposition to the Motion in Limine of
EIE Guam Corporation for a Protective Order Filed By: G. Patrick Civille


06/17/1999  686   Commission   to Consul of the U.s., Osaka Japan Harunori
Takahashi Appointed Authorized Representative to Take Oral Deposition at U.s.
Embassy
In Osaka, Japan on 7/6 at 9am for the Long-term Credit Bank of Japan, Ltd.
Signed By: Judge Joaquin Manibusan, Jr. Signed On: 6/17/99

06/22/1999  687   Declaration of Karen L. Hagberg in Suppt of EIE Guam's Mtn
for a Protective Order

06/22/1999  688   Declaration of Rodney J. Jacob in Suppt of EIE Guam's Mtn
for a Protective Order Sub By: Mair, Etal

06/22/1999  689   Reply EIE Guam Corp.'S Reply to the    Supplemental Memo
of Law of the Long- Term Credit Bank of Japan, Ltd. In Opposition to the
Motion in
Limine of EIE Guam Corp. For a Protective Order     Filed By: Mair, Etal.

06/22/1999  690   Notice Of Filing of Facsimile of Decl of Karen L. Hagberg
in Suppt of EIE Guam's Mtn for Protective Order Filed By: Mair, Etal.


06/23/1999  691   Recording Log ex Parte Application

06/23/1999  692   Notice Of Filing of Excerpts of Yoshikazu Kanakubo's
Deposition Transcripts Referred to in Decl of Rodney J. Jacob in Suppt Guam's
Mtn for
Protective Order Filed June 22, 1999  Filed By: Rodney Jacob

06/24/1999  693   Notice of Motion and Mtn Pursuant to Guam Rule of Civil
Procedure 37 Regarding Plaintiff EIE Guam Corp.'S Failure to Comply with the
Court's
December 15, 1998 Order Directing it to Respond Fully to Ltcb's Third Set of
Interrogatories Filed By: G. Patrick Civille

06/24/1999  694   Notice  Of Filing of Original Decl Of: John L. Pgm :
Cdkb010 Superior Court of Guam  Page:    58  Date: 11/08/00 Territory of
Guam

Time: 11:04:03  Type:   Status: Judgment   Status Date: 02/01/2000    Jury
Demand
----------------------------------------------------------------------------
  Filing Proceedings  Date Seq Comment Opar, Angeline Koo, Andrea Sarazen,
and Clinton Robinson Filed By: G. Patrick Civille

06/24/1999  695   Notice Of Filing of Deposition Transcript of John Opar in
Suppt of Ltcb's Opposition to EIEg's Mtn in Limine for a Protective Order
Filed By:
G. Patrick Civille

06/24/1999  696   Petition Of James P. Tallon for Admission Pro Hac Vice;
Consent of Co-counsel  Filed By: G. Patrick Civille

06/24/1999  697   Order Granting Petition of James P. Tallon for Admission
Pro Hac Vice Signed By: Judge Joaquin Manibusan, Jr. Signed On: 6/24/99 Filed
By:
Ching, Etal.

06/24/1999  698   Recording Log Tape No 98-2147 Log No. 2538 Jvemjr Cont.
Protective Order

06/25/1999  700   Declaration of Karen L. Hagberg

06/25/1999  701   Decision and Order

06/25/1999  702   Speed Memo   Attached Herewith Is a Courtesy  Certified
Copy of the Decision and Order Rendered by the Honorable Joaquin V.e.
Manibusan, Jr.,
On 6/25/99.

06/28/1999  703   Neod & Decl  David J. Lujan/karen Hagberg/G. Patrick
Civille/james Tallon/daniel Schimmel/ David Mair (Decision and Order Filed on

6/25/99)

06/29/1999  704  Declaration  of Daniel Schimmel in Suppt of the Mtn of
the Long-term Credit Bank of Japan, Ltd. For an Order Holding EIE Guam Corp.
In Contempt
& for Sanctions Filed By: Ching, Etal.

06/29/1999  705  Motion Of the Long-term Credit Bank of Japan, Ltd. For
Order Holding EIE Guam Corp. And its Counsel in Contempt and for Sanctions;
Memo of
Pts & Auths in Support Thereof Filed By: Ching, Etal.

06/29/1999  706  Affidavit of Service

06/29/1999  707  Affidavit of Service

06/29/1999  708  Affidavit of Service

07/01/1999  709  Motion EIE Guam's Mtn for Protective Order to Stay
Discovery Pending EIE Guam's Mtn to Disqualify Shearman & Sterling Filed By:
David Mair

07/01/1999  710  Memo of Pts and Auths EIE Guam's Memo of Pts & Auths in
Suppt of its Mtn for Protective Order to Stay Discovery Pending EIE Guam's
Mtn to
Disqualify Shearman & Sterling   Filed By: David Mair

07/01/1999  711  Affidavit of Service

07/01/1999  712  Affidavit of Service

07/01/1999  713  Notice of Motion Ntc of Mtn of the Long-term Credit Bank
of Japan, Ltd. For an Order Holding EIE Guam Corp. In Contempt and for
Sanctions Sub By: G. Patrick Civille

07/02/1999  714  Cash Register Transaction Cash 10.00 Ck 60.00

07/02/1999  715  Notice to Take Deposition Of Masahiko Fujimoto on 7/28/99
at 9am at the Law Office of Morrison & Foerster Filed By: David Mair


07/02/1999  715  Notice to Take Deposition Of Atsuyoshi Gohara on 7/21/99
at 9am at the U.s. Consulate Gerneral's Office in Sapporo, Japan Filed By:
David Mair

07/02/1999  717  Notice of Exparte Motion Ntc of ex Parte Application and
ex Parte Application to Shorten Time Sub By: David Mair

07/02/1999  718  Commission   to Consul of the U.s., Sapparo, Japan
Deposition of Atsuyoshi Gohara on 7/21 at 9am for Long-term Credit Bank of
Japan, Ltd. Signed
By: Judge Joaquin Manibusan, Jr. Signed On: 7/2/99 Filed By: Mair, Etal.


07/02/1999  719  Request Second Request for Inspection Propounded by
Defendant-counterclaimant the Long-term Credit Bank of Japan, Ltd Filed by
Patrick Civille

07/02/1999  720  Memorandum  EIE Guam Corp.'S Memo of Law in Support of Mtn
to Disqualify Shearman & Sterling Filed By: David Mair

07/02/1999  721  Notice Of Taking Deposition Filed by Patrick Civille

07/02/1999    722    Notice Of Taking Deposition Filed by Patrick Civille

07/02/1999    723    Notice Of Taking Deposition Filed by Patrick Civille

07/02/1999    724    Notice Of Taking Deposition Filed by Patrick Civille

07/02/1999    725    Declaration of Iwao Nomoto in Suppt of EIE Guam Corp.'S
Mtn to Disqualify Shearman & Sterling

07/02/1999    726    Entry of Appearance Entry of Special Appearance Of Howard
Green for EIE International

07/02/1999    727    Joinder in Motions Filed By: Howard Green

07/02/1999    728    Notice of Motion and EIE Guam Corp.'S Ntc of Mtn and Mtn
in Support of Mtn to Disqualify Shearman & Sterling Date: 8/23/99 at 4pm
Filed By: David
Mair

07/07/1999    729    Commission   to Consul of the U.s., Sapparo, Japan
Deposition of Harunori Takahashi on 7/13/99 at 9am for Long-term Credit Bank
of Japan, Ltd.
Signed By: Judge Joaquin Manibusan, Jr. Signed On: 7/7/99 Filed By: Mair,
Etal.

07/09/1999    730    Deposition Subpoena Duces Tecum to Joe Freed  Date: 8/5/99
at 9am at Law Office of Ching, Etal. Filed By: Ching, Etal.

07/09/1999    731    Deposition Subpoena Duces Tecum to Sophia Chu  Date:
8/5/99 at 9am at Law Office of Ching, Etal.

07/09/1999    732    Deposition Subpoena Duces Tecum to John Kay  Date: 8/5/99
at 2:30pm at Law Office of Ching, Etal.

07/09/1999    733    Commission

07/09/1999    734    Renotice To Take Deposition of Hrunori Takahashi By: David
Mair

07/13/1999    735    Commission

07/14/1999    736    Deposition Subpoena Duces Tecum to Peter Chau  Date:
8/4/99 at 2:30pm at Law Office of Ching, Etal.

07/15/1999    737    Notice to Take Deposition Of Harunori Takahashi Date:
8/10/99 at 9am at U.s. Consulate General's Office, Osaka Japan Filed By:
David Mair

07/15/1999    738    Notice Of Filing of Monthly Report Pursuant to Decision
and Order of June 14, 1999 Filed By: Mair, Etal.

07/19/99   738.01 Commission signed by Judge Joaquin V.E. Manibusan Jr.

07/23/1999    739    Commission    Amended

07/26/1999    740    Declaration  of Rodney J. Jacob in Support of EIE Guam's
Opposition to Ltcb's Motion with Regard to Ltcb's Third Set of
Interrogatories

07/26/1999    741    Memo of Pts and Auths EIE Guam Corporation's Memorandum of
Points & Authorities in Opposition to Ltcb's Motion with Regard to Ltcb's

Third Set Of Interrogatories Filed By: Michael A. Pangelinan

07/26/1999  742   Commission Second Amended

07/29/1999  743   Commission Third Amended Commission

08/02/1999  744   Stipulation and Order Hearing Be Continued Re: Motion for
9/9/99 at 2pm Signed By: Judge Joaquin Manibusan, Jr. Signed By: 7/30/99
Filed By: Ching,
Etal.

08/02/1999  745   Commission   (Deposition of Shigeru Kawaguchi) to Consul
of U.s., Osaka Japan   Take Oral Depo. Of Shigeru Kawaguchi on 9/6-9/10/99 at
9am for
Minami-aso Dev. Corp. Signed By: Judge Joaquin Manibusan, Jr. Signed On:
7/30/99 Filed By: Ching, Etal.

08/03/1999  746   Notice to Take Deposition Of Yutaka Hotta Date: 8/26/99 at
9am at the U.s. Embassy in Osaka, Japan Filed By: Mair, Etal.

08/03/1999  747   Notice to Take Deposition Of Tetsuyuki Kono Date: 8/23/99
at 9am at the U.s. Embassy in Osaka, Japan Filed By: Mair, Etal.

08/03/1999  748   Notice to Take Deposition Of Hiroshi Fujimoto Date:
8/19/99 at 9am at U.s. Embassy in Osaka, Japan Filed By: Mair, Etal.

08/03/1999  749   Stipulation and Order Request for Documents to Be Seal and
Not Be Made a Matter of Public Record Signed By: Judge Joaquin Manibusan,
Jr.
Signed On: 8/3/99 Filed By: Calvo & Clark

08/03/1999  750   Commission   to Consul of the U.s. Osaka, Japan of
Tetsuyuki Kono on 8/23/99 at 9am and Yutaka Hotta on 8/26/99 at 9am for the
Long-term Credit
Bank of Japan, Ltd. At U.s. Consulate General's Office  Signed By: Judge
Joaquin Manibusan, Jr. Signed On: 8/3/99 Filed By: Calvo & Clark

08/03/1999  751   Commission   to Consul of the U.s., Osaka, Japan of
Hiroshi Fujimoto on 8/19/99 at 9am for the Long-term Credit Bank of Japan,
Ltd. At U.s. Consulate General's Office Pgm : Cdkb010  Superior Court of
Guam       Page:     63  Date: 11/08/00 Territory of Guam Time: 11:04:03  Type:
     Status: Judgment

Status Date: 02/01/2000    Jury Demand
---------------------------------------------------------------------------
     Filing Proceedings Date Seq Comment Signed By: Judge Joaquin Manibusan,
Jr. Signed On: 8/3/99 Filed By: Calvo & Clark

08/05/1999  752   Opposition Ntc of Filing of Original Decl of Rodney J.
Jacob in Support of EIE Guam's Opposition to Ltcb's Motion with Regard to
Ltcb's Third Set of
Interrogatories Filed By: Michael A. Pangelinan

08/06/1999  753   Memo of Pts and Auths in Support of the Motion of
Defendant the Long-term Credit Bank of Japan, Ltd. To Compel Plaintiff EIE
Guam Corp. To
Produce Harunori Takahashi for Depos. By: G. Patrick Civille

08/06/1999  754   Declaration in Support of  Of Tomonari Niimoto in Support
of Def. The Long-term Credit Bank of Japan, Ltd. Mtn. To Compel Plaintiff EIE
Guam Corp. To Produce Harunori Takahashi for Depo.

08/06/1999  755   Exparte Motion for an Order Shortening Time on the Long
Term Credit Bank of Japan, Ltd.'s Mtn. To Compel Plaintiff EIE Guam Corp. To
Produce
Harunori Takahashi for Depo. By: G. Patrick Civille

08/06/1999  756   Declaration of G. Patrick Civille in Support of ex Parte
Application to Shorten Time for Hearing Mtn. Of the Long-term Credit Bank to
Compel
Plaintiff EIE Guam Corp. To Produce H. Takahashi for Depo.

08/06/1999  757   Declaration of G. Patrick Civille in Supp. Of Defen. The
Long-term Bank of Japan, Ltd' Mtn. To Compel Plaintiff EIE Guam Corp. To
Produce H.
Takahashi for Depo.

08/06/1999  760   Declaration of Michael H. Strub, Jr. in Supp. Of Def. The
Long-term Bank Credit Bank of Japan, Ltd.'s Mtn. To Compel Plaintiff EIE Guam
Corp. To
Produce H. Takahashi for Sepo.

08/06/1999  761   Unsigned Document(s) Notice of Motion of Defendant the
Long Term Credit Bank of Japan, Ltd. To Compel Plaintiff EIE Guam Corp. To
Produce H.
Takahashi for Depo.    Sub By: Ching, Et. Al.

08/09/1999  762   Recording Log Tape No. 99-465 Log No. 1672  Jvemjr Ex
Parte Application

08/10/1999  763   Order

08/11/1999  765   Declaration of Howard R. Green in Support of EIE
International, Inc. Motion to Disqualify Shearman and Sterling  Filed By:
Howard Green

08/12/1999  766   Commission  to Consul of the U.s., Osaka, Japan for
Harunori Takahashi on 9/13-21, 1999 at 9am for EIE Guam Corp., Ltd. At U.s.
Japan Consular
Convention; U.s. Consulate General's Office  Signed By: Judge Joaquin
Manibusan, Jr. Signed On: 8/12/99 Filed By: Mair, Etal.

08/12/1999  767   Commission  to Consul of the U.s., Osaka Japan for Yasuo
Hatakeyama on 9/2-9/3/99 at 9am for the Long-term Credit Bank of Japan, Ltd.
At the U.s.
Japan Consular Convention-u.s. Consulate General's Office    Signed By: Judge
Joaquin Manibusan, Jr. Signed On: 8/12/99 Filed By: Mair, Etal.

08/12/1999  768   Notice to Take Deposition Of Yasuo Hatakeyama on 9/2/99 at
9am at U.s. Embassy in Osaka, Japan Filed By: David Mair

08/12/1999  769   Notice to Take Deposition Of Shigeru Kawaguchi on 9/6/99
at 9am at the U.s. Embassy Osaka, Japan Filed By: David Mair

08/13/1999  770   Cash Register Transaction

08/13/1999  771   Notice Of Deposition via Subpoena Duces Tecum to Ching,
Etal on 8/27/99 at 10am at Law Office of Mair, Etal.  Filed By: Rodney Jacob

08/13/1999  772   Memorandum   EIE International Corporation's   Memorandum
of Law in Support of Motion to Disqualify Shearman & Sterling Filed By:
Howard R. Green

08/13/1999   773    Affidavit of Service

08/13/1999   774    Affidavit of Service

08/13/1999   775    Affidavit of Service

08/13/1999   776    Affidavit of Service

08/13/1999   777    Affidavit of Service

08/13/1999   778    Affidavit of Service

08/13/1999   779    Affidavit of Service

08/13/1999   780    Affidavit of Service

08/13/1999   781    Affidavit of Service

08/13/1999   782    Withdrawal of Notice to Take to Deposition of Shigeru
Kawaguchi (Date: 8/12/99) Filed By: David Mair

08/16/1999   783    Notice Of Filing of Monthly Report Pursuant to Decision
and Order of June 14, 1999 for the Period Covering July 15, 1999 Through
August 16, 1999
Filed By: Calvo & Clark

08/17/1999   784    Notice  (Amended)  of Deposition for Shigeru Kawaguchi on
9/6/99 at 9am at U.s. Consulate General's Office in Osaka, Japan  Filed By:
G. Patrick
Civille

08/18/1999   785    Commission  (Amended)  to Consul of the U.S. Osaka, Japan
of Tetsuyuki Kono on 8/23/99 at 9am and Yutaka Hotta on 8/26/99 at 9am for
the
Long-term Credit Bank of Japan, Ltd. At U.s. Consulate General's Office
Signed By: Judge Joaquin Manibusan, Jr. Signed On: 8/18/99 Filed By: Calvo &
Clark

08/19/1999   786    Notice (Amended)  of Deposition for Harunori Takahashi
Date: 9/13/99 at 9am at U.a. Consulate General's Office in Osaka, Japan
Filed By: G. Patrick Civille

08/19/1999   787    Motion To Issue Commission; Memorandum of Pts and Auths in
Support Thereof  Filed By: Rodney Jacob

08/19/1999   788    Memo of Pts and Auths in Support of EIE Guam Corporation's
Motion to Compel Production of Documents and for Santions Filed By: Rodney
Jacob

08/19/1999   789    Joinder Of EIE Guam Corporation with EIE's Memorandum in
Support of Motion to Disqualify Shearman and Sterling  Filed By: Rodney Jacob


08/19/1999   790    Declaration of Rodney Jacob in Support of EIE Guam's
Motion to Compel Production of Documents and for Sanctions

08/19/1999   791    Declaration of Rodney Jacob in Support of EIE Guam's
Motion to Issue Commissions

08/19/1999   792    Neod & Decl Decision and Order Filed 8/10/99

08/20/1999   793    Notice of Motion to Issue Commission; Memo of Pts & Auths

in Support Thereof Filed By: Rodney Jacob

08/20/1999   794   Notice of Motion to Compel Production of Documents and for Sanctions Filed By: Rodney Jacob

08/24/1999   795   Declaration of Rodney J. Jacob in Support of EIE Guam's Opposition to Ltcb's ex Parte Motion to Extend Time

08/24/1999   796   Memo of Pts and Auths EIE Guam Corporation's Memo of Pts & Auths in Opposition to Ltcb's ex Parte Motion to Extend Time     Filed By: Rodney

Jacob

08/24/1999   797   Recording Log Tape No. 99-468 Log. No. 885     Jvemjr Exparte Application

08/24/1999   798   Unsigned Document(s) Order Granting Motion for Extension of Time   Sub By: G. Patrick Civille

08/24/99   799. Motion for Extension of Time

08/24/99   800. Memorandum of Points and Authorities in support of motion for Extension of Time

08/24/99   801. Declaration of G. Patrick Civille in Support of Motion for Extension of Time

08124/99   802. Notice of Ex Parte Application and Ex Parte Application to Shorten Time for hearing motion for Extension of Time

08/24/99   803. Declaration of G. Patrick Civille in support of Ex Parte Application to shorten time

08/25/1999   804   Commission   (Amended)  for Mr. Harunori Takahashi Date: 9/13-9/21, 1999 at 9am   Signed By: Judge Joaquin Manibusan, Jr. Signed On: 8/24/99

08/25/1999   805   Decision and Order

08/26/1999   806   Declaration   of G. Patrick Civille

08/26/1999   807   Notice to Take Deposition Of Akihiko Ito on 9/21/99 at 9am at U.s. Consulate General's Office in Sapparo, Japan Filed By: Sandra E. Cruz

08/26/1999   808   Notice to Take Deposition  Of Shigeru Omori on 9/14/99 at 9am at U.s. Consulate General's Office in Sapporo, Japan Filed By: Sandra E. Cruz

08/26/1999   809   Declaration of Geoffrey P. Miller   Filed By: Ching, Etal.

08/26/1999   810   Memorandum   of Law of the Long-term Credit Bank of Japan, Ltd. In Opposition to the Mtns of EIE Guam Corp. & EIE International Corp. To Disqualify Shearman & Sterling Filed By: G. Patrick Civille
08/26/1999   811   Declaration of John L. Opar in Opposition to the Mtns of EIE Guam Corporation and EIE International Corp. To Disqualify Shearman & Sterling Filed By: Ching, Etal.

08/27/1999 812 Notice to Take Deposition Of Masaaki Ito on 9/21/99 at 9am at U.s. Consulate General's Office in Sapporo, Japan Filed By: Sandra Cruz


08/27/1999 813 Commission to Any Consul or Vice Consul of the U.s. Assigned to Sapporo, Japan Take Deposition of Shigeru Omori on 9/14-9/17/99 at 9am and
Masaaki Ito on 9/21-9/24/99 at 9am for the Long-term Credit Bank of Japan, Ltd. Signed By: Judge Joaquin Manibusan Signed On: 8/27/99

08/30/1999 814 Neod & Decl Decision and Order Filed 8/25/99

08/30/1999 815 Affidavit of Service

08/31/1999 816 Affidavit of Service

08/31/1999 817 Affidavit of Service

08/31/1999 818 Affidavit of Service

08/31/1999 819 Affidavit of Service

08/31/1999 820 Affidavit of Service

08/31/1999 821 Affidavit of Service

08/31/1999 822 Affidavit of Service

08/31/1999 823 Affidavit of Service

09/02/1999 824 Commission Amended

09/02/1999 825 Commission Amended

09/14/1999 827 Stipulation and Order re Hearings on September 23, and August 30

09/15/1999 828 Notice Of Filing of Monthly Report Pursuant to Decision & Order of June 14, 1999 for the Period Covering August 17, 1999 Through September 15,
1999 (Filed under Seal)

09/16/1999 829 Declaration of Michael Pangelinan in Support of EIE Guam's Reply to Ltcb's Opposition to the Motion to Disqualify Shearman & Sterling Filed
By: Calvo & Clark

09/16/1999 830 Declaration of Howard R. Green in Support of EIE International Corp.'S Reply to Memo of Law of the Long-term Credit Bank of Japan, Ltd., in
Opposition to the Mtns of EIE Guam Corp. & EIE International Corp. To Disqualify Shearman & Sterling Filed By: Howard R. Green

09/16/1999 831 Reply EIE International Corp.'S Reply to Memo of Law of the Long-term Credit Bank of Japan, Ltd., in Opposition to the Mtns of EIE Guam Corp. &
EIE International Corp. To Disqualify Shearman & Sterling Filed By: Howard Green

09/16/1999 832 Notice Of Filing of Decl of Roger C. Cramton in Support of EIEg's Reply to Ltcb's Opposition to EIEg's & EIEi's Mtn to Disqualify Shearman &

Sterling    Filed By: Eduardo Calvo

09/16/1999  833    Reply  EIE Guam Corp.'S Reply to Memo of Law of the
Long-term Credit Bank of Japan, Ltd. In Opposition to the Mtns of EIE Guam
Corp. & EIE
International Corp. To Disqualify Shearman & Sterling    Filed By: Eduardo
Calvo

09/17/1999  834    Declaration   of Michael H. Strub, Jr. in Support of
Opposition of Deft the Long-term Credit Bank of Japan, Ltd. To Mtn of
Plaintiff EIE Guam Corp.
To Compel Production of Documents and for Sanctions    Filed By: Ching,
Etal.

09/17/1999  835    Declaration of Michael J. Osnato, Jr. in Support of
Opposition of Deft the Long-term Credit Bank of Japan, Ltd. To Mtn of
Plaintiff EIE Guam Corp.
To Compel Production of Documents and for Sanctions    Filed By: Ching,
Etal.

09/17/1999  836    Notice Of Filing of Facsmilie of Decl of Meredith Kolsky
Lewis Pending Receipt of Original Filed By: G. Patrick Civille

09/17/1999  837    Declaration of G. Patrick Civille in Opposition to EIE
Guam Corp.'S Mtn to Issue Commission Filed By: Ching, Etal.

09/17/1999  838    Declaration   of Michael A. Pangelinan

09/17/1999  839    Declaration   of David A. Mair

09/17/1999  840    Transcript   of Continued Motion for Protective Order on
06/24/99

09/17/1999  841    Memo of Pts and Auths Appendix of Authorities in Support
of EIE Guam Corp.'S Memo of Pts & Auths in Opposition to Ltcb's Mtn for an
Order Holding
EIE Guam in Contempt and for Sanctions Filed By: Calvo & Clark

09/17/1999  842    Memo of Pts and Auths of the Long-term Credit Bank of
Japan, Ltd. ("Ltcb") in Opposition to EIE Guam Corp.'S Mtn to Issue
Commissions   (Filed under Seal) Filed By: Ching, Etal.
09/17/1999  843    Opposition   of Deft the Long-term Credit Bank of Japan,
Ltd. To Mtn of Plaintiff EIE Guam Corp. To Compel Production of Documents and
for
Sanctions    Filed By: Ching, Etal.

09/17/1999  844    Memo of Pts and Auths EIE Guam Corp.'S Memo of Pts & Auths
in Opposition to Ltcb's Mtn for an Order Holding EIE Guam in Contempt and
for
Sanctions Filed By: Calvo & Clark

09/23/1999  845    Declaration   Supplemental Decl of G. Patrick Civille in
Support of Ltcb's Oppositionto Motions of EIEg and EIEi to Disqualify
Shearman & Sterling
Filed By: G. Patrick Civille

09/23/1999  846    Recording Log Tape No. 99-1113 Log No. 5774    Jvemjr

09/23/1999  847    Reply     Of Defendant  the Long Term Credit Bank of
Japan, Ltd. In Supp. Of Mtn. For an Order Holding EIE Guam Corp. In Contempt
and for
Sanctions By: G. Patrick Civille

09/23/1999  848   Reply Memorandum of Points and Auth. Of the Long Term
Credit Bank of Japan, Ltd. ("Ltcb") in Supp. Of its Mtn. Pursuant to Guam
Rule of Civil
Procedure 37 Regarding Plntff EIE Guam Corp's Failure to Comply with Court's
12/15/98 Order Directing it to Respond Fully to Ltcb's Third Set of Interrog.
 By: G.
Patrick Civille

09/23/1999  849   Reply     EIE Guam Corp.'S Reply to Ltcb's  Opposition to
EIE Guam Corp.'S Mtn to Issue Commissions Filed under Seal Filed By: Michael
Pangelinan

09/23/1999  850   Declaration   of Michael A. Pangelinan in Support of EIE
Guam Corporation's Reply to Ltcb's Opposition to EIE Guam Corp.'S Mtn to
Issue
Commissions Filed under Seal Filed By: Michael Pangelinan

09/23/1999  851   Memo of Pts and Auths EIE Guam Corp.'S Memo of Pts & Auths
in Reply to Ltcb's Opposition to the Mtn of EIE Guam Corp. To Compel
Production of Documents and for Sanctions  Filed By: Michael Pangelinan

09/23/1999  852   Declaration   of Rodney J. Jacob

09/23/1999  853   Declaration   of Sherman W. Kahn in Supp. Of Reply to
Ltcb's Oppos. To the Mtn. Of EIE Guam Corp. To Compel Prod. Of Doc. And for
Sanctions

09/24/1999  854   Errata    To EIE Guam Corp. Memo. Of Points and Auth. In
Reply to Ltcb's Oppos. To the Mtn. Of EIE Guam Corp. To Compel Prod. Of Doc.
And for
Sanction     By: R. Jacob

09/24/1999  855   Declaration   of Michael A. Pangelinan in Support of EIE
Guam Corp. Memo. Of Points and Auth. In Reply to Ltcb's Oppos. To the Mtn. Of
EIE Guam
Corp. To Compel Production of Doc. And for Sanctions
09/27/1999  856   Notice to Take Deposition Of Hiroshi Fujimoto on 10/18/99
at 9am at U.s. Consulate Gen.'S Office in Osaka, Japan    Filed By: Sandra
Cruz

09/27/1999  857   Notice to Take Deposition  Of Yoshikazu Kanakubo On
10/20/99 at 9am at U.s. Consulate Gen.'S Office in Osaka, Japan Filed By:
Sandra Cruz

09/27/1999  858   Notice to Take Deposition      (Amended) of Akihiko Ito
on 10/12/99 at 9am at U.s. Consulate Gen.'S Office in Osaka, Japan    By:
Sandra Cruz

09/27/1999  859   Notice to Take Deposition  Of Shigeru Omori on 10/14/99 at
9am at U.s. Consulate Gen.'S Office in Osaka, Japan Filed By: Sandra Cruz


09/28/1999  860   Withdrawal   EIE Guam's Ntc of Partial Withdrawal of Mtn
for Commissions  Filed By: Rodney Jacob

09/28/1999  861   Declaration   of Sherman W. Kahn in Support of Reply to
Ltcb's Opposition to the Mtn of EIE Guam Corp. To Compel Production of
Documents and
For Sanctions     Filed By: Calvo & Clark

09/30/1999  862   Notice to Take Deposition Ntc to Take Expert Deposition

Of Ltcb's Designated Expert Witnesses Listed at Law Office of Mair, Etal.
Filed By:
Rodney Jacob

10/01/1999   863    Motion  For Leave to File Ltcb Interrogatory Response Re:
Hic Debt Guaranteed by EIE Guam in Support of EIE Guam's Motion for
Disqualification of Shearman and Sterling Filed By: Rodney Jacob

10/05/1999   864    Memorandum    Second Supplemental Memorandum in Support of
EIE Guam's Motion to  Disqualify Shearman & Sterling    Filed By: Rodney Jacob

10/05/1999   865    Declaration of Rodney J. Jacob in Support of Supplemental
Memorandum in Support of Supplemental Memorandum in Support of EIE Guam's
Motion for Disqualification

10/05/1999   866    Recording Log Continued Motions

10/05/1999   867    Motion  for Summary Judgment; Motion to Dismiss

10/06/1999   868    Notice to Take Deposition  (Amended)  of Shigeru Omori on
10/22/99 at 9am at U.s. Consulate's Office in Osaka Japan    Filed By: Sandra
Cruz
10/06/1999   869    Notice to Take Deposition (Amended)    Second Amended Ntc
to Take Deposition of Akihiko Ito Date: 10/21/99 at 9am at U.s. Consulate
Office in Osaka Japan  Filed By: Sandra Cruz

10/07/1999   870    Recording Log Continued Motions Arguments Pending

10/08/1999   871    Memo of Pts and Auths EIE Guam Corp.'S Memo of Pts & Auths
in Support of its Motion to Compel  Production of Document of Documents and
Responses to Interrogatories, to Strike and for Sanctions Filed By: Rodney J.
Jacob

10/08/1999   872    Notice of Motion to Compel Production of Documents and
Responses to Interrogatories, to Strike and for Sanctions Filed By: Rodney J.
Jacob

10/08/1999   873    Declaration of Rodney J. Jacob in Support of EIE Guam's
Motion to Strike, to Compel, and for Santions

10/12/1999   874    Memo of Pts and Auths of the Long-term Credit Bank of
Japan, Ltd. In Opposition to the Second Supplemental Memorandum of EIE Guam
Corp. To Disqualify Shearman & Sterling Filed By: G. Patrick Civille

10/13/1999   875    Reply  Request for Leave to Reply to Ltcb's Opposition to
EIE Guam's Secons Suppl. Memo. In Supp. Of Mtn. To Disqualify By: Rodney J.
Jacob

10/13/1999   876    Declaration  of Rodney J. Jacob in Support of EIE Guam's
Request for Leave to Reply and Reply to Ltcb's Opposition to EIE Guam's
Second
Supplemental Memo. In Support of Motion to Disqualify
10/13/1999   877    Decision and Order

10/13/1999   878    Speed Memo

10/14/1999   879    Recording Log Continued Pending Motions

10/15/1999   880    Notice Of Filing of Monthly Report Pursuant to Decision
and Order of June 14, 1999 for the Period Covering September 16, 1999 Through
October
15, 1999  Filed By: Arthur Clark

10/15/1999  881  Neod & Decl Decision and Order Filed 10/13/99

10/15/1999  882  Affidavit of Service

10/15/1999  883  Affidavit of Service

10/15/1999  884  Affidavit of Service

10/15/1999  885  Affidavit of Service

10/15/1999  886  Affidavit of Service

10/15/1999  887  Affidavit of Service

10/15/1999  888  Affidavit of Service

10/15/1999  889  Affidavit of Service

10/15/1999  890  Affidavit of Service

10/18/1999  891  Motion To Disqualify Sherman & Sterling
10/18/1999  892  Transcript   Motion for Protective Order
10/22/1999  893  Declaration of Masahiko Miura

11/01/1999  894  Motion  For Stay of Mandate Pursuant to Rule 41

11/15/1999  895  Cash Register Transaction

11/15/1999  896  Notice of Appeal By: G. Patrick Civille

11/15/1999  897  Unsigned Document(s) Ntc. of Hrg. Mtn. Of the Long-term
Bank of Japan, Ltd. For Issuance of a State. Of Intent   Sub By: Civille

11/15/1999  898  Unsigned Document(s) Ntc. of Hrg. Mtn. Of the Long-term
Bank of Japan, Ltd. For an Order Granting Reconsideration of the 10/13/99
Order
Disqualifying Sherman & Sterling  Sub By: Civille

11/15/1999  899  Unsigned Document(s) (Proposed) Statement of Intent   Sub
By: Civille

11/15/1999  900  Memorandum  of Law of the Long-term Credit Bank of J
Japan, Ltd. In Supp. Of its Mtn. For Reconsideration By: G. Patrick Civille


11/15/1999  901  Memorandum  of Law of the Long-term Credit Bank of Japan,
Ltd. In Support of its Mtn. For Iss. Of a State. Of Intent  Sub By: Civille


11/15/1999  902  Notice of Motion and Mtn. Of the Long-term Credit Bank of
Japan, Ltd. For an Order Granting, Reconsid. Of the 10/13/99 Order Disqual.
Sherman & Sterling  By: Civille

11/15/1999  903  Notice of Motion and Mtn. Of the Long-term Credit Bank of
Japan, Ltd. For Issuance of a Statement of Intent By: Civille

11/15/1999  904  Declaration of Michiro Suenaga in Supp. Of Def. The
Long-term Credit Bank of Japan, Ltds Mtn. For Reconsid.

11/15/1999  905  Declaration of G. Patrick Civille in Supp. Of Def. The
Long-term Credit Bank of Japan, Ltds Mtn. For Reconsideration

11/15/1999  906   Declaration of Atsuyoshi Gohara in Support of Deft. The
Long-term Credit Bank of Japan, Ltd.'s Motion for Reconsideration.

11/15/1999  907   Declaration of William R. Giusti in Support of Deft. The
Long-term Credit Bank of Japan,ltd's Motion for Reconsideration.

11/15/1999  908   Declaration of Alexander R. Jampel in Support of Defendant
the Long-term Credit Bank of Japan, Ltd's Motion for Reconsideration.


11/15/1999  909   Notice  Of Filing of Facsimile Signature Pages Pending
Receipt of Originials By: Civille

11/15/1999  910   Notice Of Filing of Monthly Rep. Pursuant to Decision and
Order of 6/14/99 for the Period Covering 10/16/99 Through  11/15/99 By:
Rodney Jacob

11/17/1999  911   Notice To Atty. Ching Civille Calvo & Tang/ Shearman &
Sterling

11/17/1999  912   Notice  To: Atty. Eduardo Calvo; Atty. David Mair, Atty.
Rodney J. Jacob, Atty. David J. Lujan ,     Atty. Wilson Quinley , Atty.
Thomas Lannen , Atty. William Blair,  Atty. Anita Arriola

11/17/1999  913   Declaration of Mailing

11/19/1999  914   Notice Of Filing of Facsimile of Declaration of James P.
Tallon Pending Receipt of Original   By: G. Patrick Civille

11/22/1999  915   Notice Of Hearing Mtn. Of the Long-term Bank of Japan, Ltd
for Iss. Of a Statement of Intent Set for 12/13/99 @ 3:00 Pm    By: G.
Patrick Civille

11/22/1999  916   Notice Of Hearing Mtn. Of the Long-term Bank of Japan, Ltd
for and Order Granting Reconsideration of the 10/13/99  Order Disqualifying
Sherman & Sterling By: G. Patrick Civille

11/24/1999  917   Memorandum To: Clerk of Court By: G. Patrick Civille

11/29/1999  918   Notice Of Filing of Original Decl. Of Roger C. Cramton in
Supp. Of EIE's Reply to Ltcbs Oppos. To EIE's and EIE's Mtn. To Disqualify
Sherman &
Sterling

11/29/1999  919   Opposition   EIE Int. Corp. Memo. In Oppos. To the
Long-term Credit Bank of Japan, Ltd's Mtn. For Reconsideration of Dec. And
Order Disqualifying
Sherman & Sterling and Mtn. For Statement of Intent  By: Howard Green

11/29/1999  920   Opposition of EIE Guam to the Long-term Credit Bank of
Japan's Mtn. For Iss. Of a Statement of Intent  By: R. Jacob

11/29/1999  921   Opposition   EIE Guam Corp. Memo. Of Law in Oppos. To the
Long-term Credit Bank of Japan's Mtn for Reconsideration of this Court's Dec.
And Order
Disqualifying Sherman & Sterling   By: R. Jacob

11/29/1999  922   Joinder In EIE Int. Oppos. To Ltcb's Mtn. For
Reconsideration By: R. Jacob

11/29/1999  923   Memorandum   Status Conference Memo. And Proposed

Discovery and Trial Schedule      By: R. Jacob

11/29/1999  924    Declaration of Rodney J. Jacob in Supp. Of EIE Guams
Opposition to Mtn. For Reconsideration

11/30/1999  925    Recording Log Tape No. 1177-78 Log. No. 6007

12/02/1999  925    Opposition   (Amended)  EIE Int. Corp. Amend. Memo. In
Oppos. To the Long Term Cred. Bank of Japan, Ltd.s Mtn. For Reconsideration
of Dec. And
Order Disqualifying Sherman & Sterling and Mtn. For Statement of Intent  By:
H. Green

12/03/1999  927    Unsigned Document(s) (Proposed) Order Granting EIE Int.
Corps Request to Participate in Hearing Telephonically Sub By: H. Green

12/03/1999  928    Request  EIE Int. Corp's Rqst. To Participate in Hrg.
Telephonically; Decl. Of H. Green By: H. Green

12/03/1999  929    Affidavit of Service Served a Copy of the EIE Int. Corps
Amend. Memo. In Oppos. To the Long Term Bank of Japan, Ltd's Mtn. For
Reconsid. On Calvo &
Clark, Mair, Et. Al., David Lujan, & Morrrison & Foerster on  12/2/99   By:
M. Perez

12/06/1999  930    Reply Memorandum of Law of Def. The Long-term Credit Bank
of Japan, Ltd. In Supp. Of its Mtn. For Issuance of a Statement of Intent By:
P. Civille

12/06/1999  931    Notice Of Filing of Facsimile of Suppl. Decl. Of Michiro
Suenaga Pending Receipt of Original By: P. Civille

12/06/1999  932    Reply Memorandum of Law of the Long-term Credit Bank of
Japan, Ltd. In Supp. Of its Mtn. For Reconsideration By: P. Civille

12/06/1999  932    Notice Of Filing Facsimile Decl. Of Grant E. Finlayson
Pending Receipt of Original By: P. Civille

12/06/1999  933    Order Rendered by the Honorable Joaquin V.e. Manibusan,
Jr. the Court Finds That it Is Not Necessary for Off-island Counsel to
Participate in
This Hearing via Telephone. Pltf Is Ade- Oquately Represented by Local
Counsel Who Can Oppose the Pending Mtn, Request of Mr. Green Shall Be Hereby
Denied.

12/06/1999  934    Reply Memorandum of Law of the Long-term Credit Bank of
Japan, Ltd. In Support of its Motion for Reconsideration.

12/07/1999  935    Order Filed Supreme Court 12/6/99     Orders this Matter
Remanded for Consider Ation and Motion for Issuance of a State Ment of
Intent.
Signed By: Peter C. Siguenza- Assoc. Justice

12/10/1999  936    Memorandum   Status Conf. By: P. Civille

12/10/1999  937    Unsigned Document(s) Proposed Order Re: Status Order Memo.
Sub By: P. Civille

12/13/1999  938    Affidavit of Service

12/13/1999  939    Affidavit of Service

12/13/1999  940   Affidavit of Service

12/13/1999  941   Affidavit of Service

12/13/1999  942   Affidavit of Service

12/13/1999  943   Affidavit of Service

12/13/1999  944   Affidavit of Service

12/13/1999  945   Affidavit of Service

12/13/1999  946   Opposition   Status Conf. Memo. And Oppos. To Ltcb's
Status Conf. Memo. By: R. Jacob

12/13/1999  947   Declaration  of R. Jacob in Supp. Of EIE Guam's Status
Conf. Memo. And Oppos. To Ltcb's Status Conf. Memo

12/13/1999  948   Recording Log Tape No. 99-1901 Log. No. 1630

12/14/1999  949   Affidavit of Service

12/15/1999  950   Notice Of Filing Monthly Rep. Pursuant to Dec. And Order
of 6/14/99 for the Period Covering 11/16/99 Through 12/15/99

12/17/1999  951   Order Motion for Stay Granted. Until Such Time as Lead
Counsel Is Secured by the Deft., or until Such Time as this Court or the Guam
Supreme
Court Issues a Ruling Regarding the Disqualification of Deft's Lead Counsel,
Discovery Shall Be Stayed.

12/22/1999  952   Affidavit of Service

12/22/1999  953   Affidavit of Service

12/22/1999  954   Affidavit of Service

12/22/1999  955   Affidavit of Service

12/22/1999  956   Affidavit of Service

12/22/1999  957   Affidavit of Service

12/22/1999  958   Affidavit of Service

12/22/1999  959   Affidavit of Service

12/27/99  959.01  Transcript:  Continued Motion for Protective Order Dated:
June 24, 1999 Volume II

12/27/99  959.02  Transcript:  Motion to Disqualify Shearman & Sterling
Dated: September 23, 1999 Volume III

12/28/1999  960   Certificate of Record

12/30/1999  961   Declaration  of Mailing

01/07/2000  962   Decision and Order Signed By: Judge J.manibusan Jr.

01/10/2000  963   Speed Memo   To: Atty. Patrick G. Civille      Atty.
Wilson A. Quinley , Atty. Thomas J. Lannen , Atty. William J. Blair      Atty.
David J. Lujan,  Atty. Anita Arriola, Atty. Eduardo A. Calvo , Atty. David A.

Mair, Atty. Rodney J. Jacob

01/10/2000  964  Neod & Decl

01/14/2000  965  Memorandum  Status Conf. Memo. And Proposed Disc. And
Trial Schedule  By: R. Jacob

01/14/2000  966  Declaration  of Junior Ozaki in Supp. Of Mtn. By the
Long-term Credit Bank of Japan, Ltd. To Join the Resolution and Collection
Corp. As a Party
Def. And Counterclaiman

01/14/2000  967  Motion  By the Long-term Credit Bank of Japan, Lrd. To
Join the Resolut. And Collect. Corp. As a Party Def. And Counterclaim and
Memo. Of

Points and Auth.  By: G. Patrick Civille

01/14/2000  968  Unsigned Document(s) Ntc. of Hrg. Mtn. Of the Long-term
Cred. Bank of Japan, Lrd. To Join the Resolut. And Collect. Corp. As a Party
Def. And
Counterclaimant Sub By: G. Patrick Civille

01/18/2000  969  Affidavit of Service

01/18/2000  970  Affidavit of Service

01/18/2000  971  Affidavit of Service

01/18/2000  972  Affidavit of Service

01/18/2000  973  Affidavit of Service

01/18/2000  974  Notice  Of Filing of Monthly Rep. Pursuant to Decision
and Order of June 14, 1999 for the Period Covering Dec. 16, 1999 thru Jan.
15, 2000 By: G.
Patrick Civille

01/18/00  974.01 Notice of Hearing Motion for the Long-Term Credit Bank of
Japan, Ltd. To join the Resolution and Collection Corporation as a party
Defendant and counterclaimant

01/20/2000  975  Memorandum  of Law of EIE Guam Corp. In Supp. Of its Mtn.
For Partial Summ. Judg. And for Reconsider. Of the Ct.'s 1/7/2000 Order
By: R. Jacob

01/20/2000  976  Notice of Motion and Mtn. For Partial Summ. Judg. And
Reconsider. Of the Ct's 1/7/2000 Order on Def.'S Mtn. For Reconsideration By:
R. Jacob

01/20/2000  977  Joinder  of EIE Int. Corp.'S with EIE Guam Corp's Mtn.
For Partial Summ. Judg. And for Reconsider. Of the Ct's 1/7/2000 Order By: H.
Green

01/20/2000  978  Declaration of Rod. J. Jacob in Supp. Of Mtn. For Summ.
Judg. And Reconsider. Of the Ct's 1/7/2000 Order on Def.'S Mtn. For
Reconsider.

01/24/2000  980  Transcript  Mtn. For Reconsideration  Proceedings on
12/13/99  By: P. Torres Court Transcriber

01/27/2000  981  Notice  Of Filing of Facsimile of Decl. Of Clifford R.

Bernstein in Oppos. To EIE Guam Corp.'S Mtn. To Compel Production of Doc. And for Sanctions
And Mtn. For Commissions By: G. Patrick Civille

01/27/2000  982  Memorandum   Status Conf. Memo. Of the Long-term Credit Bank of Japan, Ltd.   By: G. Patrick Civille

01/28/2000  983  Response  EIE Guam's Response to Ltcb's Mtn. To Jo in the Resolution and Collection Corp. As a Party Def. And Counterclaimant and Conditional
Consent to Joinder   By: M. Pangelinan

01/28/2000  984  Notice Of Filing of Decl. Of Steven Sunshine in Oppos. To Mtn. For Partial Summ. Judg. And for Reconsider.

01/28/2000  985  Notice Of Filing of Decl. Of James P. Tallon in Oppos. To Mtn. For Partial Summ. Judg. And for Reconsider.

01/28/2000  986  Notice Of Filing of Decl. Of Michiro Suenga  in Oppos. To Mtn. For Partial Summ. Judg. And for Reconsider.

01/28/2000  987  Memorandum   of Law of the Long-term Credit Bank of Japan, Ltd. In Oppos. To Mtn. For Partial Summ. Judg. And for Reconsider. By: G. Patrick
Civille

01/28/2000  988  Declaration of G. Patrick Civille in Oppossition to Mtn. For Partial Summ. Judg. And for Reconsideration

01/28/2000  989  Recording Log Before Judge J.manibusan Jr.  For Mtn to Be Argued by Counsels  Tape#99-1997,1998,1999        Log#5423

01/31/2000  990  Errata    To the Declaration of Rodney J. Jacob in Support of EIE Guam's Response to Ltcb's Motion to Join the Resolution and Collec
Tion
Corporation as a Party Defendant and Counterclaimant and Conditional Consent to Joinder

01/31/2000  991  Memorandum   EIE Guam's Memo. Of Law in Supp. Of Prod of Sherman & Sterling Docs. Relating to EIEi and its Subsidiaries     By: R. Jacob

01/31/2000  992  Transcript   Proceedings of 11/20/99       By: Jeanette Blas Court Transcriber

02/01/2000  993  Petition Of John H. Brinsley for Admission Pro Hac Vice; Consent of Co-counsel By:atty. Patrick Civille

02/01/2000  994  Petition Of W.toliver Besson for Admission Pro Hac Vice; Consent of Co-counsel  By: Atty. Patrick Civille

02/01/2000  995  Petition  Of John E. Porter for Admission Pro Hac Vice; Consent of Counsel   By: Atty. Patrick Civille

02/01/2000  996  Petition  Of Lisa A. Popovich for Admission Pro Hac Vice; Counsent of Co-counsel By: Atty. Patrick Civille

02/01/2000  997  Order Granting Petitions of John H. Brinsley, John E. Porter, Lisa A. Popovich, and W. Toliver Besson for  Admission Pro Hac Vice By: Atty. Patrick Civille , Signed By: Judge J.manibusan Jr.

02/01/2000  998  Decision and Order Court Approved the Pro Hac Vice Admis-

Sions of John H. Brinksley, John E. Porter, Lisa A. Popovich and W.toliver
Besson,
Esquires, on Behalf of the Long Term Credit Bank of Japan, Ltd. And Proposed
Dft/cntrclaim Pltf, Resolution and Collection Corporation.court Advises
Local
Atty to Check Their Appts of Pro Hac Vice If Terms Has Expired. Jvemjr.

 02/02/2000  999   Neod & Decl  Decision and Order Signed by Judge Jvemjr


 02/01/2000 1000   Speed Memo To: Atty. Eduardo Calvo Atty. David Mair Atty.
Rodney Jacob Atty. David Lujan Atty. Patrick Civille  Atty. Wilson Quinley
Atty. Thomas Lannen Atty. William Blair Atty. Anita Arriola

 02/02/2000 1001   Notice Of Filing of Facsimile of Decl. Of James P. Tallon
in Supp. Of Response of Def. The Long-term Credit Bank of Japan, Ltd.
Regarding Prod.
Of Docs.  By: P. Civille

 02/02/2000 1002   Response Of Def. The Long-term Credit Bank of Japan, Ltd.,
Regarding Prod. Of Docs. By: P. Civille

 02/03/2000 1003   Affidavit of Service

 02/03/2000 1004   Affidavit of Service

 02/03/2000 1005   Affidavit of Service

 02/03/2000 1006   Affidavit of Service

 02/03/2000 1007   Affidavit of Service

 02/03/2000 1008   Affidavit of Service

 02/03/2000 1009   Affidavit of Service

 02/03/2000 1010   Substitution of Counsel and Order Signed By: Judge
Manibusan, Jr.

 02/04/2000 1011   Notice  Of Hearing Mtn. Of the Long-term Credit Bank of
Japan, Ltd. For Sanctions Re: Violation of Protective Order  By: P. Civille


 02/04/2000 1012   Declaration  of G. Patrick Civille in Support of Motion of
the Long-term Credit Bank of Japan, Ltd. For Sanctions Re: Violation of
Protective
Order

 02/04/2000 1013   Notice Of Filing of Facsimile of Decl. Of Koji Sunahata in
Supp. Of Mtn. Of the Long- Term Credit Bank of Japan, Ltd. For Sanctions Re:
Violation
Of Protective Order By: P. Civille

 02/04/2000 1014   Reply Memorandum in Support of Motion by the Long-term
Credit Bank of Japan.ltd to Join the Resolution and Collection Corporation as
a
Party Defendant and Counterclaimant By: P. Civille

 02/04/2000 1015   Notice Of Filing of Facsimile of Decl. Of Tomonari Nimoto
in Supp. Of Mtn. Of Thel Long-term Credit Bank of Japan, Ltd. For Sanctions
Re:
Violation of Protective Order     By: P. Civille

02/04/2000 1016   Declaration  of G. Patrick Civille in Supp. Of Mtn. Of the Long-term Credit Bank of Japan, Ltd. For Sanctions Re: Violation of Protective Order

02/04/2000 1017   Entry of Appearance Special Appearance By: D. Lujan

02/04/2000 1018   Motion Of the Long-term Credit Bank of Japan, Ltd. For Sanctions Re: Violation of Protective Order Memo. Of Points and Auth.  By: P. Civille

02/04/2000 1019   Reply EIE International Corporation's Reply Brief in Support of Motion for Partial Summary Judgment and for Reconsideration By: D. Lujan

02/04/2000 1020   Reply Memorandum EIE Guam's Reply Memo. Of Law in Supp. Of its Mtn. For Part. Summ. Judg. And for Reconsider. By: R. Jacob

02/04/2000 1021   Declaration  of Albert W. Wong in Support of EIE Guam Corporation's Motion for Partial Summary Judgment and for Reconsideration

02/04/2000 1022   Declaration  Pf Takehisa Yoshikawa in Supp. Of EIE Guam's Mtn. For Part. Summ. Judg. And for Reconsider.

02/04/2000 1023   Declaration of Rodney J. Jacob in Supp. Of EIE Guam Reply Memo. Of Law in Supp. Of its Mtn. For Part. Summ. Judg. And for Reconsid.

02/04/00   1023.01 Declaration of G. Patrick Civille in Support of Reply Memorandum of the Long Term Credit Bank of Japan, Ltd. To Join the resolution and collection corporation as a party defendant and counterclaimant

02/07/2000 1024   Affidavit of Service

02/07/2000 1025   Affidavit of Service

02/07/2000 1026   Affidavit of Service

02/07/2000 1027   Affidavit of Service

02/07/2000 1028   Affidavit of Service

02/07/2000 1029   Affidavit of Service

02/07/2000 1030   Reply Memorandum (Amended) EIE Guam's Amend. Reply Memo. Of Law in Supp. Of its Mtn. For Part. Summ. Judg. And for Reconsideration By: R. Jacob

02/07/2000 1031   Decision and Order Signed By: Judge J.manibusan Jr.

02/07/2000 1032   Neod & Decl

02/07/2000 1033   Speed Memo   for Decision and Order
02/07/2000 1034   Errata    Ntc. of Errata

02/08/2000 1035   Motion Ltcb's Motion to Strike Reply Papers or in the Alternative Motion to Continue Hearing Date Memorandum of Points and Authorities
By: P. Civille

02/08/2000 1036   Declaration of Counsel By: G. P. Civille
02/08/2000 1037   Notice  Of ex Parte Application and ex Parte Application

to Shorten Time for Hearing Motion to Strike EIEg and EIEi's Reply or in the
Alternative to Continue Hearing Date By: Atty. Patrick Civille

 02/08/2000 1038    Notice Of Filing of Facsimile of Decl. Of Tomonari Nimoto
in Supp. Of Ltcb's Mtn. To Strike Papers or in the Alternative Mtn. To Cont.
Hrg. Date
By: G.P. Civille

 02/08/2000 1039    Petition Of Daniel Schimmel for Admission Pro Hac Vice;
Consent of Co-counsel By: G. P. Civille

 02/08/2000 1040    Petition     Of Jaculin Aaron for Admission Pro Hac Vice;
Cnsnt of Co-counsel

 02/08/2000 1041    Recording Log Before Judge J.manibusan Jr.     For ex
Parte Tape#99-2082 Log#1546
 02/10/2000 1042    Affidavit of Service

 02/10/2000 1043    Affidavit of Service

 02/10/2000 1044    Affidavit of Service

 02/10/2000 1045    Affidavit of Service

 02/10/2000 1046    Affidavit of Service

 02/10/2000 1047    Affidavit of Service

 02/10/2000 1048    Affidavit of Service

 02/10/2000 1049    Affidavit of Service

 02/10/2000 1050    Opposition   of the Long-term Credit Bank of Japan, Ltd.
To EIE Guam Corp. Mtn. To Compel Produc. Of Docs. And Responses to Interr to
Strike and
For Sanctions  By: G. Patrick Civille

 02/10/2000 1051    Declaration of G. Patrick Civille in Supp. Of Oppos. Of
Def. The Long-term Credit Bank of Japan, Ltd. To Mtn. Of Plntff EIE Guam
Corp. Mtn. To Compel
Produc. Of Docs. & Responses to Interrog., to Strike and for Sanctions

 02/11/2000 1052    Recording Log No Tape Rec Judge Jvemjr Mtn Argument Cont'd
2/16/00 2pm

 02/11/2000 1053    Affidavit of Service

 02/11/2000 1054    Declaration of Albert W. Wong in Supp. Of EIE Guam Corp.'S
Mtn. For Part. Summ. Judg. And for Reconsider.

 02/11/2000 1055    Notice  Of Filing of Original Decl. Of Albert W. Wong in
Supp. Of EIE Guam's Mtn. For Part. Summ. Judg. And for Reconsider. By: R.
Jacob

 02/11/2000 1056    Declaration   of Takehisa Yoshikawa in Supp. Of EIE Guam's
Mtn. For Part. Summ. Judg. And for Reconsideration

 02/11/2000 1057    Notice Of Filing or Original Decl. Of Takehisa Yoshikawa
in Supp. Of EIE Guam's Mtn. For Part. Summ. Judg. And for Reconsider By: R.
Jacob

 02/11/2000 1058    Motion  EIE Guam's Chronology of Events for

Reconsideration By: David A. Mair

02/11/2000 1059    Errata    Notice of By: G. Patrick Civille
  02/11/2000 1060    Opposition    (Amended) of the Long-term Credit Bank of
Japan, Ltd. To EIE Guam Copr.'S Mtn. To Compel Produc. Of Doc. And Responses
to Interr. To Strike and for Sanctions    By: G. Patrick Civille

  02/14/2000 1061    Declaration  of David A. Mair

  02/15/2000 1062    Memorandum    of Law in Supp. Of the Applications of
Kathleen V. Fisher, Karen L. Hagberg, Sherman W. Kahn and Howard R. Green to
Be Admitted
Pro Hac Vice By: Rodney Jacob

  02/15/2000 1063    Notice Of Filing of Transcript of December 13, 1999
Proceedings By: Rodney Jacob

  02/15/2000 1064    Petition Of Howard R. Green for Admission Pro Hac Vice;
Consent of Co-counsel By: R. Jacob

  02/15/2000 1065    Application  of Kathleen V. Fisher for Pro Hac Vice
Admission

  02/15/2000 1066    Application  of Karen L. Hagberg for Pro Hac Vice
Admission

  02/15/2000 1067    Application   of Sherman W. Kahn for Pro Hac Vice Admission


  02/15/2000 1068    Declaration of Rodney J. Jacob Consenting to Des. For
Karen L. Hagberg

  02/15/2000 1069    Declaration of Rodney J. Jacob Consenting to Des. For
Kathleen V. Fisher

  02/15/2000 1070    Declaration  of Rodney J. Jacob Consenting to Des. For
Sherman W. Kahn

  02/15/2000 1071    Notice Of Filing Rep. Pursuant to Dec. & Order of June 14,
1999 for the Period Covering 1/16/00 Through 2/15/00  By: A. Clark

  02/16/2000 1072    Order Granting Admission Pro Hac Vice of Howard R. Green
Signed By: Judge J.manibusan Jr. Sub By: Calvo & Clark

  02/16/2000 1073    Order Granting Admission Pro Hac Vice of Karen L. Hagberb
Signed By: Judge J.manibusan Jr. Sub By: Calvo & Clark

  02/16/2000 1074    Order Granting Petitions for Admission Pro Hac Vice

  02/15/2000 1075    Unsigned Document(s) Order Granting Admission Pro Hac Vice
of Kathleen V. Fisher Sub By: Calvo & Clark

  02/15/2000 1076    Unsigned Document(s) Order Granting Admission Pro Hac Vice
of Sherman W. Kahnb Sub By: Calvo & Clark

  02/16/2000 1077    Order Signed By: Judge J.manibusan Jr.

  02/16/2000 1078    Recording Log Before Judge J.manibusan Jr. For Continued
Arguement

  02/17/2000 1079    Declaration  of Albert W. Wong in Supp. Of EIE Guam
Corp.'S Reply Brief in Supp. Of Mtn. To Compel Produc. Of Docs. And Responses

to Interrog. To
Strike and for Sanction

02/17/2000 1080    Declaration  of Rodney J. Jacob in Supp. Of EIE Guam
Corp.'S Reply Brief in Supp. Of Mtn. To Compel Produc. Of Docs. And Responses
to Interrog., to
Strike and for Sanctions

02/17/2000 1081    Reply     EIE Guam Corp.'S Reply Brief in Supp. Of Mtn. To
Compel Produc. Of Docs. And Responsed to Interrog. To Strike and for
Sanctions By: I.
Aguigui

02/18/2000 1082    Reply     (Amended) EIE Guam Corp.'S Amended Reply Brief
in Supp. Of Mtn. To Compel Produc. Of Docs. And Responses to Interr., to
Strike and for Sanctions By: I. Aguigui

02/18/2000 1083    Errata     Notice of Errata By: I. Aguigui

02/22/2000 1084    Memo of Pts and Auths EIE Guam Corp.'S Memo. Of Points and
Auth. In Supp. Of its Mtn. To Compel Product. Of Docs. And Responses to
Interrog. By: I. Aguigui

02/22/2000 1085    Unsigned Document(s) Ntc. of Mtn. And Mtn. To Compel
Produc. Of Docs. And Responses to Interrog. Sub By: I. Aguigui

02/22/2000 1086    Declaration  of Ignacio C. Aguigui in Support of EIE
Guam's Motion to Compel Production of Documents and Response to
Interogatories

02/23/2000 1087    Notice     Of Filing Od Decl. Of Michiro Suenga in Supp. Of
the Oppos. Of the Long-term Credit Bank of Japan, Ltd., to EIE Guam Corp.'S
Mtn. To
Compel Responses  to Interrog. And Produc. Of Docs.   By: G. Patrick Civille


02/24/2000 1088    Notice of Motion and Mtn. To Compel Produc. Of Docs. And
Responses to Interrog.  By: I. Aguiagui

02/24/2000 1089    Recording Log Before Judge J. Manibusan Jr.    For Mtn to
Be Argued Tape#2k-0101

03/01/2000 1090    Decision and Order Signed By: Judge J. Manibusan Jr.

03/01/2000 1091    Neod & Decl

03/01/2000 1092    Speed Memo    for Decision and Order
03/02/2000 1093    Commission    Signed By: Judge Manibusan, Jr.

03/02/2000 1094    Commission    Signed By: Judge Manibusan, Jr.

03/02/2000 1095    Commission    Signed By: Judge Manibusan, Jr.

03/02/2000 1096    Commission    Signed By: Judge Manibusan, Jr. 03/02/2000
1097    Commission    Signed By: Judge Manibusan, Jr.

03/02/2000 1098    Commission    Signed By: Judge Manibusan, Jr.

03/02/2000 1099    Commission    Signed By: Judge Manibusan, Jr.

03/02/2000 1100    Commission    Signed By: Judge Manibusan, Jr.

03/02/2000 1101    Commission    Signed By: Judge Manibusan, Jr.

03/02/2000 1102    Commission    Signed By: Judge Manibusan, Jr.

03/03/2000 1103    Commission    Signed By: Judge J.manibusan Jr. By: G.
Patrick Civille

03/03/2000 1104    Stipulation    and Order Re: Joinder Signed By: Judge
Manibusan, Jr.

03/03/00  1104.01  Notice to Adverse Parties of Removal of Action to Federal
Court Pursuant to 28 U.S.C. 1441(d) (Action against A Foreign State).

03/14/2000 1105    Affidavit of Service

03/14/2000 1106    Affidavit of Service

03/14/2000 1107    Affidavit of Service

03/14/2000 1108    Affidavit of Service

03/14/2000 1109    Affidavit of Service

03/14/2000 1110    Affidavit of Service

03/14/2000 1111    Affidavit of Service

03/14/2000 1112    Affidavit of Service

03/14/2000 1113    Affidavit of Service

03/14/2000 1114    Affidavit of Service

05/01/00  1114.01  Supplemental ElF Guam Corporationâ€™s Supplemental Reply
Memorandum of Law in Support of its Motion to Remand

11/09/00 1114.02  Defendant(s) Counterclaimants Shinsei Bank Ltd., and the
Resolution Collection Corporationâ€™s Notice of Expert Deposition

06/02/2000 1115    Mandate By Supreme Court of Guam

02/12/01 1115.01  Declaration of G. Patrick Civille in Support of the RCCâ€™S
Request to Enforce settlement

02/13/01 1115.02 Memorandum in Support of ElF Guam Corporationâ€™s
Interpretation of Term Sheet for Settlement Regarding Release of Trust
Account Proceeds Held Pursuant to the Superior Courtâ€™s June 14, 1999 Order.


05/14/01   1115.03 Certificate of Service

08/01/01   1115.04 Certificate of Service

07/01/2002 1116 LETTER TO MRS. HARY L.M. MORAN RE: TRANSMITTED TRANSCRIPT
REQUESTED BY ATTY. PATRICK CIVILLE

07/02/2002 1117 CLERKS LTR OF TRANSMITTAL SUPPLEMENTAL REQUESTED BY: ATTY.
PATRICK CIVILLE TRANSCRIPT DATED JUNE 9, 1999 MOTION FOR PRELIMINARY
INJUNCTION; MOTION FOR PROTECTIVE ORDER

;   [RMM EOD 10/03/2002]